UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF FLORIDA
CASE NO.:02-80438 CIV
HURLEY/LYNCH

SHELDA HARRIS BANNON, as parent
and natural guardian of her daughters,
SHARAH HARRIS and BRITTNI HARRIS,



                    Plaintiffs,

vs.

THE SCHOOL DISTRICT OF PALM BEACH
COUNTY, a body corporate, ED HARRIS,
individually as Principal of BOCA RATON
COMMUNITY HIGH SCHOOL, and JOE SABIA,
individually and in his capacity as Girl's
Basketball Coach of BOCA RATON COMMUNITY
HIGH SCHOOL,

                    Defendants.
_____/

## DEPOSITION OF BRITTNI JASHEL HARRIS

### TAKEN AT THE INSTANCE OF THE DEFENDANTS

West Palm Beach, Florida
Monday, August 12, 2002
9:15 - 11:00 a.m.

APPEARANCES:

    SOLMS & PRICE, P.A.
    6701 Sunset Drive, Suite 104
    Miami, Florida  33143
    BY:  WILLIAM O. SOLMS, JR., ESQUIRE
    Attorneys for Plaintiffs

    THE SCHOOL DISTRICT OF PALM BEACH COUNTY
    3318 Forest Hill Boulevard, Suite C302
    West Palm Beach, Florida  33406
    BY:  BERNARD H. SHULMAN, ESQUIRE

ALSO PRESENT: Shelda Harris Bannon

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

2

# I N D E X

**WITNESS**                                                    **PAGE**

**BRITTNI JASHEL HARRIS**

    Direct Examination by Mr. Shulman                     3


# E X H I B I T S

                                                  **PAGE**

Defendant's Exhibit No. 1                                      44

Plaintiff's Exhibit No. 1                                      66

**ERRATA SHEET:**                                             67

**SIGNATURE PAGE OF WITNESS:**                                68

**CERTIFICATE OF OATH:**                                      69

**CERTIFICATE OF REPORTER:**                                  70

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

3

1              **P R O C E E D I N G S**

2              The deposition of BRITTNI JASHEL HARRIS was taken

3    before me, Sophie M. (Bunny) Springer, Notary Public, State

4    of Florida at Large, at the School District of Palm Beach

5    County, 3318 Forest Hill Boulevard, Suite C310, in the City

6    of West Palm Beach, County of Palm Beach, State of Florida,

7    pursuant to Notice in said cause for the taking of said

8    deposition at the instance of the Defendants in the above-

9    entitled action pending in the above-named Court.

10                        *  *  *  *  *

11   WHEREUPON,

12              **BRITTNI JASHEL HARRIS,**

13   being by me first duly sworn to tell the whole truth as

14   hereinafter certified, was examined and testified as follows:

15                   **DIRECT EXAMINATION**

16   BY MR. SHULMAN:

17        Q    Brittni, my name is Bernard Shulman and I'm the

18   attorney for the School Board.  This is very informal.  What

19   I'm going to do is put a series of questions to you and I

20   would ask that -- I'll try to make them clear, but if you do

21   not understand the question, stop and I'll rephrase it so

22   that you do understand it.

23              And the only other caveat I have is that she's

24   going to record everything that you say so that when you

25   answer a question, don't just signal with your head; you've

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

```
 1    got to voice it either a yes or no so she can pick it up.

 2         A    Okay.

 3         Q    Will you do that for me?

 4         A    Yes, sir.

 5         Q    Thank you.  For the record now, will you give us

 6    your complete name?

 7         A    Brittni Jashel Harris.

 8         Q    And where do you live?

 9         A    Delray Beach, Florida.

10         Q    Can you give me the exact address?

11         A    707 Curlew Road, Delray Beach.

12         Q    Okay.  And that is in the Boca High School

13    district?

14         A    Yes, sir.

15         Q    Okay.  How old are you?

16         A    Sixteen.

17         Q    What school will you be attending this year?

18         A    Spanish River High School.

19         Q    And is that in your own district?

20         A    No, sir, it's not.

21         Q    Did you elect to attend that school?

22         A    Do you mean did I choose?

23         Q    Yes.

24         A    Yes.

25         Q    You requested to attend that school?
```

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1    A    Yes.

2    Q    And the request has been honored?

3    A    Yes.

4    Q    Can you tell me the names of the schools that you

5 attended in the last five years?

6    A    Boca Raton High School, McEachern High School.

7    Q    How do you spell that?

8    A    —C-E-A-C-H-E-R-N.

9    Q    Where is that?

10    A    In Georgia in Cobb County.

11    Q    What county?

12    A    Cobb County.

13    Q    What grade were you in attendance there?

14    A    My freshman and sophomore years, 9th and 10th

15 grades.

16    Q    Good.  Before that?

17    A    Tapp Middle School.

18    Q    Would you spell that?

19    A    T-A-P-P.

20    Q    Same county?

21    A    Yes, sir.

22    Q    Were you involved in a painting of a mural at Boca

23 Raton High School in any way?

24    A    Yes.

25    Q    Can you tell us how you were involved?

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

6

```
1        A     Through our FCA program at school.

2        Q     What did you do?  What part did you play?

3        A     I helped paint the murals on Saturday, that day.

4        Q     And what instructions were you given before the

5   painting?

6        A     Just that -- I really wasn't given any.  My sister

7   handled that end.

8        Q     Nothing directly to you?

9        A     No, I didn't.

10       Q     What you heard was through your sister, about the

11  instructions, I mean?

12       A     More or less, yes.

13       Q     Okay.  Do you know anything about after the

14  painting was finished, the request to alter the painting?

15       A     Yes, I knew.

16       Q     Directly of your own knowledge or through someone

17  else?

18       A     No, I knew Ms. Roberts, the teacher.

19       Q     She spoke to you?

20       A     Yes, she spoke to us and told us that --

21       Q     Who were "us"?

22       A     Me and my sister.

23       Q     Just the two of you?

24       A     Mm-hmm.

25       Q     And what did she say?
```

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

```
 1        A     That they needed to change the words "God" and
 2   "Jesus".  Anything having to do with God or Jesus needed to
 3   be changed or marked over.
 4        Q     Was there a cross on your mural?
 5        A     Yes, there was.
 6        Q     Did she say anything about the cross?
 7        A     Yes, they had to be painted over.
 8        Q     So it was "Jesus", "God" and the cross?
 9        A     And the cross.
10        Q     Did you do so?
11        A     Yes, my sister painted over them that day.
12        Q     You didn't do the painting?
13        A     I didn't paint over them.
14        Q     Did you know Mrs. Roberts before this?
15        A     I knew her.  I didn't have her as a teacher, but I
16   mean, I knew who she was.
17        Q     Nice lady?
18        A     Yes.
19        Q     Did she tell you where she got the word to do that?
20        A     I didn't talk to her about that.
21        Q     And that was really what you had to do with the
22   painting?
23        A     Mm-hmm, just the main part of the painting that
24   Saturday and then talking about having to be painted over but
25   not anything else.
```

```
 1        Q      Nothing else?

 2        A      Nothing else.

 3        Q      Did you have anything to do with the planning of

 4   the painting?

 5        A      I mean, I knew we were going to do it that Saturday

 6   and what was going to be going up, but --

 7        Q      You knew that?

 8        A      Mm-hmm, I knew what we were going to do.

 9        Q      Did you know about the suggestions that came from

10   Mr. Kornblue?

11        A      Yes, I knew.

12        Q      Did you read those suggestions?

13        A      Yes.

14        Q      Did you know about the suggestions that came from

15   Mr. Sweeten?

16        A      I don't remember them.

17        Q      Okay.

18        A      I don't remember him having any suggestions.

19        Q      Mr. Sweeten?

20        A      Mr. Sweeten.

21        Q      But you do remember those from Mr. Kornblue?

22        A      Yes.

23        Q      Can you tell us about those suggestions?

24        A      It was just a list of just phrases that we could

25   use, words to put up on our murals.
```

9

1      Q     From the Bible?

2      A     No, not from the Bible, just sayings that -- just

3  like "Jesus Loves You".

4      Q     What?

5      A     That "Jesus Loves You".

6      Q     Okay.

7      A     Just little things like that.

8      Q     Okay.  Did you ever attend a meeting with your

9  sister or alone with FCA in which they discussed the painting

10  to come?

11      A     Yes.

12      Q     What was discussed?

13      A     We just talked about the day of our meeting and

14  where we were going to meet and talked about what we were

15  going to do in order to get all the supplies together and

16  talked a little bit about what we were going to put up there,

17  and that was it.

18      Q     Was there a teacher present when you discussed

19  that?

20      A     Yes, sir.  For our FCA meetings, the sponsor, Mr.

21  Sweeten.  He's in the room.

22      Q     And when he heard this discussion about what you're

23  going to put on the painting, did he make any comments,

24  suggestions?  Did he participate?

25      A     I don't remember.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

10

1      Q    Can you think and tell me what it would take to

2  have you remember?

3      A    I don't remember him giving us any suggestions

4  like, you should do this or you shouldn't do that.  It was

5  our decision what we were going to put up there.  As a group

6  we discussed it between the other kids that were there.

7      Q    Did he talk at all to the group?

8      A    Yes, he talked but not --

9      Q    Were questions put to him by the group?

10     A    I don't remember.  About --

11     Q    Was there any comment, question, idea, suggestion

12 about do you think if this is okay?  I mean, not those exact

13 words but anything about that kind of substance?

14     A    I don't recall him saying anything.

15     Q    Not him, the group -- in the meeting of the FCA in

16 planning for the mural, was there anyone at all or any

17 thought or did it penetrate the air from any source as to do

18 you think this is okay?

19     A    No, we all thought it was okay and it was a good

20 idea what we were doing.

21     Q    Was that reinforced by Mr. Sweeten?

22     A    He didn't say yes or no.  He just -- he was okay

23 with what we were doing.

24     Q    He was okay?

25     A    Mm-hmm.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1   Q    You shared what you were doing with him, then I
2   gather?
3   A    Well, he was in the room, so he heard what we were
4   saying.
5   Q    Okay.  I interviewed your sister rather thoroughly
6   about the mural, but I mean, do you have anything else to
7   tell me about your part?
8        Your part was much more limited and I appreciate
9   that, but do you have anything that you want to tell me about
10  the mural and I may not have even asked the question, if you
11  want to?
12       MR. SOLMS:  Let me object to the form.  She wasn't
13       here when you asked the questions, so she's not aware or
14       can't be aware of what you asked her sister.
15       MR. SHULMAN:  Well, you're right and let me rephrase
16       the question.
17  BY MR. SHULMAN:
18  Q    Having knowledge about the part you played in the
19  mural, okay, is there anything else you want to tell me about
20  the mural?
21  A    No, sir.
22  Q    Okay.  Did you miss any school as a result of that
23  mural painting?
24  A    No.
25  Q    Okay.  Did you go to a doctor about the mural

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

12

1   painting?

2       A    Did I go -- no.

3       Q    No physical illness or anything like that?   Am I

4   right?

5       A    Yes, you're right.

6            MR. SOLMS:  He has to ask all the questions.

7            THE WITNESS: Yeah, you're right.

8   BY MR. SHULMAN:

9       Q    I may come back to the mural painting, but let's

10  shift now to the sports.

11      A    Okay.

12      Q    Were you involved in any of the sports, any kind of

13  athletic endeavor in the schools in Georgia before you came

14  here?

15      A    Yes, I was.

16      Q    What did you play or do in the way of sports in

17  Georgia?

18      A    I played volleyball, basketball --

19      Q    Wait a minute; I'm writing it down.  Volleyball?

20      A    Basketball, softball.

21      Q    Softball?

22      A    Softball, track, shot-put and discus for track.

23      Q    What did you say?

24      A    Shot-put and discus for track, and I think that's

25  it.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

```
 1       Q      Anything else?

 2       A      No.

 3       Q      You sure?  Okay.  When you came to Boca High School

 4   what teams did you try out for?

 5       A      The volleyball team, basketball and track.

 6       Q      Did you make the volleyball team?

 7       A      Yes.

 8       Q      And you played?

 9       A      And I played.

10       Q      Who was the coach of that team?

11       A      Mr. Sweeten, Coach Sweeten.

12       Q      Sweeten?  The same Mr. Sweeten that was the FCA?

13       A      Same Mr. Sweeten.

14       Q      Who was the coach of basketball?

15       A      Coach Sabia.

16       Q      And track?

17       A      Mr. Mosley, Coach Mosley, Mosley, —O-S-L-E-Y.

18       Q      Did you enjoy working with these coaches?

19       A      Mosley and Sweeten, I did; Sabia, I didn't.

20       Q      Okay.  Can you explain why you did not enjoy

21   working with Coach Sabia?

22       A      Sabia used foul and obscene language all the time

23   and that's why I didn't enjoy it.

24       Q      Was that foul and obscene language directed to you?

25       A      Yes, it was.
```

1    Q    Was there anybody else who heard that foul and

2    obscene language?

3    A    Yes.

4    Q    Who?

5    A    All the girls on the basketball team were aware and

6    heard what he said.

7    Q    Can you name one that heard it?

8    A    Yes, Marquita.

9    Q    What's her name?

10   A    Marquita, —A-R-Q-U-I-T-A, Marquita.

11   Q    That's the first name or the full name?

12   A    That's her first name, Marquita.

13   Q    Do you know her last name?

14   A    I'm not sure of her last name.

15   Q    Do you know whether she is a senior that graduated

16   or whether she's still --

17   A    She'll be a sophomore this year.

18   Q    She'll be a sophomore; she's still at the school?

19   A    Mm-hmm.

20   Q    Anyone else?

21   A    Yes.  Natalie Scruton.

22   Q    Natalie Scruton?

23   A    Mm-hmm.

24        MR. SOLMS:  Do you know how to spell that?

25        THE WITNESS:  S-C-R-U-T-O-N.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

BY MR. SHULMAN:

Q    Are you sure she heard it?

A    I'm sure.

Q    What if I told you that Natalie Scruton may deny that she heard anything like that?

A    That's a lie.

Q    When did the basketball season begin?

A    About the middle of November of 2001.

Q    Going back to my prior question, beside Marquita and Natalie is there anyone else who heard this?

A    Yes, every girl --

Q    The whole team heard it?

A    Yes.  Every girl from the varsity basketball team.

Q    Well, let's dwell on that just a little bit.  What were the words that were used that annoyed you?

A    I'd rather write them down and not say them.

Q    Well, you -- okay.  But they're not your words.  I mean, you're just repeating words that you heard.

A    I know, but I feel more comfortable writing them.

Q    I'll say those words after you write them down.

A    Okay.  You want all of them, the list of everything that was said?

Q    Sure.

A    (Witness complies.)

Q    Okay.  These are words that I'm reading that were

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1    written on paper because she prefers not to say them and I

2    understand that.  The one word was "shit", the other word was

3    "damn".  One word was "fuck", "bitch" and "son of a bitch".

4    Have I read them correctly?

5         A    Yes, sir.

6         Q    Thank you.  Did you ever approach the coach and

7    tell him that you were annoyed with these words?

8         A    I did on one occasion.

9         Q    You did what?

10        A    I did.

11        Q    You did not?

12        A    No, I did.

13        Q    You did.  Do you remember which game it was or when

14   it was?

15        A    It was the night I quit the basketball team and I

16   let him know why I was quitting and told him --

17        Q    What did you say --

18             MR. SOLMS:  You answered the question.  Let him ask

19        the next question.

20             THE WITNESS:   I told -- what was the question?

21        What did you just ask?

22   BY MR. SHULMAN:

23        Q    Did you ever tell him that you were annoyed with

24   these words?

25        A    Yes, I let him know that's one of the reasons.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

```
 1        Q      What did you say to him?

 2        A      I told him that I wasn't -- I didn't approve of the

 3    words he was saying.

 4        Q      And how did he respond?

 5        A      He just said he had never done that or like,

 6    whatever, it was no big deal to him.

 7        Q      Did he deny using the words?

 8        A      Yes.

 9        Q      He denied using the words?

10        A      Mm-hmm.

11               COURT REPORTER:  I'm sorry; he denied using them?

12               THE WITNESS:  He denied using them.

13    BY MR. SHULMAN:

14        Q      And this was the first complaint that you had about

15    the words, you approached him, you told him you were annoyed

16    with these words, and he denied using them?

17        A      Yes, sir.

18        Q      The answer is?

19        A      Yes.

20        Q      What did you say to him then after he denied it?

21        A      I didn't say much else to him after that.

22        Q      In the schedule of games, can you tell me which

23    game that was?

24        A      I don't remember what game it was.

25        Q      Did you play well during the season?
```

18

```
 1        A     Yes.

 2        Q     Do you think he put you in for a sufficient period

 3   of time for those games during the season?

 4        A     For most of the games.

 5        Q     What games did he not put you in, if you remember?

 6        A     After -- there were a few games after a letter had

 7   been sent to the school about -- my mom wrote one talking

 8   about his --

 9        Q     Wait a minute.  Give me the game if you remember,

10   then we'll go into the letter.

11             MR. SOLMS:  Which game?  When she quit?

12   BY MR. SHULMAN:

13        Q     Just before you quit.  I mean, no.

14             The question is what game do you think he did not

15   play you enough?

16        A     I don't remember like the exact game.  I don't

17   remember.

18        Q     How close was that to when you quit?

19        A     The games leading up to when I quit were the games

20   that --

21        Q     Okay.

22        A     -- that I wasn't played sufficiently.

23        Q     I understand. When you say not played sufficiently,

24   what does that mean to you?

25        A     It means that I was played like a minute the entire
```

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

```
1    game, which is not sufficient.

2         Q    Okay.  During the course of the season, were you

3    ever injured?

4         A    Yes, I was.

5         Q    What game was that?

6         A    I -- uh --

7         Q    Was it before -- how close, how proximate was that

8    to the time you quit?

9         A    Not that close, not really close.

10        Q    Not close?

11        A    No.

12        Q    Were you out for any part of the season after the

13   injury?

14        A    I was out for a week.

15        Q    One week?

16        A    Yes.

17        Q    Just one week?  Did you miss any games?

18        A    I believe I missed one or two.

19        Q    Did you miss any practice sessions?

20        A    Yes.

21        Q    Do you remember the injury?

22        A    Yes.

23        Q    How did that occur?

24        A    At a basketball game when I was playing.

25        Q    Did a trainer come out to see you?
```

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1      A      There was one there and he helped me, wrapped my

2   ankle.

3      Q      Did you want to go back into the game?

4      A      I wanted to but I couldn't because of the ankle

5   injury.

6      Q      Did the coach want to put you back in the game?

7      A      I don't know.

8      Q      Did the coach talk to the trainer?

9      A      No.

10     Q      After the injury there was no conversation between

11  the coach and the trainer?

12     A      Not that I'm aware of.

13     Q      Okay.  There could have been; you're not aware of

14  it?

15     A      I'm not aware of it.

16     Q      Not aware.  Do you think the coach was concerned

17  about that injury?

18     A      I'm not sure if he was or not.

19     Q      Did he call you at home?

20     A      I don't remember him calling.

21     Q      If he didn't speak to you, did he speak to anybody

22  -- did anybody at home tell you the coach had called to

23  inquire about your injury?

24     A      Maybe, I don't know.  I'm not aware if he called me

25  or not during that time.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

21

1      Q    When did you go back to play?

2      A    It was about a week after the injury and I don't

3   know how many games I played or whatever.

4      Q    When you went back, did he put you in the next

5   game?

6      A    I don't believe I started the next game and I don't

7   think -- I didn't play near as much.

8      Q    Because of your injury?

9      A    No, I was fine from my injury after the -- after I

10  was back from the injury, I was fine, able to play.

11     Q    How do you know that?

12     A    I went to a doctor and I was checked out and given

13  the okay.

14     Q    What's the doctor's name?

15     A    Dr. Steven Alexander.

16     Q    And are you saying, Brittni, that Dr. Steven

17  Alexander said to you you go back and tell the coach you're

18  fine and you can play?

19     A    Yes, I was given permission to play.

20     Q    Aside from the words that we talked about, do you

21  think Mr. Sabia was a reasonably good coach?

22     A    No.

23     Q    You do not?  Why not?

24     A    He wasn't -- besides from all the language he used,

25  there was no camaraderie built with the team.  There's no --

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1    there's not much instruction at all given to us.  Those are

2    some of the few things.

3         Q    And that's something that the whole team felt?

4         A    Yes, sir.

5         Q    Can you give me the names of any other students

6    that agreed with you?

7         A    Tasha, Anya --

8         Q    Anya?

9         A    A--Y-A.

10        Q    How about the Scruton girl?

11        A    Yes.

12        Q    She agreed with you?

13        A    Yes.

14        Q    Were there any girls on that team that disagreed

15   with you?

16        A    Not that I'm aware of.

17        Q    Are you aware of any girls on that team that felt

18   that Mr. Sabia was a good coach?

19        A    No, not at all.

20        Q    None?

21        A    No, sir.

22        Q    Are we talking now about the style of the coach?

23   How he coached?

24        A    No, I'm talking about nobody liked the cussing at

25   all.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1    Q    Nobody what?

2    A    Liked the cussing.

3    Q    Oh, I understand that.

4    A    Right.

5    Q    I'm talking about the manner of coaching.

6    A    Did we like his coaching?

7    Q    How much time you spent in there, who was put in,

8    who was put out, practice sessions, the style of coaching.

9    A    Did they not like the style of his -- I'd have to

10   say they didn't.  We didn't like it.

11   Q    The whole team?

12   A    Yeah.  I understand most of them were not -- are

13   you talking about like playing time or like did they not like

14   how much time they played or how much --

15   Q    No, I'm talking about the reputation of Mr. Sabia

16   as a coach, his ability to lead a team.

17        MR. SOLMS:  You're asking her to separate his

18        language antics from his other coaching style?

19        MR. SHULMAN:  Thank you.

20        MR. SOLMS:  If you can, do the best you can.

21        THE WITNESS:  So did they like his coaching style?

22   BY MR. SHULMAN:

23   Q    Right.

24   A    No.

25   Q    What makes you say that?

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1    A    We've talked about it before as a team.  We had

2  talked about the way he coached and what he didn't do and

3  like what was missing from practices and missing as having --

4  missing from not having a coach who was able to instruct us

5  to the best that we could be instructed.

6    Q    Let's take a look at the win/loss record of that

7  year.  Are you familiar with it?

8    A    I don't know exactly what it was.

9    Q    When you were on the team, did they win more games

10 or lose more games?

11   A    When I was on the team?

12   Q    Yes.

13   A    I believe we won more.

14   Q    Did they win anything of recognition?

15   A    I don't believe so.

16   Q    Countywide, statewide?  Did they go into any

17 finals, reviews?

18   A    At the end of the year there were some -- I'm not

19 sure if it was county or finals.  I'm not sure.  Districts or

20 whatever it was.  I think they lost in the second round or

21 something.

22   Q    Did they get into the finals?

23   A    I'm not sure because I'm not really sure what it

24 was.

25   Q    Did you hear from anybody that they got into the

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1    finals?  I mean, you were a member of their team and even

2    though you quit, you'd still be interested in the team,

3    wouldn't you?

4         A    Yes.

5         Q    Did you hear from anybody else that they may have

6    gotten into the finals?

7         A    I don't think they made it to the finals.  I know

8    it was just like the district whatever.

9         Q    Playoff?

10        A    Something like that.  I'm not sure.

11        Q    They did get into a district playoff?

12        A    Maybe.  I do not know what it was actually called.

13        Q    Something, some recognition was earned that year,

14   whatever?

15        A    Maybe.  Again, I don't know what happened or when

16   they got there.  I'm not sure.

17        Q    Do you believe the coach wanted to win the games?

18        A    I mean, I can't talk for him.  I don't know what he

19   wanted.

20        Q    No, I want to know your state of mind -- what you

21   think.

22        A    Do I think he wanted to win?  Yes.

23        Q    The answer is yes.  Do you believe the team wanted

24   to win the games?

25        A    Yes.

26

1      Q     Is there anything else that you can think of that

2   would make you think he was not a good coach?

3      A     The fact that there are girls on the basketball

4   team who basketball is all they have, and he did not develop

5   them the way he could have if he had been a better coach and

6   had known more and the ability to help us to improve.

7   Because some girls, it's all they have and I don't think that

8   he did his part in helping them get to their full potential.

9      Q     But that's your opinion?

10     A     Right.

11     Q     Right?  That's your opinion?

12     A     That's my opinion.

13     Q     Would you have preferred to have been played more

14   minutes in the games?

15     A     Yes.

16     Q     Did you voice that to anybody?  I mean, tell

17   anybody you wanted to play more?

18     A     No, I never said --

19     Q     To other students?  I mean, team players?

20     A     No.

21     Q     Other teachers?

22     A     No.

23     Q     Your mother?

24     A     Yes.

25     Q     What did you tell your mother?

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1      A    I don't remember, like, exactly what I said.

2  Towards the end of the year I was wanting to play a little

3  bit more and I'm sure I expressed that to her.

4      Q    You wanted to play more.  And Coach Sabia did not

5  put you in as much as you would have liked.  Is that an

6  honest statement?

7      A    In a way it is.

8      Q    Well, let me repeat the question.

9           Coach Sabia did not put you in -- did not give you

10  as much playing time as you would have preferred, yes or no?

11          MR. SOLMS:  Let me object to the form, as to which

12      game and at what point in the season.

13  BY MR. SHULMAN:

14      Q    Throughout the season.

15      A    Well, I would have to say no because in the

16  beginning it was fine, and it was just towards the end when

17  more was known about his cussing and I believe he was

18  retaliating against me and not playing me in a way to, I

19  guess, get back or --

20      Q    Prior to the injury, were you played as often as

21  you liked?

22      A    Yes, sir.

23      Q    After the injury you were not played as often as

24  you would have liked?

25          MR. SOLMS:  Object to the form, timing and game.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

28

```
 1          Go ahead, answer the question if you understand it.
 2              THE WITNESS:  I believe that's about right, yeah.
 3   BY MR. SHULMAN:
 4       Q    Do you believe the team would be disappointed when
 5   losing a game?
 6       A    Yes.
 7       Q    And they showed it?
 8       A    Yes.  Can I ask you a question right before --
 9       Q    Do you believe --
10              MR. SOLMS:  Is there something you don't understand
11          about a question he asked?
12              THE WITNESS:  Well, no.  I just was going to --
13              MR. SHULMAN:  Everything is going on the record
14          that you're saying now, you know.
15              MR. SOLMS:  Right.  Is there a question he asked
16          you that you didn't understand?
17              THE WITNESS:  No.
18              MR. SOLMS:  Is there something else that you wanted
19          to ask me as your attorney?
20              THE WITNESS:  Yeah.
21              MR. SOLMS:  Okay.  Can we adjourn for a second?
22              MR. SHULMAN:  Okay.  Off the record.
23              (Whereupon, a  short  recess  was  had  in  the
24          proceedings.)
25   BY MR. SHULMAN:
```

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

```
 1        Q     Do you know how long Mr. Sabia has been coaching?

 2        A     I don't know how long he's been coaching.

 3        Q     You don't know?

 4        A     I don't know.

 5        Q     In particular, the basketball team you don't know?

 6        A     I don't know.

 7        Q     How long has he been associated with it, you don't

 8   know?

 9        A     I don't know.

10        Q     Okay.   Do  you  know  someone  by  the  name  of

11   Blackmore?  Erin Blackmore I believe the name is?

12        A     Yes.

13        Q     The answer is yes?

14        A     Yes.

15        Q     Who is she?

16        A     She's the coach for the JV girls and she's an

17   assistant to the varsity team.

18        Q     So she would have been present when he did this

19   cussing; right?

20        A     Yes.

21        Q     And would she have heard him?

22        A     Yes.

23        Q     And if I asked her did you hear his cussing and she

24   said no, she'd be lying?

25        A     Yes.
```

30

```
 1      Q    Is that what you're saying?

 2      A    Yes.

 3      Q    Did she cuss?

 4      A    Yes.

 5      Q    What words did she use?  Write them down.

 6      A    (Witness complies.)

 7      Q    The words you wrote down were similar.  The word
 8   was "shit", "damn", "fuck", "son of a bitch" -- I don't know
 9   what this word is.  Oh, "bitch", I guess, "son of a bitch".
10   And is there a word here?  "Ass."  And pardon me for using
11   those words.

12           When Mr. Sabia or Erin Blackmore were in the
13   process of encouraging the team and they were trying to
14   provoke enthusiasm for the team, do you believe that they
15   were intimidating you personally?  Were the words being
16   directed to you?

17           These words which you wrote on the paper and I put
18   on the record, were they being directed to you?

19      A    I believe they were because as they're saying them,
20   they're saying them to the whole team and I am a part of the
21   team.  So then they would be directed --

22      Q    Well, they were being said not only to you but to
23   the team; is that right?

24      A    Yes.

25      Q    So they were not being said only and directly to
```

```
 1    you?
 2         A     In that case, no.
 3         Q     In what case?
 4         A     In the case that you said.  If they're saying it to
 5    the whole team, then they're not saying it just to me.
 6         Q     So what you're really saying if I'm correct is that
 7    you objected to the language used by the coach during the
 8    process of the game?
 9         A     Yes, I -- yeah.
10         Q     Okay.  At any time did the coach take you aside and
11    use these words directly to you?
12         A     No.
13         Q     The answer is?
14         A     No.
15         Q     Do you believe that the coach wanted to build
16    enthusiasm in the team?
17         A     No.
18         Q     He did not?
19         A     No.
20         Q     Why do you say that?
21         A     There wasn't -- he didn't encourage camaraderie or
22    let's get you all excited, nothing like that.  It was --
23         Q     That was your experience?
24         A     Yes.
25         Q     Do you believe that that was the experience of all
```

```
 1    the rest of the team?
 2         A     I believe so.
 3         Q     What makes you believe so?
 4         A     They felt the same way that I did that --
 5         Q     Who said what to you to make you believe that?
 6         A     Just in our locker room discussions or --
 7         Q     Who said what to you?
 8         A     I don't remember who said exactly what or this,
 9    this and this.
10         Q     Can you remember one name?
11         A     I mean, all the girls.  There wasn't --
12         Q     I know.  Give me one name.
13         A     Tasha.
14         Q     Tasha?
15         A     Tasha.
16         Q     Give me another name if you can.
17         A     Anya.
18         Q     Who?
19         A     Anya.
20         Q     Aside from those two girls, give me a third name,
21    please.  You've mentioned those two before, right?
22         A     Of girls who don't -- you mean, girls that didn't
23    believe he was enthusiastic or --
24         Q     Didn't want to generate enthusiasm is what I heard
25    you say.
```

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

```
 1        A     Brittney Spain.
 2        Q     Have you talked to any of these girls prior to your
 3   coming here?
 4        A     No.
 5        Q     Did you talk to any of these girls after quitting
 6   the team?
 7        A     Seeing them in the hallway.  Not one on one.
 8        Q     Did any of them tell you that Coach Sabia was glad
 9   that you left the team?
10        A     I never heard that.
11        Q     If you wanted to come back and play on that team,
12   would Coach Sabia allow you to play on the team?
13             MR. SOLMS:  Objection, speculative.  Answer it if
14        you know.
15             MR. SHULMAN:   Well, let me reword the question
16        then.
17   BY MR. SHULMAN:
18        Q     After you quit the team, did Mr. Sabia approach you
19   and say are you coming back or anything to that effect?
20        A     No, he never came to me and said that.
21        Q     Did he ever encourage you to come back?
22        A     No.
23        Q     Did he ever say to you you can't come back?
24        A     Can come back?
25        Q     Cannot.
```

```
1     A    Cannot?  No.

2     Q    Only if you know, Brittni, if you chose to return

to the team, could you have rejoined the team?

4     A    If I had chosen to go?

5     Q    What do you think?

6     A    If I had chosen, would he let me play or --

7     Q    Let you join the team?

8     A    I honestly don't know.  I can't --

9          MR. SOLMS:  Excuse me, can I adjourn?  My mother-

10         in-law is in the hospital.

11         MR. SHULMAN:  Sure.  Off the record.

12         (Whereupon, a short recess was had in the

13         proceedings.)

14  BY MR. SHULMAN:

15    Q    But he never forced you off the team?

16    A    No, he never did.

17    Q    Now this was an all girl's team; right?

18    A    Yes.

19    Q    Girl's basketball.  Pardon me for asking these

questions now, but they are important.

21         Did Mr. Sabia ever directly request any sexual

favors of you?

23    A.   No.

24    Q    Did he ever sexually harass you?

25    A    No.
```

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

35

1       Q    Aside from his judgment about when you played and

2  when you didn't play and how he put people in or out or

3  coached the team, did he ever sexually intimidate you?

4       A    No.

5       Q    And I apologize for asking the question again, but

6  I want to reinforce your answer now as you want it, how do

7  other members of the team feel about him?  What is it that

8  you said?

9       A    They don't like his coaching, don't like the way he

10  does what he does.

11       Q    Okay.  You're talking about coaching style, how

12  many minutes people play, building enthusiasm for the team?

13       A    Yes.

14       Q    And the question again, and I apologize again, did

15  any team members feel that he was a most wonderful coach?

16       A    No.

17       Q    None?

18       A    No.

19       Q    And you're sure of that?

20       A    Yes.

21       Q    What makes you that sure of that?

22       A    Just -- we just as a group knew that he was not the

23  best and --

24       Q    Prior to this suit being instituted, did you

25  personally in any way interview every member of the team?

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

36

1      A      No.

2      Q      You did not?

3      A      No.

4      Q      Do you know whether any members of the team felt

5  that he should be even stricter than he was?

6      A      Yes.

7      Q      Who were they?

8      A      I'm one of them.  Monique Valez (ph).  Let's see,

9  again Tasha.

10     Q      What do you mean by being stricter?

11     A      Like in our practice being more sure of himself in

12 coaching and like, you know, laying the law down, what we

13 need to do, what we don't need to do.  Not just kind of,

14 well, do your own thing.

15     Q      So he was easy-going as a coach?

16     A      Yeah.

17     Q      The answer is yes?

18     A      Yes.

19     Q      An easy-going coach, and you would have preferred

20 a more strict coach?

21     A      Yeah.

22     Q      Okay.  So we're dealing with coaching style, right,

23 manner of coaching?

24     A      Yeah, in that question.

25     Q      But when you were on the team you did play in

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1   almost every game; am I correct?

2        A     Yes.

3        Q     Are there any games in which he absolutely refused

4   to play you in?

5        A     No.

6        Q     Did you in any way object to the tone of his voice?

7   Did he have a loud voice or a soft voice?

8        A     Soft most of the time, unless he was yelling.

9        Q     When he was yelling, was he trying to correct the

10  play?

11       A     Yes.

12       Q     Did he treat you any differently than he would have

13  treated any of the other team players; the language, the

14  shouting, the soft voice, the loud voice, in or out?

15       A     Did he treat me differently?

16             MR. SOLMS:  Objection.  At what point in time?

17             MR. SHULMAN:  Throughout the season.

18             MR. SOLMS:  Throughout the whole season, okay.

19             MR. SHULMAN:  Just your attitude toward him as a

20       coach.

21             THE WITNESS:  What was the question again?

22  BY MR. SHULMAN:

23       Q     Did he treat you any differently than he would have

24  treated -- did you object to the way he treated everybody

25  including you or did he treat you differently?

```
 1        A     In the beginning it was not differently, towards
 2   the end of the year it was differently.
 3        Q     Was that before or after the injury?
 4              MR. SOLMS:  Objection to the form.  Assumes that's
 5        the only possible reason.  Go ahead, you may answer.
 6   BY MR. SHULMAN:
 7        Q     You said at the end of the year and I'm just trying
 8   to find the time.  Is the time after the injury or before the
 9   injury?
10              MR. SOLMS:  Same objection.
11              MR. SHULMAN:  So noted.  You can answer.
12              THE WITNESS:  This is about the time of the injury
13        and afterwards.
14   BY MR. SHULMAN:
15        Q     Did he ever compliment you when you played well?
16        A     Yeah, sometimes.
17        Q     The answer is yes?
18        A     Un-huh.
19        Q     Brittni, were there times when you left the game
20   feeling good?
21        A     Yes.
22        Q     Were there times or certain games, it doesn't
23   matter, when you left the games feeling good about Mr. Sabia?
24        A     No.
25        Q     Never?
```

39

```
 1        A     No, never.
 2        Q     If that is the case, why did you not tell him?
 3        A     At that time I never went to him and, like, said
 4   anything but he knew that -- I mean, I think he knew that we
 5   didn't -- that I didn't like what was going on and what he
 6   was doing, and that's when my mom sent a letter, which in a
 7   way would be her I guess confronting him about it.
 8        Q     No, I'm talking about you.  Did you --
 9        A     I -- no.
10        Q     Why didn't you go to him personally and say, may I
11   talk to you, and tell him that you didn't feel good about
12   him?
13        A     I don't think it would have changed anything.  I
14   didn't think it would change anything.
15        Q     But you didn't do it?
16        A     No, I didn't.
17        Q     Did you ever approach Eric [sic] Blackmore and talk
18   to her girl-to-girl about the words that were being used that
19   you resented?
20        A     No, again, it wouldn't have -- I didn't think it
21   would do anything again.
22             MR. SOLMS:  Is it Erin or Eric?
23             THE WITNESS:  Erin.
24   BY MR. SHULMAN:
25        Q     E-R-I-N?
```

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1    A    Mm-hmm.

2    Q    So you didn't talk to her about it?

3    A    No.

4    Q    But you did discuss your feelings toward Mr. Sabia

5    with your mother?

6    A    Yeah.

7    Q    What did you tell your mother?

8    A    That I didn't appreciate his language and that just

9    his coaching wasn't all there.

10   Q    What does it mean, coaching not there?

11   A    Just everything from not knowing how to instruct us

12   properly and again the whole camaraderie thing, not really

13   knowing how to get us motivated or whatever.

14   Q    What was her response?

15   A    Well, I think the letter was her response.

16   Q    Okay.  Did you tell your mother at that time prior

17   to the letter that you wish you were played more?

18   A    No, not -- did I wish I played more when?

19   Q    Had more playing time?

20   A    But you said before the letter?

21   Q    Yes.

22   A    No, I don't think I said that before.

23   Q    Did you ever discuss with your mother that you felt

24   that he should be playing you more?

25   A    Yes.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1      Q    What was her response to you?

2      A    I don't remember exactly what it was or when; I'm

3 not sure exactly what she said.

4      Q    Do you have a general impression even though you

5 don't have the exact words?

6      A    She agreed that I wasn't getting enough playing

7 time.

8      Q    And what did she advise you to do?

9      A    Again, I think that was about the time of the

10 letter and I think the letter was her way of I guess

11 informing Coach Sabia or whatever about his language, about

12 everything.

13      Q    Do you remember the date, if you remember, that

14 that letter was forwarded?

15      A    No, I don't.

16      Q    Was it at the beginning of the season?

17      A    No, it wasn't.

18      Q    Was it towards the end of the season?

19      A    More towards the end, not the very end but --

20      Q    And you said at the beginning he played you more

21 and at the end he played you less; right?

22      A    Yes.

23      Q    So the letter went at the time he played you less;

24 right?

25      A    The letter went before I was playing less.  The

```
 1   letter went --

 2        Q    The letter went at the end of the season?

 3        A    Yes, not the very end of the season.  They were

 4   still -- I mean --

 5        Q    I understand.  But he played you more at the

 6   beginning of the year?

 7        A    Yes.

 8        Q    Does the resentment to his choice of words in the

 9   passion of the game reflect your religious upbringing?

10        A    The words, what he used?  Is that --

11        Q    Yes.

12        A    I don't appreciate the way he said it just in

13   general even aside from my religion.  Just ethically and

14   morally, he shouldn't have been using those words.

15        Q    But it was also contrary to your religious

16   upbringing, too, wasn't it?

17        A    Yes.

18        Q    Brittni, can you tell me again, what was that

19   injury that you experienced toward the end of the year?

20        A    It was a minor ankle sprain.

21        Q    Was it wrapped or --

22        A    Yeah, I had a brace.

23        Q    You had a brace on it?

24        A    Yes, but I mean after it happened I got a brace to

25   wear on it.
```

43

1    Q    That was the doctor who gave you the brace?

2    A    Yes.

3    Q    How long did you wear the brace?

4    A    For the rest -- after I came back, for the rest of

5    the time, for the rest of the games that I played just out of

6    his advice.

7    Q    How many games did you play after the injury?

8    A    I don't remember exactly how many.

9    Q    More than one?

10   A    Yes.

11        MR. SHULMAN:  I'm going to ask her to identify that

12        and enter that into the record as an exhibit.

13        MR. SOLMS:  Is that South Fork?

14        THE WITNESS:  I guess so.

15        MR. SHULMAN:  Do you want to talk to her about it

16        in private?

17        MR. SOLMS:  No, no.  That's okay.  You can ask her

18        -- I just want to try to -- okay.

19        MR. SHULMAN:  I've got to take a break for a

20        minute, so I'll go off the record.

21        MR. SOLMS:  Okay.

22        (Whereupon, a short recess was had in the

23        proceedings.)

24        MR. SHULMAN:  Let's enter that into the record with

25        the deposition and then let Brittni have it.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

44

```
 1        MR. SOLMS:  Let me object to the foundation of that
 2    exhibit and its relevancy and the hearsay, that it's
 3    based on hearsay.
 4        (Whereupon, Defendant's Exhibit No. 1 was marked
 5    for identification.)
 6  BY MR. SHULMAN:
 7    Q    Brittni, will you take a look at that?  Do you know
 8  what it is?
 9    A    Stats page.
10        MR. SOLMS:  She's looking at the first page?
11  BY MR. SHULMAN:
12    Q    Page one, the log.  I don't know what you would
13  call it.
14    A    Stats, I guess stats sheet.
15        MR. SOLMS:  Do you know what it is, Brittni, yes or
16    no?
17        THE WITNESS:  Yes.
18  BY MR. SHULMAN:
19    Q    Describe what it tells you because I'm not -- as a
20  player, you would know.
21    A    It tells points I scored, rebounds, free throws --
22    Q    No, just the first page.
23        MR. SOLMS:  You can look at the legend if you want.
24        THE WITNESS:  Yeah, okay.  Yeah, I mean, that's the
25    gist of it.
```

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

BY MR. SHULMAN:

Q    That's a record of your play?

A    Yes, sir.

Q    And does it tell you when you were injured?

A    Yes.

Q    What game was that?

A    I believe this is the Dwyer game.

Q    Is that correct?

A    Yes.

Q    You do remember of your own free will that that was the Dwyer game?

A    Yes.

Q    Now how many games after that was on the schedule?

A    Five.

Q    How many of those five games did you play after the injury?

A    Two.

Q    What teams were those, the opponents?

A    John I. Leonard and South Fork.

Q    Did you score any points in John I. Leonard?

        MR. SOLMS:  Lack of proper predicate.  Go ahead.

        THE WITNESS:  I don't think I -- no, I didn't score any.

BY MR. SHULMAN:

Q    What was the second team?

1    A    South Fork.

2    Q    Did you score any points in that game?

3    A    No.

4         MR. SOLMS:  Can you run a Xerox off for me?

5         MR. SHULMAN: Yes.

6    BY MR. SHULMAN:

7    Q    Who did you notify relative to quitting the team?

8    A    Who I told when I was quitting?  Coach Sabia.

9    Q    Anyone else?

10   A    He was the first person I told.

11   Q    After that?

12   A    As I was leaving the gym, one other girl asked me

13   where I was going and I told her I had quit.

14   Q    Who was she?

15   A    Monica.

16   Q    Did your performance at that game frustrate you?

17   A    No.

18   Q    Did the performance at that particular game have

19   anything to do with your deciding to quit?

20   A    No.

21   Q    Did your lack of playing time at that game have

22   anything to do with your deciding to quit?

23   A    It had a little bit to do from that game, a little

24   bit to do with it.

25   Q    In other words, you disagreed with the coach as to

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1    how much time he played you in that game?

2              MR. SOLMS:  Objection.

3              THE WITNESS:  Yes.  I did disagree with him.

4    BY MR. SHULMAN:

5         Q    You did disagree?

6         A    Yes.

7         Q    And again there were five games left in the season

8    after you left or no?

9         A    Yes.

10        Q    No, that was after the injury.  After you left, how

11   many games were left in the season?

12        A    After that there is four on here.

13        Q    Do you think that was correct?

14        A    Four, yes, sir -- four regular season.

15        Q    Did anyone during the season to your knowledge ever

16   scout you or indicate to you or your family that they were

17   interested in your ability to play basketball?

18        A    Not that I'm aware of.

19        Q    Did you have any idea of a possible award of a

20   scholarship that might be forthcoming from any of the

21   colleges or universities?

22        A    No.

23        Q    The answer is no?

24        A    No.

25        Q    After the basketball season, did you engage in any

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

48

1    other sports?

2        A    Yes, I played track.  I did track.

3        Q    Did you win any awards for track?

4        A    Yes.

5        Q    What award did you win?

6        A    Female Athlete of the Year for Palm Beach County.

7        Q    Female Athlete of the Year in the entire county?

8        A    Yes, sir, for track in Palm Beach.

9        Q    In track?

10       A    Yes, sir.

11       Q    Very good.  What will be the first sport of the

12   season at Spanish River?

13       A    Volleyball.

14       Q    And do I gather that those practice sessions have

15   already begun?

16       A    Yes, today.

17       Q    And will you be participating?

18       A    Yes.

19       Q    After that when does the basketball season usually

20   begin?

21       A    About November, I think, about November.

22       Q    And it will last until when?

23       A    End of January.

24       Q    Do you expect that you'll be trying out for that?

25       A    Yes, sir.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1     Q     And you are eligible to try out for basketball?

2     A     Yes.

3     Q     So there's no experience you had at Boca High

4  School that will keep you from playing in any of the sports

5  at Spanish River High?

6     A     An incident at Boca would keep me from playing at

7  Spanish River?  No, because everything is fine for me to play

8  at Spanish River.

9     Q     Everything is fine?

10    A     So far it's fine.

11    Q     Aside from the words which he used to the entire

12 team, Brittni, did the coach or Ms. Blackmore, if that's her

13 name, ever treat you with pervasive outright disrespect?

14    A     No.

15    Q     If other students testify in affidavits that they

16 thought he was a gentleman and a marvelous coach and that his

17 fault was that he probably didn't drive them hard enough, you

18 would say they were lying; right?

19           MR. SOLMS:  Objection, hearsay.  She can't comment

20      on somebody else.

21           Answer it to the best of your ability.

22           THE WITNESS:  I would say they would say that  that

23      wasn't true.

24 BY MR. SHULMAN:

25    Q     In other words, those students would not be telling

```
 1   the truth?

 2       A    Right.

 3       Q    Do you think that it was a question of personal

 4   perspective that some may think he was a gentleman and others

 5   may not, depending upon their own perception?

 6            MR. SOLMS:  Objection, relevancy.  You may answer.

 7            THE WITNESS:  It's their opinion what they think.

 8       Is that what you're asking?

 9   BY MR. SHULMAN:

10       Q    And opinions can differ?

11       A    Yes.

12       Q    Did you miss any school?

13       A    From what?

14       Q    As a result of this incident with the basketball

15   coach, any injury --

16       A    Not that I remember.

17       Q    No?

18       A    No.

19            MR. SOLMS:  I think he already asked you that.  You

20       even gave him the same answer.

21   BY MR. SHULMAN:

22       Q    Do you have any idea as to what caused the injury,

23   Brittni?

24       A    Do I?  Yes, I know what caused it.

25       Q    What?
```

51

```
 1        A    I was going -- I think I was defending somebody and
 2   I turned one way and I guess my foot didn't turn the other
 3   way.
 4        Q    Did you have Coach Sabia in class at all?  Was he
 5   one of your teachers in any subject?
 6        A    No, he was not.
 7        Q    Were    you   personally   disappointed   in   your
 8   performance on the team toward the end of the year?
 9        A    No.
10        Q    Do you know a Mr. Kornblue?
11        A    Yes.
12        Q    He's a coach as well, isn't he?
13        A    Yes.
14        Q    But he had nothing to do with coaching basketball?
15        A    No.
16        Q    Did he come to the basketball games?
17        A    Not that I remember.
18        Q    Did you ever socialize with Mr. Kornblue?
19        A    Yes, I saw him on occasion.
20        Q    Were you ever over at his house?
21        A    No.
22        Q    Did he ever come to your house?
23        A    No.
24        Q    Well, how did you see him then?  Did you --
25        A    At school.  I mean, he was a substitute there, I
```

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1   believe.

2        Q    He was a sub?

3        A    I believe he was a --

4        Q    Do you know what sport he coached?

5        A    Football, I believe.

6        Q    Did anyone at the school interfere at any time with

7   the meetings of the FCA?

8        A    Interfere, no, nobody interfered.

9        Q    Were you generally happy at Boca High School?

10       A    Aside from basketball, yes, for the most part.

11       Q    Did you ever have any difficulty with any of the

12   teachers?

13       A    No.

14       Q    Did you ever have a deposition taken before or is

15   this is the first one?

16       A    This is the first one.

17       Q    Were you ever involved in litigation of any kind

18   before?

19       A    No.

20       Q    Did you ever have any difficulty with sports,

21   athletics, teachers, coaches at the schools in Georgia?

22       A    No, never had.

23       Q    Nothing at all?

24       A    Not that I remember.

25       Q    Did your mother ever have to go up to speak to the

1   schools in Georgia about your participation in any way in

2   sports?

3       A    No, not for sports, no.

4       Q    Advise anyone up there about your ability in

5   sports?  Nothing like that?

6       A    No.

7       Q    To the best of your knowledge, was this the first

8   time your mother went to a school to talk about you and

9   sports?

10      A    Yes.

11      Q    You've never had any difficulty with any teachers,

12  though?

13      A    No, no teachers.  No, I've never had difficulty.

14      Q    Coaches?

15      A    No.

16      Q    Did you ever have any difficulty with any of the

17  students at the school?

18      A    At Boca?

19      Q    Yes.

20      A    No.

21      Q    Did you ever have any discussions with Mr. Harris?

22      A    Principal Harris?  Just the day we met with him

23  about the basketball issue.

24      Q    Who met with him?

25      A    My mom.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

54

1      Q      And you were there?

2      A      Yes, I was there.

3      Q      Who else was there?

4      A      My step-dad, Jim Bannon, Mr. Harris was there and

5   then -- I don't remember what the --

6      Q      If you don't know, you don't know.

7      A      There was another guy there but I forgot his name.

8      Q      Was the coach there?

9      A      He came when I was leaving.

10     Q      Could the other fellow possibly have been the

11  athletic director of the school?

12     A      No, it wasn't the athletic director.

13     Q      Did anybody at the school ever question you or

14  chastise you about your religious beliefs?

15     A      No.

16     Q      What were your grades at the school last year?

17     A      A's and B's.

18     Q      Did your grades go down at the end of the year or

19  about the same?

20     A      They were the same the whole year.

21     Q      They weren't impacted by this?

22     A      No.

23     Q      Do you know how many times over the whole year you

24  were absent at Boca High, if you know?

25     A      I don't know how many.

1    Q    Tell me exactly what position Erin Blackmore had

2  with the team?

3    A    She was the varsity girl's assistant manager,

4  assistant coach --

5    Q    Wait a minute.  Varsity --

6    A    Varsity girl's basketball, she was assistant coach,

7  and for the JV she was the head coach.

8    Q    Tell me, does that mean that she was present at

9  every game?

10    A    I believe she was at most -- yeah, I think she was

11  at all of our games.

12    Q    Where did she stand during the games?

13    A    She sat next to Coach Sabia.

14    Q    Would she talk to Coach Sabia?

15    A    Yes.

16    Q    Would you gather that she conferred with Coach

17  Sabia about the game?

18    A    Yes.

19    Q    Do you know, if you do, whether she disagreed with

20  Coach Sabia about the number of minutes you played?

21    A    I don't know that.

22    Q    You don't know.  Was she present at the practices?

23    A    Yes.

24    Q    Did she give the team instruction during the

25  practice, suggestions?

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

```
 1        A      Yes.

 2        Q      Like what?

 3        A      Sometimes -- we scrimmaged the JV's sometimes and

 4   you know, she would tell her girls what to do or --

 5        Q      In your opinion, was she a good coach?

 6        A      I don't know about good.

 7        Q      Was she trying to be a good coach?

 8        A      I don't know.   I mean, I can't say for her.   I

 9   don't know.

10        Q      Did anything come to your attention about her not

11   being a proper coach?

12        A      I mean, aside from cussing, she was like Coach

13   Sabia as a coach.   I mean, she wasn't a good coach, I'd say.

14        Q      Was any of the cussing of Erin Blackmore directed

15   personally to you?

16        A      No.

17        Q      Was any of the language that you object to from

18   either Coach Sabia or Erin Blackmore words which were

19   muttered under their breath, so to speak?

20        A      The cuss words, you mean?

21        Q      Yes.

22        A      No, they were vocal about them.   I mean, they could

23   have said some under their breath, but they were vocal.   I

24   mean, we heard them.

25        Q      But never directed to any person?
```

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

57

1      A     No, the team.

2      Q     Did any of the cuss words used, alleged cuss words

3   used, affect any honors or athletic opportunities that you

4   could have had?

5      A     Well, the fact that I quit the team because of it,

6   that affected --

7      Q     And the cuss words may have been part of the reason

8   you quit the team?

9      A     I'd say it was a good bit of why.

10     Q     Were the cuss words used at the beginning of the

11  season?

12     A     Yes.

13     Q     Can you tell me why you continued to play I don't

14  know how many games with these cuss words?

15     A     I don't know why.  I mean, because I thought I

16  could deal with it without, you know, letting it get to me or

17  whatever and I just --

18     Q     Is there anything else about the conduct of Erin

19  Blackmore that bothered you?

20     A     No.

21     Q     Anything else about the conduct of Mr. Sabia that

22  bothered you?

23     A     No.

24     Q     Did anybody ever talk to you about body appearance

25  or anything like that?

58

1    A    No.

2    Q    Anybody ever tell sexual jokes, stories or do

3    drawings?

4    A    No.

5    Q    Anyone pose any sexual questions to you?

6    A    No.

7    Q    Any sexual slurs, leering, threats?

8    A    Besides the F-word, no.

9    Q    Anyone describe any other person sexually?

10   A    No.

11   Q    Was there any unwelcome sexual flirtation with you?

12   A    No.

13   Q    Anyone propose any sexual activity with you?

14   A    No.

15   Q    Were there any kinds of unwelcome demands being

16   made of you?

17   A    No.

18   Q    Anyone spread any sexual rumors about any other

19   team member that you know of?

20   A    No.

21   Q    Any touching in a sexual way?

22   A    No.

23   Q    This retaliation that you mentioned, that he didn't

24   put you in the game, that wasn't a result of sex or gender,

25   though, was it?

59

```
 1        A     No.

 2        Q     And when you were annoyed the first time you went

 3   to see the principal was with your mother after the letter

 4   was written?

 5        A     Yes.

 6        Q     And that was again after what game? South Fork?

 7        A     Yeah.  No, that was --

 8              MR. SOLMS:  There were two South Fork games during

 9        the season according to your schedule.

10   BY MR. SHULMAN:

11        Q     Well, help me, after which game?

12        A     Which one did I quit or which one the letter?

13        Q     No, no, the letter and the --

14        A     I'm not sure when the letter -- I'm not sure

15   exactly what the date was.

16        Q     Can you tell me where that letter is?

17        A     I know -- I think the School Board has one.

18        Q     Do you have a copy of it at home?

19        A     Yes.

20        Q     You didn't bring it with you?

21        A     No, I don't have it with me.

22        Q     Do you know what was in that letter?

23        A     I don't remember exactly word for word or whatever.

24        Q     Can you tell me what you think was in that letter?

25        A     It talked about the cussing, the way he coached,
```

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1  but mostly about the language he used.

2      Q    Okay.  As a result of that letter, a meeting was

3  held?

4      A    Yes, but not for a while till afterwards.

5      Q    And how did Mr. Harris respond because you were

6  there to those allegations about the coach?

7      A    He wanted to -- he didn't like that he had been

8  cussing, he didn't approve of it.

9      Q    Did he tell you that he was going to look into it?

10     A    Yeah.

11     Q    Was Mr. Sabia there with the allegations that he

12 cussed?

13     A    I left when Sabia got there, so I don't know what

14 was said when he was there.

15     Q    Okay.  Do you know whether the principal spoke to

16 the athletic director about this incident?

17     A    I don't know.

18     Q    Okay.  Did you ever discuss with your mother about

19 filing any kind of a complaint, an EEO complaint?  Is that

20 word familiar with you?  If not, no.

21     A    I don't -- EEO.  I don't know.  That's not familiar

22 to me.

23     Q    Title IX.  Anybody talk to you about Title IX

24 violations?

25     A    I don't think -- I mean, I don't know.

1  Q   You don't know anything about a Title IX violation?

2  A   No.

3  Q   Nobody discussed it with you?

4  A   No.

5  Q   Do you believe that you were deprived of some

6  constitutional right?

7  A   For which -- what are you talking -- which case?

8  The basketball, the --

9  Q   Basketball.

10  MR. SOLMS:  Objection, question of law.  Tell him

11  as best as you understand.

12  THE WITNESS:  I'm not really sure.

13  BY MR. SHULMAN:

14  Q   Did you ever ask for or receive from the school any

15  kind of a form for a complaint?

16  A   I never saw a complaint form.

17  Q   Did Coach Sabia at any time admit to you any

18  wrongdoing?

19  A   That he had done?

20  Q   Yes.

21  A   No.

22  Q   Did Mr. Sabia without admitting any wrongdoing to

23  you ever say, I'm sorry you feel that way, or apologize for

24  what your perception may be?

25  A   He did that when he was in the meeting.  I don't

62

1   think he apologized, but I wasn't in there when that went on.

2   So I'm not sure if he --

3       Q    Well, how do you know that he said that?

4       A    I mean, I was told, but I don't know.

5       Q    By who?

6       A    My mom.  I don't know if he apologized or what was

7   said.

8       Q    Okay.  Did you ever have anything happen to you

9   outside of this school or in your past life at all that

10  involved discrimination?

11      A    Not that I -- no.

12      Q    Any attempts at saying you were discriminated

13  against to anybody?

14      A    No.

15      Q    No?  Another school, another coach?

16      A    No.

17      Q    So the type of annoyance that you experienced here

18  was really bad language; right?

19      A    Yes.

20      Q    Did you ever hear him use bad language in school?

21      A    Yes.

22      Q    In class?

23      A    I didn't have class with him, so I don't know.

24      Q    In the corridors of school?

25      A    I believe, yes.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

63

1      Q    Tell me when.

2      A    I don't know the exact date or whatever, but he was

3   a PE coach and I had PE with a different coach in the same

4   gym, and I had heard him.

5      Q    But can you be more specific and tell me --

6      A    I don't know what was said and when.

7      Q    Okay.   Did you ever accompany your mother or go

8   along or have any visits to the area superintendent's office

9   about this?

10     A    No.

11     Q    Did you ever write any notes or anything in the way

12  of bringing this to anybody's attention, put it in writing,

13  aside from your mother's letter?

14     A    No.

15     Q    No.   Nothing signed by you.

16          And no students on the team disagreed with your

17  views.   I think that's what you said.

18     A    That no student --

19     Q    If I'm wrong, correct me.

20     A    That they agreed with the way I --

21     Q    The question is that you know of no students who

22  disagreed with your views of the coach?

23     A    No.

24     Q    Even though these kinds of words were used and so

25  forth, did you feel that you needed any kind of counseling

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

1   because of this?

2       A     No.

3             MR. SOLMS:   Off the record for a second.

4             (Whereupon, an off-the-record discussion was had.)

5   BY MR. SHULMAN:

6       Q     Did you participate in any bowling events with any

7   of the faculty members?

8       A     Yes.

9       Q     Tell me about that.

10      A     It was a club called the Good Kids Club and it was

11  a few -- actually a lot of the kids went and we met at the

12  bowling alley and bowled.

13      Q     Did any faculty member sponsor that club?

14      A     Yes.  Coach Sweeten, Mr. Sweeten.

15      Q     Mr. Sweeten?

16      A     Mm-hmm.

17      Q     Did you ever because of your relationship with Mr.

18  Sweeten complain to Mr. Sweeten about Coach Sabia?

19      A     No, he -- no, I didn't.

20      Q     You never mentioned it to him?

21      A     No.

22      Q     Why didn't you mention it to him?

23      A     Because that's between me and Coach Sabia and not

24  for other coaches.

25      Q     Aside from the words which you wrote down here,

1   there were no other words?  These are the words?

2       A    Yes, those words.

3       Q    Were these words used on occasion or were they used

4   as, you know, every day speech?

5       A    Every day speech.

6       Q    At the games?

7       A    At the games.

8       Q    At the practices?

9       A    At the practices.

10      Q    In class?

11      A    I didn't have him in class, but when I saw him,

12  yes.

13      Q    In the corridors of the school?

14      A    Yes.

15      Q    Was there a word in particular that he used most

16  often or were all of these words incorporated in his speech?

17      A    They were all used very often.

18      Q    And they were heard by all of the other team

19  members?

20      A    Yes, they were.

21           MR. SHULMAN:  I have no other questions.

22           MR. SOLMS:  I'd like to have her --

23           MR. SHULMAN:  Are you going to question her?

24           MR. SOLMS:  No, no questions.

25           I'd like to have this marked as Plaintiff's Exhibit

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

66

1      1 for identification.

2              (Whereupon, Plaintiff's Exhibit Number 1 was marked

3      for identification.)

4              (Whereupon, the deposition was concluded at 11:00

5      a.m.)

6                          *  *  *  *  *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

**RULE 1.310   FLORIDA RULES OF CIVIL PROCEDURE**

     PROVIDES:

     (e)   Any changes in form or substance which the witness desires to make shall be entered upon the deposition by the officer with a statement of the reasons given by the witness for making them.

| PAGE/LINE | CHANGE | REASON |
|-----------|--------|--------|
|           |        |        |

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

68

1   THE STATE OF FLORIDA )

2   COUNTY OF PALM BEACH )

3

4           I HEREBY CERTIFY that I have read the foregoing

5   deposition by me given, and that the statements contained

6   therein are true and correct to the best of my knowledge and

7   belief.

8

9

10          _____

11                          BRITTNI JASHEL HARRIS

12

13

14  Sworn to and subscribed before

15  me, this _____ day of _____, 2002.

16

17

18

19  _____

20  Notary Public

21

22

23

24

25

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

## CERTIFICATE OF OATH

THE STATE OF FLORIDA

COUNTY OF PALM BEACH

       I, the undersigned authority, hereby certify that

BRITTNI JASHEL HARRIS, personally appeared before me and was

duly sworn to tell the truth, the whole truth and nothing but

the truth.

       WITNESS MY HAND AND OFFICIAL SEAL this 10th  day

of September, 2002.

Sophie M. Springer, Notary Public.

State of Florida at Large.

My commission expires: Sept. 13, 2004

Sophie M. Springer
MY COMMISSION # CC964085 EXPIRES
September 13, 2004
BONDED THRU TROY FAIN INSURANCE, INC.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

70

**CERTIFICATE OF REPORTER**

THE STATE OF FLORIDA 

COUNTY OF PALM BEACH

     I, Sophie M. Springer, Notary Public, State of Florida at Large,

     DO HEREBY CERTIFY that the foregoing deposition of BRITTNI JASHEL HARRIS, was taken before me in this cause at the time and place and in the presence of counsel as set forth in the caption page hereto; that the foregoing and annexed pages, numbered 1 through 66, inclusive, is a true record of the testimony of said witness and of all proceedings had at the session at which said testimony was given.

     I FURTHER CERTIFY that I am not related to or employed by any of the parties or their counsel, nor am I interested in the outcome of this action.

     IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my seal this ___10th___ day of September, 2002.



Sophie M. Springer, Notary Public.

ASSOCIATED COURT REPORTERS OF PALM BEACH COUNTY, INC.

(561) 655-2300

07. 29/2002  10:57   5614168777          BOCA RATON MIDDLE                          PAGE  02

# Brittni Harris

| G | FGA | FGM | FTA | FTM | 3PT | TOT | AVE | RB | A | ST |
|-----|------|------|-----|-----|-----|------|------|-----|-----|-----|
| SAN | 7 | 1 | 9 | 6 | 0 | 8 | | 4 | 1 | 1 |
| SR | 8 | 4 | 14 | 8 | 0 | 16 | | 9 | 1 | 0 |
| ATL | 7 | 1 | 2 | 2 | 0 | 4 | | 10 | 1 | 0 |
| DW | 7 | 1 | 0 | 0 | 0 | 2 | | 5 | 0 | 0 |
| RPB | 6 | 2 | 40 | 20 | 0 | 26 | | 46 | 2 | 1 |
| BB | 6 4 | 0 | 3 | 1 | 0 | 1 | 6.16 | 4 | 0 | 1 |
| FPC | 8 | 5 | 0 | 0 | 0 | 10 | | 10 | 0 | 1 |
| OH | 9 | 3 | 8 | 4 | 0 | 10 | | 13 | 0 | 3 |
| SF | 10 | 3 | 5 | 0 | 0 | 6 | | 7 | 0 | 1 |
| ATL | 5 | 0 | 0 | 0 | 0 | 0 | | 5 | 1 | 0 |
| DW | 2 | 0 | 0 | 0 | 0 | 0 | 5.27 | 3 | 0 | 0 |
| PJP | DNP | | | | | | | | | |
| OH | DNP | | | | | | | | | |
| BB | DNP | | | | | | | | | |
| JIL | 2 | 0 | 0 | 0 | 0 | 0 | | 6 | 0 | 0 |
| SF | 1 | 0 | 1 | 0 | 0 | 0 | 4.84 | 4 | 0 | 0 |
| FPC | | | | | | | | | | |
| SAN | | | | | | | | | | |
| SR | | | | | | | | | | |
| RPB | | | | | | | | | | |

✗ injured during game.   Brittni quit the team after the South Fork game

6 = games

- She also played in 3 games of a pre-season tournament at Palm Beach Lakes High

DEF's EX. # 1

Ama  8-12-2002

FAX

7/29/02

TO: DR. SHULMAN

FROM: JOE SABIA , BOCA RATON HIGH

RE: BANNON / HARRIS


2 pages

Legend For Stat Sheet:

FGA = Field goals attempted
FGM =    "      "    Made
FTA = Free throw Attempted
FTM =    "      "    Made
TOT = points
AVE = scoring Average
RB = Rebounds
A = Assists
ST = Steals

561-883-7319 - 4 o'clock

Jenna
Dawson

after game "under breath" - upset lost.
                    not to anybody
wasn't mean enough - ok good - good jobs

Monica - "cool off" - out of hand
Lawson -

Loved her -

Never upset w the Brittani
Brittani - quit. (mother reason quit).
   Excuse. gave her extra attention.
mean - to everybody did it there her way -

At end of season - completely separate.

Bathroom offensive - Good idea -
            Be a good person - o.k.

Natalie
Scruton   561-347-0730   — July.

"nicest person" - wish he yelled at me more.
Graduated - George Wash. Univ.
Every other coach - screamed.
Excellent - kind - understanding.

Told he right back — kind!

370 N.E. 14th St
Boca  33431.

never acted out of conduct of coach —

Britt Katynski - 213-3602
Natasha Moore - 561-243-2562.



PLAINTIFF'S EX. #1

Ams   8-12-2002