Page 1

1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
2            CIVIL CASE NO. 02-80438-CIV-HURLEY/LYNCH

3

SHELDA HARRIS BANNON, as
4   parent and natural guardian of her
    daughters, SHARAH HARRIS and
5   BRITTNI HARRIS,

6           Plaintiffs,

7   -vs-

8   THE SCHOOL DISTRICT OF PALM BEACH COUNTY,
    a body corporate, ED HARRIS, individually
9   and in his capacity as principal of
    BOCA RATON COMMUNITY HIGH SCHOOL, and
10  JOE SABIA, Individually and in his capacity
    as Girl's Basketball Coach of BOCA RATON
11  COMMUNITY HIGH SCHOOL,

12          Defendants.

13  _____

14

                DEPOSITION OF JOE SABIA
15

16           Thursday, September 26, 2002
                1501 N.W. 15th Court
17           Boca Raton, Florida 33486
                10:32 a.m.- 12:15 p.m.
18

APPEARANCES:
19

20      On behalf of the Plaintiffs:
            WILLIAM O. SOLMS, JR., ESQUIRE
            SOLMS & PRICE, P.A.
21          6701 Sunset Drive, Suite 104
            Miami, Florida 33143
22

23      On behalf of the Defendants:
            SANDRA BOSSO-PARDO, ESQUIRE
            THE SCHOOL DISTRICT OF PALM BEACH COUNTY
24          3318 Forest Hill Boulevard, Suite C302
            West Palm Beach, Florida  33406
25

COPY

Page 2

- - -

I N D E X

- - -

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|----------|--------|-------|----------|---------|

JOE SABIA

BY MR. SOLMS            3

- - -

E X H I B I T S

- - -

NUMBER                                          PAGE

PLAINTIFF'S EX. 1                                26
PLAINTIFF'S EXS. 2-3                             39
PLAINTIFF'S EX. 4                                42


CERTIFIED QUESTION                              67

Page 3

```
 1                    P R O C E E D I N G S

 2                           -  -  -

 3            Deposition taken before April Y. Segui,

 4    Registered Professional Reporter and Notary Public in

 5    and for the State of Florida at Large, in the above

 6    cause.

 7                           -  -  -

 8    Thereupon,

 9                         (JOE SABIA)

10    having been first duly sworn or affirmed, was examined

11    and testified as follows:

12                      DIRECT EXAMINATION

13    BY MR. SOLMS:

14         Q.   Good morning, sir.  Please state your name

15    for the record.

16         A.   Joe Sabia.

17         Q.   And where are you employed?

18         A.   School District of Palm Beach County.

19         Q.   Which school?

20         A.   Boca Raton High School.

21         Q.   How long have you been located at Boca Raton

22    High School?

23         A.   Employed by The School District you mean?

24         Q.   No.  Located at Boca Raton High School as an

25    instructor or in any capacity.
```

1      A.    This is my fourth year of full-time teaching

2   and one other half year as a replacement teacher.

3      Q.    When did you first come to The School Board

4   of Palm Beach County as -- in any capacity?

5      A.    The school year of '98-'99.

6      Q.    Where did you come from?

7      A.    I was -- I worked in the medical supply

8   business.

9      Q.    And I guess let me go back.  Let me get an

10  idea of your education.  Where did you go to college?

11     A.    Florida Atlantic University.

12     Q.    And when did you graduate?

13     A.    1974.

14     Q.    With what degree?

15     A.    Bachelor of Science in education.

16     Q.    And do you have anymore education formally?

17     A.    No.

18     Q.    And where did you go to work to begin with

19  after you graduated?

20     A.    I -- actually, my first job was at Rickards

21  Middle School in Fort Lauderdale.

22     Q.    How do you spell that?

23     A.    R-i-c-k-a-r-d-s.

24     Q.    Okay.

25     A.    For one year.

1     Q.   In '74-'75?

2     A.   It might have been the year after that,

3 '75-'76.

4     Q.   And just, if you would, just try to go

5 through all the -- your different employments until you

6 get to Boca.

7     A.   After that I worked for a local medical

8 supply company.  The name of it was Atlantic Medical

9 Supply and that was from 1976 to 1982 and then I went

10 to work for a corporation that is now called Bergen

11 Brunswick Medical.

12     Q.   How do spell Berg?

13     A.   B-e-r-g-e-n Brunswick.

14     Q.   Medical Supply?

15     A.   Yeah.  Medical Corporation.

16     Q.   Medical Corporation.  Okay.

17     A.   From 1982 to basically 1997.

18     Q.   And from '97?

19     A.   From '97 I worked for a small company called

20 Ocean Medical Supply for one year before becoming

21 employed by The School District.

22     Q.   So Ocean Medical was '97-'98?

23     A.   Yes.

24     Q.   And then sometime in 1998 to the present

25 you've been with --

Page 6

```
 1        A.    Correct.
 2        Q.    -- The School District pretty much all at
 3   Boca Raton High School?
 4        A.    Yes.
 5        Q.    From 1974 through your commencement with The
 6   School Board of Palm Beach County did you coach any
 7   teams?
 8        A.    Yes.  During the early '80's, from let's say
 9   1987 through the mid '90's, I was involved with the
10   youth basketball league here in Boca Raton.
11        Q.    Was that an organized league?
12        A.    Yes.
13        Q.    What league was it?
14        A.    Boca Hoops.
15        Q.    Boca Hoops.
16              And do they have an office location?
17        A.    Actually, they do.
18        Q.    Where is that?
19        A.    I don't know the exact address, but I could
20   supply it.
21        Q.    Are they listed in the phone book as Boca
22   Hoops?
23        A.    It could be.  I know the number, if you'd
24   like the number.
25        Q.    What's that?
```

1     A.    395-7372, area code 561.

2     Q.    Did you coach men's teams, women's teams?

3     A.    Girls and boys.

4     Q.    Both.  Okay.

5     A.    It's a youth league.

6     Q.    And if you were to give a reference from Boca

7   Hoops who would you want me to talk to?

8     A.    Mike Doyle.

9     Q.    D-o-y-l-e?

10    A.    Yes.

11    Q.    And he would be located at this telephone

12  number?

13    A.    Yes.

14    Q.    And what is his position with Boca Hoops?

15    A.    Director of the league.

16    Q.    While you were a coach at Boca Hoops were

17  there ever any complaints by any of the players or any

18  of their parents?

19    A.    No.

20          (Discussion held off the record.)

21  BY MR. SOLMS:

22    Q.    When was the last time you were a coach for

23  Boca Hoops in the youth leagues?

24    A.    Um, this past season, actually.

25    Q.    Okay.  So you continued after hours?

1    A.    I will explain.  The youth league took place

2    basically in the fall and then in the last three or

3    four years they have also entered a YBOA, which stands

4    for Youth Basketball of America league.  It was called

5    a travel team, a more specialized team with players of

6    certain abilities and the last two seasons I was also

7    involved coaching the girls' team.

8    Q.    Okay.

9    A.    That happens to run in the spring.

10    Q.    And what hours did you spend working for Boca

11    Hoops, let's say in the last two years?  What hours of

12    the day?  Usually in the evening?

13    A.    Yes.

14    Q.    After school?

15    A.    Usually, yes.

16    Q.    Okay.  When do you get off of your Boca Raton

17    High School responsibilities usually during the week?

18    A.    2:50 is the end of the school day and then

19    I'm involved with other sports as well.

20    Q.    At school?

21    A.    Yes.

22    Q.    Okay.  When do you finish your school-related

23    activities so you can go over to Boca Hoops and coach

24    there?

25    A.    Usually about 5:00 or 5:30.

1      Q.   You get some dinner and then head over to the

2  other --

3      A.   Generally, perhaps.

4      Q.   Is that five days a week?

5      A.   No.  Not for the youth league.

6      Q.   How many days a week is the youth league?

7      A.   On the average, maybe two.

8      Q.   That's pretty much year-round, different

9  sports?

10      A.   For the school sports it's every day, pretty

11  much every day.

12      Q.   I'm talking about Boca Hoops, the youth

13  sports.  Is that two days a week year-round?

14      A.   Absolutely not.

15      Q.   Is it seasonal?

16      A.   Yes.

17      Q.   What season?

18      A.   The travel league is in the spring.  It's

19  basically from -- I would say April and May.  That's

20  it.  That's a short season.

21      Q.   What sport is that?

22      A.   Girls' basketball.

23      Q.   Then for the Boca Raton High School that's

24  pretty much year-round including the summer?

25      A.   I have been in the fall cross country coach,

1    which lasts from say August to the end of October and

2    then girls' basketball coach, which goes from early

3    November to the end of February; girls' softball which

4    goes from February to May.  So pretty much one after

5    the other.

6         Q.   Then from May until fall what do you do?

7         A.   In the summer, for the last three years, I

8    have been a coach counselor and assistant director for

9    the Boca Hoops summer camp, which is a youth camp with

10   emphasis on recreation and basketball.

11        Q.   Okay.  So I take it you're pretty interested

12   in youth sports?

13        A.   I've been active in youth sports, yes.

14        Q.   And you do that both in your full-time

15   vocation as well as in your spare time?

16        A.   This is true.

17        Q.   Okay.  Do you have any other extracurricular

18   hobbies or activities in addition to the youth league?

19        A.   I play tennis, golf --

20        Q.   Private?

21        A.   -- on the weekends.

22        Q.   What's your handicap?

23        A.   I'm just -- I shoot in the 90's, the high

24   90's.  I'm not a very good golfer.

25        Q.   Are you a member of any religious

1    organizations?

2              MS. BOSSO-PARDO:  You can answer.

3              THE WITNESS:  No.

4              There's one other thing I'll add for the

5         record.  I'm also a member -- I'm going into my

6         14th season with Florida High School -- Florida

7         High School Activity Association.  I may refer to

8         it again as FHSAA and that's another one of my

9         spare time activities, even though I have not been

10        as involved as an official since I began coaching

11        here.

12   BY MR. SOLMS:

13        Q.   What games did you officiate when you did

14   that?

15        A.   High school.

16        Q.   High school men's and women's basketball?

17        A.   Yes.

18        Q.   Have you had any informal education for

19   continuing education credits in the educational or the

20   physical educational field?

21        A.   Yes.

22        Q.   What sort of ongoing education have you

23   received in that area?

24        A.   In-service points.

25        Q.   How do you achieve in-service points?

1      A.   We attend seminars that are offered by The

2  School District.

3      Q.   Palm Beach?

4      A.   Yes.

5      Q.   Other than The Palm Beach School District

6  in-service points seminars, have you attended any other

7  informal educational seminars dealing with physical

8  education or --

9      A.   Yes.

10      Q.   What other ones?

11      A.   I have attended and earned credit at the Palm

12  Beach Community College in several courses leading to

13  health certification.

14      Q.   Do you remember the specific names of the

15  courses and when you took them?

16      A.   Yes, I do.  Elements in Nutrition, Health

17  Concepts, Human Sexuality.  I believe that's the three

18  that I've taken.

19      Q.   Have you received any awards as a coach?

20      A.   No.

21      Q.   Have you accomplished any things as a coach

22  which you feel are significant?

23      A.   Yes.

24      Q.   And what are those things?

25      A.   At Boca Raton High School I took over a team

1    my first year that the previous year had won one game

2    and lost 20.  The season -- my first season we -- the

3    team was able to improve to seven victories.  The

4    second -- the next season after that, 15 victories.

5        Q.   So -- wait.  Let me get the years.  '99 would

6    have been your first season?

7        A.   Uh huh.

8        Q.   So the first season, that was seven wins?

9        A.   Right.

10       Q.   And in 1999 -- then 2000 would have been your

11   second season?

12       A.   Right.  2000-2001.

13       Q.   Okay.  So did have you more wins than seven?

14       A.   Yes.  15.

15       Q.   This is a girls' basketball team?

16       A.   Yes, it is.

17       Q.   Okay.

18       A.   This past season, the 2001-2002 season, we

19   also have 15 victories and qualified for the state

20   tournament for the first time in probably about eight

21   years.

22       Q.   Any other accomplishments that you feel are

23   significant in your career?

24       A.   Even though I was only -- each year there's a

25   conference selection of a Coach of the Year for the

Page 14

1   conference --

2        Q.   Uh huh.

3        A.   -- and I have been second each year.

4        Q.   Among how many coaches?

5        A.   About six, maybe seven.

6        Q.   Okay.  In the conference, is that all of Palm

7   Beach County?

8        A.   It's -- geographically Palm Beach County

9   Athletic Conference has like a south conference, a

10  central conference and a north conference, so it's

11  basically the south conference.

12       Q.   You're the south conference, okay.

13            And since -- other than this case, have there

14  been any complaints by any students or faculty members

15  or parents --

16       A.   None that I know of.

17       Q.   -- concerning your coaching?

18            Are there any players on your team from the

19  year 2001 that had played on other high school

20  basketball teams, other women, women's high school

21  basketball teams, to your knowledge?

22       A.   This past season, to my knowledge, no.

23       Q.   Okay.  So, to your knowledge, other than

24  Brittni Harris, all the other players had pretty

25  much -- this was their only high school basketball team

1   experience; is that right?

2       A.   Yes.

3       Q.   Here at Boca Raton High School are there any

4   written guidelines for the conduct of students, to your

5   knowledge?

6       A.   For conduct for students?

7       Q.   Yes, sir.

8       A.   Yes.   There's a Student Handbook and there's

9   an outline for their behavior and consequences.

10       Q.   Are you familiar with it?

11       A.   I am familiar with it, yeah.

12       Q.   When was the last time you read it?

13       A.   I usually review it at the beginning of the

14   year.

15       Q.   With the students?

16       A.   They get a handbook and I do -- we don't read

17   the entire thing to them, but they do get a handbook

18   and we do review it with them.

19       Q.   Is there anything in that book that you

20   recall in the Rules of Conduct applicable to Boca Raton

21   High School students that deals with their language?

22       A.   I don't recall specifically.

23       Q.   Are students permitted to shout curse words,

24   words like "fuck, shit" whenever they feel like it?

25       A.   No.

1    Q.   And if a student did that in your presence

2  what sort of steps should you take as an instructor to

3  discipline that student?

4    A.   Write a referral to the dean -- to the

5  assistant principal, rather, using the exact words as

6  we can recall.

7    Q.   And are -- is that type of conduct something

8  that a student would be dismissed from the school as a

9  consequence or would there be a more -- a lighter

10  disciplinary action that should be taken?

11    A.   I don't -- I don't think that they would be.

12    Q.   I'm asking for your opinion.

13    A.   I don't think that they are dismissed from

14  the school for that kind of a violation.

15    Q.   Okay.

16    A.   I don't think they are.

17    Q.   They are just asked to clean their act up

18  and --

19    A.   I would imagine.  I'm -- the teachers aren't

20  involved with the consequences that The School District

21  has the assistant principal set.

22    Q.   Okay.  Did you permit any students on the

23  girls' basketball team to use this kind of language at

24  any time?

25    A.   They never had my permission.

Page 17

1      Q.    Did they use that language in your presence?

2      A.    Yes.

3      Q.    Did you discipline any of them?

4      A.    To a certain degree.  I don't recall a

5  specific time when I did.  A lot of what happened was

6  on the court.  Sometimes I didn't know that it was

7  happening during the games.  Sometimes they might be

8  using bad language on the court.

9      Q.    Did you ever hear Brittni Harris use any bad

10  language?

11     A.    Not that I remember, no.

12     Q.    Do you remember Brittni Harris ever coming to

13  you personally complaining to you about the use of foul

14  language?

15     A.    She did not.

16     Q.    Did Brittni's mother come and complain to

17  you --

18     A.    No, she did not.

19     Q.    -- verbally?

20           Now, you have an assistant --

21     A.    Yes.

22     Q.    -- that helps you coach.  What is your

23  assistant's name?

24     A.    Erin Blackmore.

25     Q.    How long has Erin Blackmore been your

1   assistant?

2       A.    Two years.

3       Q.    With her assistance has that helped your team

4   to become more effective?

5       A.    I think so.

6       Q.    On occasion are you requested by The School

7   Board of Palm Beach or Boca Raton High School to

8   evaluate Miss Blackmore's performance?

9       A.    I send in a report to the Athletic Director

10  about our season, overall results, so forth.  No, not

11  exactly.  They didn't require me to send a report in

12  about her performance as an assistant.

13      Q.    Does your evaluation of Miss Blackmore, if

14  favorable, help in her evaluation by the county school

15  board of her performance?

16          MS. BOSSO-PARDO:  I'm going to object to the

17      form.  Lack of predicate.

18  BY MR. SOLMS:

19      Q.    You may answer.

20          MS. BOSSO-PARDO:  You can answer.

21          THE WITNESS:  Can you repeat?

22          MR. SOLMS:  You can read it back to him.  It

23      might be a lousy question.

24

25

```
 1                        - - -
 2               (Thereupon, a portion of the record was read
 3      by the reporter.)
 4               THE WITNESS:  I need you to explain again
 5           what you mean.  Evaluation for what, for her as a
 6           teacher?
 7      BY MR. SOLMS:
 8           Q.   Are teachers evaluated from time to time by
 9      The School Board?
10           A.   Yes.
11           Q.   And is that every year?
12           A.   Yes, it is.
13           Q.   Okay.  Does it help in an evaluation of a
14      teacher if they have positive comments in their file by
15      their supervisors?
16           A.   I wouldn't know that for sure.  I would
17      imagine, but --
18           Q.   Do you see to it that you put favorable
19      comments in Miss Blackmore's file when you're pleased
20      with her performance?
21           A.   I haven't done that.
22               MS. BOSSO-PARDO:  Object.  Sorry.  Object to
23           the form.  Predicate.
24      BY MR. SOLMS:
25           Q.   You can answer.
```

1    A.   I haven't written anything like that for her

2  file, per say.  Nothing that I've ever written goes

3  into her file that I know of.

4    Q.   On the same token, if there is anything

5  negative that goes into a teacher's file, that reflects

6  negatively on their evaluation, possibly?

7    A.   Possibly.  I wouldn't know.

8    Q.   Okay.  How many students do you have here at

9  Boca?

10    A.   About 1800.

11    Q.   1800.  How many children or women participate

12  in the women's basketball?

13    A.   I'd say 20.

14    Q.   And how many games do you have a season

15  beginning in November of the school year?

16    A.   About 22.

17    Q.   Now, when do practices actually start for the

18  basketball team?

19    A.   This year November 4th.

20    Q.   Is there any reason why practices don't start

21  any earlier?

22    A.   Yes.  Florida High School Activity

23  Association sets guidelines for the beginning of each

24  season of each sport.

25    Q.   What is that organization?

Page 21

1      A.   Florida High School Activity Association.

2      Q.   And what is the reason for that rule or

3  regulation that you don't start until November 4th?

4      MS. BOSSO-PARDO:  Object to the form.  It's

5      not within -- it may not be within this witness'

6      knowledge.

7  BY MR. SOLMS:

8      Q.   All of my questions have a predicate within

9  your knowledge.

10      A.   Can you repeat?

11      MR. SOLMS:  Please read it back.

12             - - -

13      (Thereupon, a portion of the record was read

14  by the reporter.)

15      THE WITNESS:  Every year the FHSAA has a

16      calendar for all sports, when they can start, the

17      weeks that they have to start playing their games,

18      the weeks that they have to end playing their

19      games, tournaments.  District tournaments, state

20      tournaments are all scheduled in advance, years in

21      advance, and every season has a beginning and an

22      end.  I guess it's just for coordination of each

23      sport.

24  BY MR. SOLMS:

25      Q.   Is there any rule that you know of that would

1    prevent Boca Raton High School women's basketball from

2    having a training session in the summer, let's say?

3         A.   The guidelines are that teams can play

4    basketball, for example, can participate in summer

5    camps, team camps that are always sponsored by

6    colleges.  Right here -- we do have one right here at

7    FAU and, to my knowledge, the teams are not prohibited

8    from playing in these camps with their coaches.

9         Q.   All right.  And how about any preseason

10   training programs, conditioning programs?

11        A.   In the summer there's really no stipulations

12   as -- with what you can do.  As soon as school starts,

13   the first day of school there is guidelines as to

14   preseason practice.  You're not allowed to practice

15   with drills or any organized practice.  However, most

16   teams routinely get their teams together for weight

17   training, running, playing on their own.  Even if they

18   are supervising it, they can let them play, but not

19   practice, and there's a difference.

20        Q.   I see.  Do you do any of those activities

21   with the Boca Raton women's basketball?

22        A.   Yes, we do.

23        Q.   Let me go back to the summer of 2001.  What

24   were the activities of the team then?

25        A.   In the summer?

1       Q.   Yes, sir.

2       A.   Of 2001 we had periodic open gyms as we call

3  them at our school.  At the time we still had our

4  gymnasium for open play.

5       Q.   You don't have it now?

6       A.   We don't have a gymnasium.

7       Q.   What happened to the gymnasium?

8       A.   Did you see when you came in?

9       Q.   I saw construction.

10      A.   It's not completed yet.

11      Q.   They had tore down the old one and they are

12  building a new one?

13      A.   Uh huh.  That was yes, by the way.

14      Q.   Thank you.

15           By the way, have you ever given your

16  deposition before?

17      A.   No.

18      Q.   Okay.  Most witnesses don't realize when they

19  say uh huh or huh uh the court reporter can't write

20  that down as a yes or no.

21      A.   I realize that.

22      Q.   Okay.  So you had an open gym for the

23  basketball, the women's basketball players.  Was that

24  advertised anywhere?

25      A.   Just to the team.

1  Q.   The season before or in the summer?

2  A.   Yeah.  Well, the season before we advertise

3  meetings and then advise them what we are going to do

4  over the summer.

5  Q.   When was the first time that you met Brittni

6  Harris?

7  A.   During one of those open gyms.

8  Q.   In the summer?

9  A.   Yes.

10  Q.   Okay.  Did she participate in these

11  individual exercises during that summer?

12  A.   No.  She was not a student at Boca High at

13  the time.

14  Q.   Okay.  Why wasn't -- was she not eligible or

15  what was the reason?

16  A.   I don't know if there was any reason.  She --

17  I didn't know whether she would definitely come to this

18  school or not.  She did come to visit this school, I

19  presume to register, to inquire about the school and

20  happened to come over to the gymnasium.

21  Q.   When was the next time that you recall

22  Brittni Harris having any activity related to the

23  basketball team?

24  A.   The first week of practice, which had to be

25  probably the first week of November, I would say.  And

1   the reason that was was because she was a member of the

2   volleyball team.

3        Q.    Okay.

4        A.    The volleyball season is before the

5   basketball season.

6        Q.    Okay.

7        A.    So there was no opportunity for her to play

8   any basketball during our preseason -- or do any of our

9   preseason drills, excuse me.

10           Could I amend something I just said?

11       Q.    Sure.

12       A.    Preseason conditioning.  I said preseason

13  drills.  I meant preseason conditioning.

14       Q.    Okay.  Did the volleyball team have preseason

15  conditioning?

16       A.    I don't know.

17       Q.    Do you know the volleyball coach?

18       A.    Yes.

19       Q.    Who is that?

20       A.    Rob Sweeten.

21       Q.    Have you ever talked to Coach Sweeten about

22  Brittni Harris?

23       A.    Yes.

24       Q.    Okay.  In what context?

25       A.    I watched them play volleyball a couple of

1    times.  I knew she was interested in basketball and I

2    just asked Rob -- I asked Coach Sweeten how she was

3    doing, was she still interested, did he think, in

4    basketball?

5        Q.   Part of your responsibility as basketball

6    coach is to try to recruit players or interest other

7    players that might help the team?

8        A.   I would say so.

9        Q.   And did you feel that Brittni would help the

10   team at that time?

11       A.   Yes.

12       Q.   And would Brittni -- when Brittni showed up

13   the first week of practice, volleyball season was over

14   at that time?

15       A.   Yes.

16       Q.   And when was your first game for the

17   2001-2002 season?

18       A.   I don't remember the exact date, but it had

19   to be probably the third week of November just prior to

20   Thanksgiving.

21       Q.   We previously had marked as --

22            (Discussion held off the record.)

23            (Plaintiffs' Exhibit No. 1 was marked for

24   identification.)

25

1    BY MR. SOLMS:

2         Q.    I haven't been given a schedule of your fall

3    2001 games, but I have been supplied with this document

4    we have marked today.  It was previously marked on

5    August 12th and I believe it has, what, 22 teams listed

6    on the left?

7         A.    In the left column is the opponents.

8         Q.    Okay.  And what do you call this record

9    concerning Brittni Harris?

10        A.    Stats.

11        Q.    Or statistics?

12        A.    Uh huh.

13        Q.    Okay.  Does it show how long she played in

14   each game?

15        A.    No.

16        Q.    Do you recall how long she played in any

17   game?

18        A.    I would say, on average, about three quarters

19   of each game.

20        Q.    Three quarters.

21              Do you have any other record that would show

22   how long she played in each game?

23        A.    No, we do not.

24        Q.    Now, when we're asking you for your

25   recollection of how long Brittni Harris played in any

1   one given game, you've got to not only remember how

2   much time she played, but how much time every other

3   player played in the game, right?

4        A.   Perhaps, yes.

5        Q.   Okay.  Would it be fair to say that maybe the

6   player's recollection of how long she played in a game

7   might be more reliable?

8        A.   Not necessarily, no.

9        Q.   All right.  Let me ask you to assume for the

10  purposes of my questions that she played no longer than

11  two quarters in any given game at any time --

12            (Discussion held off the record.)

13  BY MR. SOLMS:

14       Q.   Is there a rule book governing the discipline

15  of teachers and coaches, to your knowledge?

16       A.   Yes, there is.

17       Q.   Do you have a copy of that in your

18  possession?

19       A.   In this office?

20       Q.   No.  At home or at your office.

21       A.   Uh huh, yes.

22       Q.   Does it contain any language concerning --

23  any rules regarding disrespectful language?

24       A.   I don't know exactly.

25       Q.   Okay.  When is the last time you reviewed

1   that book governing the discipline of instructors?

2       A.   Of coaches, you mean?

3       Q.   Or coaches.

4       A.   I don't recall.  I look at it.  I have it in

5   my files.

6            Can we get back to this playing issue?

7       Q.   I'll get back to it.

8            Exhibit 1, Brittni Harris' stats -- did you

9   have something you wanted to add?

10      A.   Yes, I do.

11      Q.   Okay.

12      A.   If you see where the asterisk mark is by the

13  DW --

14      Q.   Yes.

15      A.   -- that's the game that she was injured and

16  that injury occurred before the first half was over, so

17  in that game she didn't play any more than two quarters

18  due to the injury.  She came back to start the game

19  against John I. Leonard, which is the JIL and was not

20  playing very well, perhaps played less than two

21  quarters that game.  Team was soundly defeated.  I

22  played some of the weaker players, the bench players.

23  And the game against South Fork, which is SF, the last

24  game that she participated in she may have played only

25  in the first half, maybe only the two quarters.

1   However, all the other games, the first -- however many

2   that is, I'm not sure --

3       Q.    Prior to DW?

4       A.    Yes.  Prior to DW she played at least three

5   quarters or more of the game.

6       Q.    Okay.  Now, do you have anything in writing

7   that you can go to that says this proves she played at

8   least three quarters of the game with SAN?

9       A.    We have our score book, but there's no -- we

10  don't have statistician keepers to log times.  No high

11  school does, that I know of.

12      Q.    Who is responsible for keeping the team

13  statistics during each game prior to the game

14  against --

15            Who is DW?

16      A.    Dwyer.

17      Q.    -- Dwyer?

18      A.    A variety of people have assisted us doing

19  this, Miss Blackmore, who is my assistant, sometimes

20  did it, the other players did it.  Some have our other

21  players, our JV players.

22      Q.    Did Brittni Harris' mother ever keep

23  statistics?

24      A.    Not that I know of.

25      Q.    Okay.  Based on your own testimony, if

1    Brittni hadn't been a strong player, you probably would

2    not have played her at least three quarters every game,

3    correct?

4         A.   She was a average player, but it is still

5    important to our team.

6         Q.   When you say, "double double," what does that

7    mean in your parlance?

8         A.   It means double figure points and double

9    figure rebounds.

10        Q.   Okay.  So if we go to the game against --

11   what's FPC?

12        A.   Fort Pierce Central.

13        Q.   Okay.  Is that a double double?

14        A.   Yes.

15        Q.   And then the next one, OH, who is that?

16        A.   Olympic Heights.

17        Q.   That's again double double?

18        A.   Yes.

19        Q.   Okay.  Did your team win those games?

20        A.   Yes, we did.  Actually, we did.

21        Q.   And then all of a sudden there is a decrease

22   in her performance.  What is SF?

23        A.   South Fork.

24        Q.   And ATL, Atlantic --

25        A.   Right.

Page 32

1      Q.   -- High School?

2      A.   Yes.

3      Q.   Is there any reason that you know of why

4  her -- she didn't double double in South Fork or

5  Atlantic?

6      A.   Any reason why?

7      Q.   Yes.

8      A.   She didn't play well, I guess.  It's hard to

9  say.  She was -- she may --

10     Q.   I'm just asking for what you know.  If you

11 don't know, just tell me.

12     A.   Against South Fork and Atlantic, the team

13 overall played very poorly.  We lost both of those

14 games and not too many of the players played well at

15 all, including Brittni.

16     Q.   How important is it for you to win games

17 during the season?

18     A.   It's not the singular most important thing,

19 but it is a somewhat important thing.

20     Q.   Okay.  What is your way of motivating the

21 team to do their best?

22     A.   I ask them to not measure their success

23 against anyone else, but to measure their success

24 against their own performance, how well they can do, to

25 challenge themselves, and even if we lost the game, if

1    they played as hard as they could, then I felt they

2    were still successful.

3        Q.    Do you emotionally get into these games

4    yourself?

5        A.    I would say that it's part of being a coach

6    that you get emotionally involved in the game, yes.

7        Q.    All right.  And at practice do you get

8    emotional about your team's performance?

9        A.    During practice I would say no because I have

10   found over the years coaching girls that girls do not

11   practice very well and we -- generally, myself, I'm a

12   very low-key person, so we generally had good

13   practices, but not extremely emotional with a lot of --

14   we hardly raise voices at all, even during games, but

15   during practices, very calm.  We did our drills, we did

16   what we were supposed to do.

17       Q.    Now, at prior depositions in this case -- let

18   me go back a little bit.

19            Where it concerns the conduct of coaches, do

20   you have in your possession the written requirements

21   for the conduct of coaches during the fall season of

22   2000 at your home or in your possession or control?

23       A.    I may have it.  We usually get a book each

24   year for each new year.

25       Q.    So if The School Board asked you to give them

1    a copy of it you would be able to supply it to them?

2         A.    Yes.

3         Q.    Okay.  And, as far as the student rules for

4    year 2001-2002 you have a copy of those?

5         A.    Yes.

6         Q.    Are there -- and you mentioned the FHSAA.

7    Are there any other organizations that have rules and

8    regulations concerning conduct and play of women's

9    basketball in high school for Boca Raton players?

10        A.    Other than the National Federation which sets

11   the rules for the game.

12        Q.    In other words, what's a foul?

13        A.    Yes.

14        Q.    The basic rules of basketball?

15        A.    Yes.

16        Q.    Okay.  Does that include rules of conduct?

17        A.    As far as the game goes, yes.

18        Q.    Now, to your knowledge, the rules of conduct,

19   do they govern the coach's conduct?

20        A.    Yes.

21        Q.    Okay.  And would those rules be as detailed

22   as to govern what a coach can say during a game?

23        A.    Yes.

24        Q.    Are they as detailed as to where the coach

25   should stand during a game?

1    A.   Yes.

2    Q.   Is a coach allowed to come onto the court?

3    A.   No.

4    Q.   To the best of your recollection -- and I'm

5  referring to the 2001 and 2002 basketball season as a

6  whole, including practices and games -- did you ever

7  use any words that would be considered by you a curse

8  word?

9    A.   Probably, yeah.

10   Q.   Was that in a practice or in a game?

11   A.   During a game.

12   Q.   And tell me, as best you can, what the

13 circumstances might have been to -- around that.

14   A.   The circumstances were as the play was going

15 on, while I was on the sideline sometimes seated next

16 to Miss Blackmore, or standing in front of her, since

17 we're allowed to stand as coaches, I might have let a

18 word slip that maybe I wouldn't have normally in kind

19 of a frustration of the game situation, not directly at

20 anybody, kind of under my breath or to her.

21   Q.   Okay.  What words might those be?

22   A.   Damn it.

23   Q.   Anything else?

24   A.   I don't know.  Sometimes -- I don't think I

25 use the word "shit" very much, but I might have said:

1    We look like shit today, or something like that to her.

2         Q.   Did you ever use the word, "fuck"?

3         A.   Not to my knowledge, no.

4         Q.   Did you ever use any variance of that word?

5         A.   Not really.  Okay.  I'll -- if I let the word

6    slip out, I might have along the sideline, but I don't

7    recall it since I definitely try not to use it.  I

8    might have said a "Goddamn."  That's kind of something

9    I think I've said.

10        Q.   Do you remember any specific game where you

11   might have said that?

12        A.   No.  Not a specific game.  We had a few

13   frustrating games here and there.  Or it could have

14   been a game that we did very well in, but it might have

15   been a situation where they began doing something kind

16   of frustrating or a play that happened.  One of the

17   problems with quite a few members of our team last year

18   was they do something that coaches refer to as not

19   being able to finish.  They do lots of things right,

20   they get right near the basket and then they get

21   distracted and they can't make the basket when they are

22   only three feet away from it.  We say they couldn't

23   finish.  That's usually frustrating because we had

24   trouble scoring in many cases as a team, anyway, and

25   when they failed to execute at the critical moment,

1   it's probably the most frustrating about girls'

2   basketball or any basketball, for that matter.  Boys

3   don't finish sometimes too.

4        Q.   All right.  Now, I imagine if it's

5   frustrating for the coach, it might be frustrating for

6   the players too.  Did the players ever cuss or say any

7   words when they were trying to score in the heat of the

8   game?

9        A.   They could have, but on the court it's hard

10  to tell for sure because it's noisy.

11       Q.   Did you hear any players use that kind of

12  language?

13       A.   Generally, no.  I think I might have heard

14  them -- while they are coming away from the play if

15  they were subbing for them or they fouled out, they

16  might not have had a nice thing to say to them,

17  usually.

18       Q.   I see here that you're coming off of two big

19  wins and you're starting to play South Fork and

20  Atlantic and all of a sudden you're defeated.  You

21  probably had some frustrating times during those games.

22       A.   They weren't the best games that we played,

23  no.

24       Q.   Okay.

25       A.   But I will say that for the first -- up to

1  the South Fork game I think we were only one loss, all

2  wins and one loss.  However, we did lose some games

3  during the preseason tournament that we were in.

4      Q.    I see there were three games.

5      A.    Right.  There were three games of a preseason

6  tournament and we did okay.  I think we won one and

7  lost two.  So we had lost, but coming up to the South

8  Fork game we were at quite a disadvantage or our

9  leading scorer did not attend the game and we had to

10  travel to South Fork, which is over an hour away by bus

11  on a Friday, and historically, we have done horribly on

12  Friday nights because the girls, I don't think,

13  sometimes are very focused on Friday night and it was

14  just a game that they performed poorly in.  It wasn't a

15  situation that -- any one play.  It wasn't a close game

16  at all.  We were soundly beat.  And those games you

17  just sit back and there's not much you can do.

18      Q.    For Atlantic, was that a game here?

19      A.    Atlantic was our first game back after

20  Christmas break and our gym was no longer available, so

21  we played it at another school.  In fact, we played it

22  at Spanish River High and we were defeated.  The game

23  was a little bit closer, but --

24      Q.    Have you ever been criticized prior to this

25  time by any parents or students for the manner in which

1    you coach the team, irregardless of language or

2    anything else?

3         A.    No.

4         Q.    I have a copy of a memo it looks like that

5    was prepared about January 9, 2002.

6              MR. SOLMS:  Tell you what.  May we go off the

7         record for a second?

8              MS. BOSSO-PARDO:  Sure.

9              (Discussion held off the record.)

10             (Plaintiffs' Exhibit Nos. 2-3 were marked for

11   identification.)

12   BY MR. SOLMS:

13        Q.    My understanding is that these memorandums --

14   whether they were sent by mail or fax or e-mail I don't

15   exactly know at this time -- but these were, I think,

16   sent to Mr. Harris.  Mr. Harris is the principal,

17   correct?

18        A.    Yes.

19        Q.    Okay.  The January 9th memo is exclusively

20   referring to the basketball team and Brittni's

21   situation.  Did you ever see that memo?  I've had it

22   marked as Exhibit 2.

23        A.    This one here?

24        Q.    Yes, Exhibit 2.

25        A.    No, I did not see this.

Page 40

1     Q.    Is this the first time you've seen it?

2     A.    Yes.

3     Q.    Take a few minutes to read it, if you would.

4           Part of this memorandum seems to criticize

5     the conditioning and overall coaching plan.  Did you

6     have a written plan for the team at the beginning of

7     the season that you gave to the parents?

8     A.    I don't think so.  I don't recall a plan.

9     What do you mean by a plan?

10    Q.    I'm not saying you're supposed to have one.

11    I'm just saying did you have one?  Your goals, your

12    objectives, how you were going to achieve them, what

13    you expected out of each player, how you would request

14    the parents cooperate, anything like that?

15    A.    There wasn't a written plan.  I had a meeting

16    with the parents.  Prior to the first game we talked

17    about the season, yes, what we would expect, practice,

18    with the girls we had written stuff for them about

19    their hopes for the season, their goals, how we were

20    going to achieve this, things like that.

21    Q.    Did you supply that to the team members?

22    A.    Yes.

23    Q.    And what would you call those written

24    documents?

25    A.    What do you mean what would I call them?

1    Q.   Did they have a name?  Did you call it a game

2  plan?

3    A.   Season plan.

4    Q.   Season plan?

5    A.   Perhaps.

6    Q.   Do you have a copy of that for last year?

7    A.   I can get it.

8    Q.   And at the meeting with the parents do you

9  recall if Mrs. Bannon was present?

10    A.   I believe she was.

11    Q.   Were there any discussions, objections,

12  agreements?

13    A.   Nothing out of the ordinary.

14    Q.   And the season progressed.  You had roughly

15  eight games before Christmas?

16    A.   I believe that's correct.

17    Q.   The South Fork was the first game in January?

18    A.   No.  The South Fork game was the last game in

19  December.

20    Q.   Okay.  The Atlantic game then was the first

21  game in January?

22    A.   Correct.

23    Q.   All right.  Assuming Exhibit A actually went

24  to Principal Harris on the date that it was purportedly

25  created, January 9th, do you recall when was the first

Page 42

1    time you were alerted that there was a memo that

2    contained this type of criticism?

3         A.    After the season.

4         Q.    And when was the season over?

5         A.    Second week of February.  Or, actually, the

6    first week of February, I believe.

7         Q.    So it was over a month later?

8         A.    Yes.

9         Q.    Would you have preferred to have heard about

10   it as soon as it was sent to Principal Harris?

11        A.    Yes.

12        Q.    What would you have been able to accomplish,

13   do you think, if you had heard of it earlier?

14        A.    A parent meeting.

15        Q.    And try to sort out the differences and reach

16   an agreement at that time?

17        A.    Yes.

18        Q.    You wrote a note on March 8th.

19              MR. SOLMS:  Let me have that marked as

20        Exhibit 4.

21              (Plaintiffs' Exhibit No. 4 was marked for

22   identification.)

23   BY MR. SOLMS:

24        Q.    The date of your note that I have marked as

25   Exhibit 4 is March 8th.

A. Yes.

Q. How long after you were first advised of the January 9th memo did you write that letter?

A. A couple of days.

Q. Okay. So the first time you heard of the memo was in March, then?

A. Yes.

Q. So that's two months after it was written, right?

A. Yes.

MS. BOSSO-PARDO: Sorry. Could you repeat that question? What was your question and his answer?

MR. SOLMS: That was two months after you -- strike that.

That was two months after the date of the January 9th memo was my meaning.

MS. BOSSO-PARDO: Okay.

BY MR. SOLMS:

Q. Brittni Harris quit playing with the team after the South Fork game?

A. The second game, yeah.

Q. Do you remember when that was?

A. The date?

Q. The date of the game.

Page 44

1        A.    Had to be late January, maybe January --

2   third week of January.

3        Q.    Okay.  And I assume that neither Brittni nor

4   her mother came directly to you and said anything?

5        A.    Correct.

6        Q.    Can I assume that your behavior at the games

7   and at practice, whatever it was, was about the same?

8        A.    Correct.

9        Q.    Had you known that Brittni was feeling bad or

10  humiliated by your language would you have been able to

11  do something at that time?

12       A.    If she was offended by any language prior to

13  that --

14       Q.    Yes, sir.

15       A.    -- I suppose I could have made every effort

16  to prevent the students -- I mean the players from

17  using any bad language.

18       Q.    How would you have approached it had you been

19  made aware on January 9th that this was going on?

20       A.    I probably would have had a -- if I knew that

21  she was offended by any of the language, I probably

22  would have had a meeting with, and probably without

23  her, discretely with the players, please let's try to

24  clean it up a little bit.

25       Q.    Say that applies to me too, to everybody?

1       A.   Right.   In all fairness.   But the point is
2    that this is very little foul language being used and
3    if she was offended by any, even for once, then okay.
4    Then we needed to know if she was that offended by it.
5    Unfortunately, it's relatively commonplace for bad
6    language to be used in school and on the athletic field
7    or basketball court.   I don't condone it, but it's just
8    a fact of life.
9       Q.   But you would not have hesitated to show
10   Brittni that it was important to you for foul language
11   not to be used?
12      A.   I would have done everything I could have to
13   have made it more comfortable for her.
14      Q.   And to make her feel like her opinions or her
15   feelings about foul language were important?
16      A.   Yes.
17      Q.   Is it understandable that they would approach
18   the person in authority first as opposed to coming
19   directly to you?
20      A.   Not necessarily.   Usually going to the coach
21   is the best option.
22      Q.   Are you angry because they didn't come to you
23   first?
24      A.   I'm disappointed.   I wouldn't say angry.   I
25   think the first step should have been come to me and I

Page 46

```
 1   would have said okay.  Let's meet with the athletic
 2   director and we'll -- let's talk.
 3       Q.   As you read your letter, which is marked as
 4   Exhibit 4, is that your way of saying I admit I did it,
 5   what I did was wrong, I won't do it again?
 6       A.   No.
 7       Q.   It doesn't say that, does it?
 8       A.   No.  What I'm saying is if anything -- if she
 9   was hurt in any way by being criticized -- because that
10   was one of the things that Brittni expressed, one of
11   the few things that she did express at the very end
12   when she quit, she felt I was blaming her for the
13   recent loss.  And I was surprised because I was no more
14   critical than I had been the whole season.  You have to
15   tell kids when they are doing wrong, when they are not
16   performing well, and if that caused her any hurt or if
17   any of the foul language by anybody caused her that
18   much of a hurt, then, yes.
19       Q.   Do you have a feeling that it's really not
20   the foul language, that it's the criticism that caused
21   her to feel bad?
22            MS. BOSSO-PARDO:  I'll object.  I object to
23       the form.  Speculation.
24            THE WITNESS:  Should I answer?
25            MS. BOSSO-PARDO:  You have to answer unless I
```

1      tell you not to.

2           THE WITNESS:  I feel that, yes, foul language

3      had nothing to do with this.  It's primarily her

4      lack of confidence in her own ability to play and

5      being perhaps criticized and the parent felt in

6      the last few games she wasn't playing enough.

7  BY MR. SOLMS:

8      Q.   Okay.  If you were to address, or feeling bad

9  for the -- about the criticism you gave her, and if she

10 were here, what would you want to communicate about

11 your feelings about her individuality and her

12 importance as an individual to the team as opposed to

13 just criticizing?

14     A.   I think that in her case I knew that she was

15 a very quiet, timid person.  Miss Blackmore and I dealt

16 with her very kind of quietly.  We helped her during

17 practice and we gave as much positive encouragement as

18 we could.  Sometimes I tried to utilize the criticism

19 with positives first like:  You're doing this well,

20 you're doing this well, but you're not doing that well

21 or in this other area.  I don't know how else I could

22 have dealt with her, because I believe that I coached

23 in a very positive environment and also I will add to

24 that, in no way in Brittni's case, even though she

25 wasn't performing that well in those last few games, it

Page 48

1    was a total team effort that lost them the game.  One

2    player doesn't cause a team to lose or win.

3         Q.   But basically, as we look at that letter, it

4    doesn't say I used the wrong language, I was wrong, I

5    won't do it anymore.  It doesn't say that, does it?

6         A.   No.

7              MS. BOSSO-PARDO:  Object to the form.

8              THE WITNESS:  No, it doesn't say that.

9    BY MR. SOLMS:

10        Q.   If that's something that Brittni and maybe

11   her parents wanted to see, is that something you're

12   willing to say at this time?

13             MS. BOSSO-PARDO:  Object to the form.

14             THE WITNESS:  Um, no.  Because I don't think

15        that hardly anything I ever said, was accused of,

16        actually occurred.

17   BY MR. SOLMS:

18        Q.   In other words, you feel that Brittni and her

19   parents are fabricating the fact that you used the

20   word, "fuck" at the team?

21             MS. BOSSO-PARDO:  Object to the form.

22             You can answer.

23             THE WITNESS:  Yes, I do.

24   BY MR. SOLMS:

25        Q.   How about the words, "bitch, son of a bitch,

Page 49

1    ass, shit," how about those words?

2        A.   At the team?

3        Q.   Yes, sir.

4        A.   All fabricated.

5        Q.   So if any of those words were uttered, they

6    were not at the team, correct?

7        A.   Correct.

8        Q.   Would you be willing to say it this way:   If

9    those words were used in any manner I was wrong to use

10   them and I won't do it again?

11       A.   In any manner, yes.

12       Q.   Maybe my question is bad.

13       A.   If she was offended I would definitely have

14   tried -- I would have tried not to use them at all.

15       Q.   Okay.

16       A.   I would -- whatever -- during emotional times

17   I would try to keep it in check as much as possible.

18       Q.   In other words, what you're saying is your

19   code of ethics says don't use these words for any

20   reason no matter what, correct, and when you're with a

21   girls' basketball team in a game, even if you're in the

22   heat of the passion, right?

23       A.   Generally, yes.  Overall, we try to say that.

24       Q.   And if you did say them, you're truly sorry

25   that you said them?

1      A.    Yes.

2            (Discussion held off the record.)

3   BY MR. SOLMS:

4      Q.    If Mr. and Mrs. Bannon or Brittni Harris had

5   come directly to you on January 9th and said:  Listen,

6   you're using this language.  It offends me.  I don't

7   know why you're using it.  Stop it.  You know, what

8   would have been your response?

9      A.    My response would have been that -- a little

10  bit of an incredulous approach, but certainly during

11  the emotional moments I might not have even been aware.

12  It was that infrequent, that I would have been a little

13  bit surprised, like as if we're raging maniacs on the

14  court and these girls are nothing but drunken sailors,

15  no, that wasn't the case.  This was very minor

16  circumstances.  And I would have said:  Okay.  If

17  that's -- if you're really that offended by it I

18  will -- you know, I'll try to, you know, not say

19  anything.

20     Q.    But it wouldn't have been an apology at that

21  time, right?

22     A.    It wouldn't have been --

23           MS. BOSSO-PARDO:  I'm going to object to the

24     form.  It's kind of asked and answered.  He

25     already told you he doesn't remember saying it.

1  BY MR. SOLMS:

2      Q.   The Exhibit 3, which is the February 11th

3  memo, was written and it deals with another situation

4  with the Bannon's other daughter Shelda.

5      A.   Sharah.

6      Q.   And Sharah got in a situation that involves

7  free speech and that sort of thing had nothing to do

8  with the basketball team, but it expresses frustration

9  that they had not heard anything back from anyone about

10  their complaints with Brittni and Brittni, by that

11  time, wasn't playing basketball anymore; is that

12  correct, by February 11th?

13      A.   Yeah.   That's correct.

14      Q.   Is it frustrating to you that here's a second

15  memo dealing with Brittni's situation as well where

16  you've been told nothing?

17      A.   That's correct.

18      Q.   Do you have a good relationship with the

19  principal, Mr. Harris?

20      A.   No more than most teachers.   I would say it's

21  average.

22      Q.   It's -- he's your boss?

23      A.   Yeah.

24      Q.   Okay.

25      A.   It was only his first year.   I hardly knew

1   him.

2       Q.   Did you have a conference with Mr. Harris at

3   any time prior to March 8th when you wrote that note?

4       A.   Yes.

5       Q.   And when was your first conference with

6   Mr. Harris about this situation or your first

7   conference with anybody about the situation with

8   Brittni?

9       A.   It was just prior to this.  I don't remember

10  the exact date.  It was a meeting with the parents.

11      Q.   When you're pointing to this, that's your

12  March 8th letter?

13      A.   Yes.  Sorry.  The March 8th letter.

14      Q.   And was it -- I think you said two days

15  before you --

16      A.    If it wasn't two days, it might have been --

17  I think the meeting might have taken place Wednesday of

18  a particular week and whatever day this was, this might

19  have been the next week, a weekend might have gone by.

20      Q.   A week at the most?

21      A.   Yes.

22      Q.   Okay.  So the first meeting you had, what

23  happened?  Were you called to Mr. Harris' office?

24      A.   Yes.

25      Q.   And what were you told?

1    A.   I was told they were complaining about my

2  treatment of Brittni during the basketball season.

3    Q.   Did they give you any particulars?  Did

4  Mr. Harris tell you in specifics what the treatment

5  was?

6    A.   Foul language at that point, he did tell me

7  that.  But the -- this letter wasn't in his possession.

8    Q.   When you say, "this letter," what letter?

9    A.   When I say, "this letter" Exhibit 2.

10    Q.   Okay.  How about Exhibit 3?

11    A.   No, that was not.

12    Q.   Neither one of them?

13    A.   That's correct.

14    Q.   Well, did he tell you how he was told about

15  this?  How did he find out about it?

16    A.   He told me about the letter.

17    Q.   So he knew about the January 9th letter or

18  the February letter?

19    A.   The Exhibit 2, I guess.  It had to be.  He

20  had to be telling me about that.

21    Q.   So he knew about it and this is sometime at

22  the beginning of March and you recall him saying that

23  you had been using foul language or they are

24  complaining that you are using foul language?

25    A.   Say that again.

1       Q.   Did he tell you that someone is complaining?

2       A.   Yes.  Yes, he did.

3       Q.   And did he ask you what your version of the

4    whole thing was?

5       A.   Yes.

6       Q.   What was your version at that time?

7       A.   Just as I have been telling you, that I don't

8    know what they are talking about.

9       Q.   Okay.  Let's see.  By March 8th it had been

10   maybe two months since the last time you had seen

11   Brittni at a game?

12      A.   Yeah.

13      Q.   Almost.

14      A.   More than that.

15      Q.   And what did you tell Mr. Harris that you

16   would do?

17      A.   At what point?

18      Q.   Were the parents there also?

19      A.   Yes.

20      Q.   I see.  Did the parents tell you in more

21   detail what happened?

22      A.   Yes.

23      Q.   What did they tell you at that time?

24      A.   Well, a lot of things were said.  Could you

25   be more specific?

1      Q.    Did the parents tell you about what you did,

2  what they were complaining about?

3      A.    About my use of supposedly foul language.

4      Q.    Did they say any words in particular?

5      A.    Not really.  The F word --

6      Q.    Okay.

7      A.    -- as you have stated and is in the Exhibit

8  2.

9      Q.    And your response was you don't recall using

10  that word?

11      A.    Right.

12      Q.    And then you wrote the letter about a week

13  later.  Did you think that, as you have testified

14  today, at that point, that in the heat of the moment

15  you may have said something using that language?

16      A.    Yes.  I said that that day as well.

17      Q.    All right.

18      A.    Let me add to that.  The meeting also

19  resulted in the -- really, the bottom line was they

20  felt I wasn't playing her enough in those few games.

21  That's what they really were upset about.

22      Q.    Did you tell them why?

23      A.    Well, we talked about it, the injury, she

24  was -- missed over a week and a half while she was

25  injured, when she tried to come back she either was

1  still injured or favoring her injury or very

2  uncomfortable trying to play and that's the reason why

3  she didn't play very much.

4      Q.   Now, as a coach you made an observation --

5      A.   Right.

6      Q.   -- she was uncomfortable playing or she was

7  favoring the leg.  Do you have any specific

8  recollection what you saw that caused you to feel that

9  way?

10     A.   Of course.

11     Q.   What did you see?

12     A.   I saw her complete inability to perform in

13 her normal level as she was performing before.  She

14 couldn't make it up and down the court.  She was very

15 timid on her rebounding.

16     Q.   When you say she couldn't make it up and down

17 the court, what do you mean by that?

18     A.   In the normal speed of the game.

19     Q.   Her speed was less?

20     A.   She couldn't keep up with the play.

21     Q.   And, of course the doctor said she could

22 play, she had an okay from the doctor, correct?

23     A.   Yes.

24     Q.   Does that mean that the doctor might clear

25 her, but she isn't back up to her normal speed?

1       A.    Could be.

2       Q.    Okay.  Did you have any meetings with her

3    after the game saying:  Listen, this is what we have to

4    work on?  Any specifics for her to work on?

5       A.    At any game?

6       Q.    Well, when you saw that she wasn't back up to

7    her normal speed -- and I gather she was an important

8    player on the team -- what, if anything, did you do to

9    focus on her particular condition?

10       A.    Well, I told her at one point, perhaps she

11    was just not ready to play fully and not be real

12    disappointed in her play after the one game that she

13    didn't play very well.  I told her that -- let me take

14    it back.  I don't even remember exactly if I told her

15    anything.  It was really only one game or so after the

16    injury.  The very next game was the one that she

17    decided to quit.  So there really wasn't that much

18    time.  Only a matter of two days.

19       Q.    Between games there was only two days?

20       A.    Yeah.  We often have three games a week

21    during the season.  At that point in the season we were

22    like on the --

23       Q.    Skids?

24       A.    No.  Not on the skids, but towards the end of

25    the season, so, you know, very little practice.  You're

1    mostly playing games.

2         Q.   If you get players to do any special

3    exercises, that might defeat itself because you're

4    playing so many games you would exhaust them more than

5    they need to be, maybe rest is more needed than --

6         A.   Possibly, yes.

7         Q.   Did you suggest any courses of action that

8    she could take to get back into her normal swing of

9    things, to your recollection, at the JIL game?  What's

10   JIL?

11        A.   John I. Leonard High School.

12             I don't recall anything other than I do

13   remember a practice before the South Fork game where

14   she had to leave early and that was okay because I

15   didn't want her to really work that hard, anyway.  I

16   wanted her to try to rehabilitate a little bit and get

17   back into the flow of practice, which, again at that

18   point in the season, you're only practicing a couple

19   times a week.  So that was fine.  And she left.  She

20   seemed to be in very good spirits.  She left early from

21   practice and I didn't have a problem with that.

22             (Discussion held off the record.)

23                    - - -

24             (Thereupon, a portion of the record was read

25   by the reporter.)

1            THE WITNESS:  That was the day prior to the

2      South Fork, her final game.  And at that point,

3      keeping in mind that I'm not a -- I can't

4      diagnose, but she seemed to be okay from her

5      injury.  I never thought it to be that severe.  In

6      fact, the game in question, when she was injured,

7      this happened to be at Dwyer High School and the

8      trainer who came out to treat her after treating

9      her came over to tell me that she would be about

10      80 percent if I wanted to send her back into the

11      game at that point.

12  BY MR. SOLMS:

13      Q.   At the Dwyer game?

14      A.   At the Dwyer game.  So that entered into my

15  mind, well, it must be a pretty minor injury.  He's the

16  trainer, I'm not.  And he may have been mistaken.  He's

17  not a doctor, not an orthopedic surgeon, but she left

18  during the game before I even got a chance to speak to

19  her with her mother.  So after phoning the house the

20  next day they told me that -- Mr. Bannon told me that

21  she had gone to the doctor and that she would be at

22  that night game.  This was a Friday game against Pope

23  John Paul.  She did not show up for that night or the

24  next several games or the next week of practice.  And I

25  presumed that -- well, she never even stopped to tell

1    me how she was recovering or how serious it was, maybe

2    the trainer was wrong.  I had no idea.  And I was a

3    little disappointed in that.  I told her that at the

4    John I. Leonard game.  Yet, despite all of that she

5    still started the John I. Leonard game and I intended

6    to play her as I normally had, thinking all along that

7    her injury wasn't that serious and maybe she -- maybe

8    this was just the way, you know, she wanted to deal

9    with it or her mother wanted to deal with it.  But,

10   unfortunately, as we have been previously discussing,

11   her performance was nowhere near what it was earlier in

12   the season, so I had to think, well, maybe she is just

13   either further out of shape because of all of that time

14   off or not completely healed, or just thinking about it

15   as athletes sometimes do.

16        Q.    They lose their confidence?

17        A.    They lose their confidence.

18        Q.    So how long did she play in the John

19   I. Leonard game?

20        A.    I would say no more than two quarters.  Not

21   even.

22        Q.    When you say two quarters, each quarter is 15

23   minutes?

24        A.    No.  Eight minutes.  I don't believe in this

25   game she played in the second half, so she played in

Page 61

1   the first half only.  The first quarter is eight

2   minutes, the second quarter is eight minutes.

3       Q.   And in the SF?

4       A.   SF.

5       Q.   What is SF?

6       A.   South Fork.  It's in Stuart.

7            She played in the first half and in the third

8   quarter and I believe that -- because I remember this

9   distinctly because of the situation that occurred right

10  after the game.  She was not playing very well.  The

11  team was not playing very well and, ironically, one of

12  our bench players came in in her spot, kind of rallied

13  the team.  This was not intentional, this was just

14  something that happens, and our team ended up winning

15  the game.  This was no reflection on her, per se.  I

16  didn't ever say anything to her about this.  I

17  congratulated the team at the end, everybody's effort,

18  including Brittni's.  Just because she didn't score any

19  points, that doesn't matter.  She still has an

20  important role to play.  She probably came up to me and

21  said she's quitting the team.

22      Q.   At the end of the South Fork game?

23      A.   Yes.

24      Q.   Give you a reason, did she?

25      A.   Not really.  Other than she felt that she

Page 62

1    wasn't -- actually, she did.  She told me that she felt

2    I was making her responsible for our loss against John

3    I. Leonard, which was ridiculous because the team was

4    totally defeated soundly, and that we weren't doing

5    enough running, which I found totally incredibly

6    ridiculous because she had been injured for the past

7    two weeks.

8         Q.    You felt like if you had had her run, that

9    you would have been aggravating her injury?

10        A.    Absolutely.  She didn't even come to practice

11   to work out.

12        Q.    And so when she made these statements her

13   mind was already made up?

14        A.    Right.  Which led me to believe later that

15   she wasn't the one making up her mind.

16        Q.    Did you say anything to her in response?

17        A.    Yes.  I said -- I said:  What are you talking

18   about?  You've been injured.  You've been injured for a

19   week and a half, haven't been to practice, haven't

20   played.  How can you expect to really bounce right

21   back?  You need to give yourself some time.  I said:

22   Why don't you just think it over and we'll talk

23   tomorrow?  She never replied, never came back.

24        Q.    The date of the South Fork game was -- would

25   have been when?

Page 63

1       A.   Probably -- I'll have to refer to the

2   schedule.  Probably around January 25th.

3       Q.   So you were totally unaware of a January 8th

4   memo or January 9th, Exhibit 2?

5       A.   That's correct.

6       Q.   Let -- give me one minute.  Let me review

7   my --

8            Are you satisfied with the way Mr. Harris or

9   his assistants handled this matter?

10      A.   I would say no.

11      Q.   Did they have a responsibility to communicate

12  this information to you immediately?

13           MS. BOSSO-PARDO:  I'm going to object to the

14      form of the question.

15  BY MR. SOLMS:

16      Q.   You can answer, sir.

17      A.   Can you repeat?

18                    - - -

19           (Thereupon, a portion of the record was read

20  by the reporter.)

21           MS. BOSSO-PARDO:  Same objection.

22           THE WITNESS:  I don't know if they have a

23      responsibility that they are bound by, but I think

24      as a coach I should have been entitled to know.

25

1   BY MR. SOLMS:

2       Q.   Would it have helped you to better coach the

3   team if this had been communicated to you immediately?

4       A.   I don't think it would have helped coach the

5   team any better, but it might have made a difference if

6   I felt that she really truly was offended by language

7   in any way.

8       Q.   If you had been able to establish some

9   communication with Brittni on these issues, including

10  the coaching, the injury, the language by January 10th,

11  which was well before the South Fork game and these

12  other games, do you have any idea as to whether or not

13  the outcome would have been different?

14          MS. BOSSO-PARDO:  Objection.  Speculation.

15          THE WITNESS:  I don't know that.  It may

16      have.  There may have been a different outcome, if

17      she felt more comfortable communicating with me.

18  BY MR. SOLMS:

19      Q.   And would it be unreasonable for her to feel

20  that, gosh, my parents wrote this to the principal on

21  the 8th of January.  Here it is the 25th.  We're at the

22  South Fork game.  He has said nothing.  He hasn't

23  changed his behavior any.  He's still not changing any

24  of his methods, wouldn't that -- wouldn't it be

25  reasonable for a player to get discouraged, maybe --

1           MS. BOSSO-PARDO:  Object to the form.

2  BY MR. SOLMS:

3     Q.   -- feeling that you're ignoring her?

4           MS. BOSSO-PARDO:  Object to the form.

5     Improper hypothetical.  Speculation.

6  BY MR. SOLMS:

7     Q.   You can answer if you understand the

8  question.

9     A.   I suppose there could be some feelings on her

10  part like that, but I still stand that most of this did

11  not occur, as stated in this memo, so I don't think

12  that it would have had any bearing at all.

13     Q.   And --

14     A.   My coaching style was normal, very low key,

15  very positive, and I don't think that it would have had

16  that much of a difference.

17     Q.   But by not communicating it to you, you

18  didn't have an opportunity to use your coaching style

19  to deal with this situation at all, correct?

20     A.   Yeah.

21     Q.   Have you written any memorandums or

22  complaints to the administration about how they handled

23  this situation?

24     A.   I wouldn't call it a complaint.  I have

25  written something to Mr. Harris about the -- about the

1   whole situation, but I did not complain like he should

2   have told me about this.

3       Q.   All right.  When did you write that memo to

4   Mr. Harris?

5       A.   Prior to the meeting with the Bannons when he

6   actually wanted some input, so I wrote information

7   about what transpired.

8       Q.   This would have been like after you were

9   first told about the memo at the beginning of March?

10      A.   Yes.

11      Q.   Do you remember what you said in that

12  memorandum?

13      A.   It was sort of a synopsis of what occurred

14  from the beginning to the end of the season, including

15  the situation surrounding her injury and then the

16  couple of games in question right after the injury.

17      Q.   Was this in response to a memo from

18  Mr. Harris or in response to a memo from -- directed by

19  the attorney representing The School Board?

20          MS. BOSSO-PARDO:  I'll object to the form of

21      that.  Don't answer that, even if you know,

22      because that would reveal attorney/client

23      information.

24          MR. SOLMS:  I think I'm entitled to that

25      information because it -- I want to know whether

1          or not it's an attorney/client related

2          communication.  If he says yes or no --

3               MS. BOSSO-PARDO:  I'll assert it -- if you

4          ask for the document, I'll assert attorney/client,

5          if it was.  But you asked him if he knew whether

6          an attorney had directed that it be given.  So I

7          mean I don't think that's proper.

8               C E R T I F I E D   Q U E S T I O N

9    BY MR. SOLMS:

10        Q.   Okay.  Was there any communication that you

11   know of made with you personally where you were advised

12   that this information was being sought by an attorney

13   representing The School Board?

14             MS. BOSSO-PARDO:  I'm going to tell him not

15        to answer.  If an attorney called you and said:  I

16        need some information, don't tell him that.

17        That's attorney/client.

18             MR. SOLMS:  Certify the question.  I'm

19        entitled to a yes or no.

20             MS. BOSSO-PARDO:  I disagree.

21             THE WITNESS:  Do I answer?

22             MS. BOSSO-PARDO:  No.  Don't.

23   BY MR. SOLMS:

24        Q.   If she tells you not to answer you're

25   required to follow her instructions.

1        Was this memo written in response by a

2  request from Mr. Harris solely?

3        A.   Yes.

4             MS. BOSSO-PARDO:  You can answer that.

5             THE WITNESS:  Yes.

6  BY MR. SOLMS:

7        Q.   Were there any other memorandums or summaries

8  that you've written summarizing what you recall about

9  this whole incident?

10       A.   I have supplied Mr. Harris with a document

11  similar to the statistics sheet, which I don't think

12  has an exhibit number on it --

13       Q.   We've marked it.  Yes, it does.

14       A.   -- the stats, the preseason conditioning

15  program, all information regarding the season that we

16  had in writing.  The reason why I gave this to him was

17  because of the accusation during the session with the

18  Bannons that I didn't do very much in practice.

19            MR. SOLMS:  Okay.  Coach Sabia, thank you

20       very much.

21            I have no questions at this time.

22            MS. BOSSO-PARDO:  We're not going to ask any

23       questions.

24            Do you want to read this deposition?  It's up

25       to you.  This is a very good court reporter.  I've

**WORD INDEX**

## A

abilities 8:6
ability 47:4
able 13:3 34:1 36:19 42:12
  44:10 64:8
Absolutely 9:14 62:10
accomplish 42:12
accomplished 12:21
accomplishments 13:22
accusation 68:17
accused 48:15
achieve 11:25 40:12,20
act 16:17
action 16:10 58:7 71:14,14
active 10:13
activities 8:23 10:18 11:9
  22:20,24
activity 11:7 20:22 21:1
  24:22
add 11:4 29:9 47:23 55:18
addition 10:18
address 6:19 47:8
administration 65:22
admit 46:4
advance 21:20,21
advertise 24:2
advertised 23:24
advise 24:3
advised 43:2 67:11
affirmed 3:10
aforementioned 70:5 71:6
aggravating 62:9
agreement 42:16
agreements 41:12
alerted 42:1
allowed 22:14 35:2,17
amend 25:10
America 8:4
and/or 71:17
angry 45:22,24
answer 11:2 18:19,20 19:25
  43:13 46:24,25 48:22
  63:16 65:7 66:21 67:15,21
  67:24 68:4
answered 50:24
anybody 35:20 46:17 52:7
anymore 4:16 48:5 51:11
anyway 36:24 58:15
apology 50:20
APPEARANCES 1:18
appeared 70:5
applicable 15:20
applies 44:25
apply 71:16
approach 45:17 50:10
approached 44:18
April 3:3 9:19 70:12 71:5,22
area 7:1 11:23 47:21
asked 16:17 26:2,2 33:25
  50:24 67:5
asking 16:12 27:24 32:10
ass 49:1
assert 67:3,4
assistance 18:3
assistant 10:8 16:5,21 17:20
  18:1,12 30:19
assistants 63:9
assistant's 17:23
assisted 30:18
Association 11:7 20:23 21:1
assume 28:9 44:3,6
Assuming 41:23
asterisk 29:12
athletes 60:15

athletic 14:9 18:9 45:6 46:1
ATL 31:24
Atlantic 4:11 5:8 31:24 32:5
  32:12 37:20 38:18,19
  41:20
attend 12:1 38:9
attended 12:6,11
attorney 66:19 67:6,12,15
  71:12,13
attorney/client 66:22 67:1,4
  67:17
August 10:1 27:5
authority 45:18 70:4
authorized 71:7
available 38:20
average 9:7 27:18 31:4
  51:21
awards 12:19
aware 44:19 50:11
a.m 1:17

## B

B 2:7
Bachelor 4:15
back 4:9 18:22 21:11 22:23
  29:6,7,18 33:18 38:17,19
  51:9 55:25 56:25 57:6,14
  58:8,17 59:10 62:21,23
bad 17:8,9 44:9,17 45:5
  46:21 47:8 49:12
Bannon 1:3 41:9 50:4 59:20
Bannons 66:5 68:18
Bannon's 51:4
Based 30:25
basic 34:14
basically 5:17 8:2 9:19
  14:11 48:3
basket 36:20,21
basketball 1:10 6:10 8:4
  9:22 10:2,10 11:16 13:15
  14:20,21,25 16:23 20:12
  20:18 22:1,4,21 23:23,23
  24:23 25:5,8 26:1,4,5 34:9
  34:14 35:5 37:2,2 39:20
  45:7 49:21 51:8,11 53:2
Beach 1:8,23,24 3:18 4:4 6:6
  12:3,5,12 14:7,8 18:7 70:1
  71:3
bearing 65:12
beat 38:16
becoming 5:20
began 11:10 36:15
beginning 15:13 20:15,23
  21:21 40:6 53:22 66:9,14
behalf 1:19,22
behavior 15:9 44:6 64:23
believe 12:17 27:5 41:10,16
  42:6 47:22 60:24 61:8
  62:14
bench 29:22 61:12
Berg 5:12
Bergen 5:10
best 32:21 35:4,12 37:22
  45:21
better 64:2,5
big 37:18
bit 33:18 38:23 44:24 50:10
  50:13 58:16
bitch 48:25,25
Blackmore 17:24,25 18:13
  30:19 35:16 47:15
Blackmore's 18:8 19:19
blaming 46:12
board 4:3 6:6 18:7,15 19:9

33:25 66:19 67:13
Boca 1:9,10,17 3:20,21,24
  5:6 6:3,10,14,15,21 7:6,14
  7:16,23 8:10,16,23 9:12
  9:23 10:9 12:25 15:3,20
  18:7 20:9 22:1,21 24:12
  34:9
body 1:8
book 6:21 15:19 28:14 29:1
  30:9 33:23
boss 51:22
BOSSO-PARDO 1:23 11:2
  18:16,20 19:22 21:4 39:8
  43:11,18 46:22,25 48:7,13
  48:21 50:23 63:13,21
  64:14 65:1,4 66:20 67:3
  67:14,20,22 68:4,22
bottom 55:19
Boulevard 1:24
bounce 62:20
bound 63:23
boys 7:3 37:2
break 38:20
breath 35:20
Brittni 1:5 14:24 17:9,12
  24:5,22 25:22 26:9,12,12
  27:9,25 29:8 30:22 31:1
  32:15 43:20 44:3,9 45:10
  46:10 48:10,18 50:4 51:10
  51:10 52:8 53:2 54:11
  64:9
Brittni's 17:16 39:20 47:24
  51:15 61:18
Brunswick 5:11,13
building 23:12
bus 38:10
business 4:8
B-e-r-g-e-n 5:13

## C

C 3:1 67:8 71:1,1
calendar 21:16
call 23:2 27:8 40:23,25 41:1
  65:24
called 5:10,19 8:4 52:23
  67:15
calm 33:15
camp 10:9,9
camps 22:5,5,8
capacity 1:9,10 3:25 4:4
career 13:23
case 1:2 14:13 33:17 47:14
  47:24 50:15
cases 36:24
cause 3:6 48:2
caused 46:16,17,20 56:8
central 14:10 31:12
certain 8:6 17:4
certainly 50:10
certification 12:13 71:15
CERTIFIED 2:13
certify 67:18 70:4 71:6,10
  71:12
certifying 71:17
challenge 32:25
chance 59:18
changed 64:23
changing 64:23
check 49:17
children 20:11
Christmas 38:20 41:15
circumstances 35:13,14
  50:16
CIVIL 1:2

clean 16:17 44:24
clear 56:24
close 38:15
closer 38:23
coach 1:10 6:6 7:2,16,22
  8:23 9:25 10:2,8 12:19,21
  13:25 17:22 25:17,21 26:2
  26:6 33:5 34:22,24 35:2
  37:5 39:1 45:20 56:4
  63:24 64:2,4 68:19
coached 47:22
coaches 14:4 22:8 28:15
  29:2,3 33:19,21 35:17
  36:18
coaching 8:7 11:10 14:17
  33:10 40:5 64:10 65:14,18
coach's 34:19
code 7:1 49:19
college 4:10 12:12
colleges 22:6
column 27:7
come 4:3,6 17:16 24:17,18
  24:20 35:2 45:22,25 50:5
  55:25 62:10
comfortable 45:13 64:17
coming 17:12 37:14,18 38:7
  45:18
commenced 71:11
commencement 6:5
comments 19:14,19
Commission 70:13,14 71:23
  71:24
commonplace 45:5
communicate 47:10 63:11
communicated 64:3
communicating 14:17 65:17
communication 64:9 67:2
  67:10
Community 1:9,11 12:12
company 5:8,19
complain 17:16 66:1
complaining 17:13 53:1,24
  54:1 55:2
complaint 65:24
complaints 7:17 14:14 51:10
  65:22
complete 56:12
completed 23:10 71:11
completely 60:14
Concepts 12:17
concerning 14:17 27:9
  28:22 34:8
concerns 33:19
concluded 69:5
condition 57:9
conditioning 22:10 25:12,13
  25:15 40:5 68:14
condone 45:7
conduct 15:4,6,20 16:7
  33:19,21 34:8,16,18,19
conference 13:25 14:1,6,9,9
  14:10,10,11,12 52:2,5,7
confidence 47:4 60:16,17
congratulated 61:17
connected 71:13
consequence 16:9
consequences 15:9 16:20
considered 35:7
construction 23:9
contain 28:22
contained 42:2
context 25:24
continued 7:25
continuing 11:19
control 33:22 71:16

cooperate 40:14
coordination 21:22
copy 28:17 34:1,4 39:4 41:6
corporate 1:8
corporation 5:10,15,16
correct 6:1 31:3 39:17 41:16
   41:22 44:5,8 49:6,7,20
   51:12,13,17 53:13 56:22
   63:5 65:19 71:8
counsel 71:13,13
counselor 10:8
country 9:25
county 1:8,23 3:18 4:4 6:6
   14:7,8 18:14 70:1 71:3
couple 25:25 43:4 58:18
   66:16
course 56:10,21
courses 12:12,15 58:7
court 1:1,16 17:6,8 23:19
   35:2 37:9 45:7 50:14
   56:14,17 68:25
created 41:25
credit 12:11
credits 11:19
critical 36:25 46:14
criticism 42:2 46:20 47:9,18
criticize 40:4
criticized 38:24 46:9 47:5
criticizing 47:13
cross 2:3 9:25
curse 15:23 35:7
cuss 37:6
C302 1:24

D

D 2:1 3:1 67:8
Damn 35:22
date 26:18 41:24 42:24
   43:16,24,25 52:10 62:24
daughter 51:4
daughters 1:4
day 8:12,18 9:10,11 22:13
   52:18 55:16 59:1,20 70:9
   71:18
days 9:4,6,13 43:4 52:14,16
   57:18,19
DD033975 70:14 71:24
deal 60:8,9 65:19
dealing 12:7 51:15
deals 15:21 51:3
dealt 47:15,22
dean 16:4
December 41:19
decided 57:17
decrease 31:21
defeat 58:3
defeated 29:21 37:20 38:22
   62:4
Defendants 1:12,22
definitely 24:17 36:7 49:13
degree 4:14 17:4
deposition 1:14 3:3 23:16
   68:24 69:5 71:7,9,10,11
depositions 33:17
despite 60:4
detail 54:21
detailed 34:21,24
diagnose 59:4
difference 22:19 64:5 65:16
differences 42:15
different 5:5 9:8 64:13,16
dinner 9:1
direct 2:3 3:12 71:16
directed 66:18 67:6

direction 71:17
directly 35:19 44:4 45:19
   50:5
director 7:15 10:8 18:9 46:2
disadvantage 38:8
disagree 67:20
disappointed 45:24 57:12
   60:3
disciplinary 16:10
discipline 16:3 17:3 28:14
   29:1
discouraged 64:25
discretely 44:23
discussing 60:10
Discussion 7:20 26:22 28:12
   39:9 50:2 58:22 69:4
discussions 41:11
dismissed 16:8,13
disrespectful 28:23
distinctly 61:9
distracted 36:21
District 1:1,1,8,23 3:18,23
   5:21 6:2 12:2,5 16:20
   21:19
doctor 56:21,22,24 59:17,21
document 27:3 67:4 68:10
documents 40:24
doing 26:3 30:18 36:15
   46:15 47:19,20,20 62:4
double 31:6,6,8,8,13,13,17
   31:17 32:4,4
Doyle 7:8
drills 22:15 25:9,13 33:15
Drive 1:21
drunken 50:14
due 29:18
duly 3:10 70:6 71:6
DW 29:13 30:3,4,15
Dwyer 30:16,17 59:7,13,14
D-o-y-l-e 7:9

E

E 2:1,7 3:1,1 67:8,8,8 71:1,1
earlier 20:21 42:13 60:11
early 6:8 10:2 58:14,20
earned 12:11
ED 1:8
education 4:10,15,16 11:18
   11:19,22 12:8
educational 11:19,20 12:7
effective 18:4
effort 44:15 48:1 61:17
eight 13:20 41:15 60:24 61:1
   61:2
either 55:25 60:13
Elements 12:16
eligible 24:14
emotional 33:8,13 49:16
   50:11
emotionally 33:3,6
emphasis 10:10
employed 3:17,23 5:21
employee 71:13
employments 5:5
encouragement 47:17
ended 61:14
entered 8:3 59:14
entire 15:17
entitled 63:24 66:24 67:19
environment 47:23
Erin 17:24,25
ESQUIRE 1:20,23
establish 64:8
ethics 49:19

evaluate 18:8
evaluated 19:8
evaluation 18:13,14 19:5,13
   20:6
evening 8:12
everybody 44:25
everybody's 61:17
EX 2:10,11
exact 6:19 16:5 26:18 52:10
exactly 18:11 28:24 39:15
   57:14
EXAMINATION 3:12
examined 3:10
example 22:4
exclusively 39:19
excuse 25:9
execute 36:25
exercises 24:11 58:3
exhaust 58:4
exhibit 26:23 29:8 39:10,22
   39:24 41:23 42:20,21,25
   46:4 51:2 53:9,10,19 55:7
   63:4 68:12
expect 40:17 62:20
expected 40:13
experience 15:1
Expires 70:13 71:24
explain 8:1 19:4
express 46:11
expressed 46:10
expresses 51:8
EXS 2:11
extracurricular 10:17
extremely 33:13
e-mail 39:14

F

F 55:5 67:8 71:1
fabricated 49:4
fabricating 48:19
fact 38:21 45:8 48:19 59:6
faculty 14:14
failed 36:25
fair 28:5
fairness 45:1
fall 8:2 9:25 10:6 27:2 33:21
familiar 15:10,11
far 34:3,17
FAU 22:7
favorable 18:14 19:18
favoring 56:1,7
fax 39:14
February 10:3,4 42:5,6 51:2
   51:12 53:18
Federation 34:10
feel 12:22 13:22 15:24 26:9
   45:14 46:21 47:2 48:18
   56:8 64:19
feeling 44:9 46:19 47:8 65:3
feelings 45:15 47:11 65:9
feet 36:22
felt 33:1 46:12 47:5 55:20
   61:25 62:1,8 64:6,17
FHSAA 11:8 21:15 34:6
field 11:20 45:6
figure 31:8,9
file 19:14,19 20:2,3,5
files 29:5
final 59:23
financially 71:14
find 53:15
fine 58:19
finish 8:22 36:19,23 37:3
first 3:10 4:3,20 13:1,2,6,8

13:20 22:13 24:5,24,25
   26:13,16 29:16,25 30:1
   37:25 38:19 40:1,16 41:17
   41:20,25 42:6 43:2,5
   45:18,23,25 47:19 51:25
   52:5,6,22 61:1,1,7 66:9
   71:6
five 9:4
Florida 1:1,17,21,24 3:5
   4:11 11:6,6 20:22 21:1
   70:1,13 71:3,6,23
flow 58:17
focus 57:9
focused 38:13
follow 67:25
follows 3:11
foregoing 71:8,15
Forest 1:24
Fork 29:23 31:23 32:4,12
   37:19 38:1,8,10 41:17,18
   43:21 58:13 59:2 61:6,22
   62:24 64:11,22
form 18:17 19:23 21:4 46:23
   48:7,13,21 50:24 63:14
   65:1,4 66:20
formally 4:16
Fort 4:21 31:12
forth 18:10 71:10
foul 17:13 34:12 45:2,10,15
   46:17,20 47:2 53:6,23,24
   55:3
fouled 37:15
found 33:10 62:5
four 8:3
fourth 4:1
FPC 31:11
free 51:7
Friday 38:11,12,13 59:22
front 35:16
frustrating 36:13,16,23 37:1
   37:5,5,21 51:14
frustration 35:19 51:8
fuck 15:24 36:2 48:20
full-time 4:1 10:14
fully 57:11
further 60:13 71:10,12

G

G 3:1
game 13:1 26:16 27:14,17
   27:19,22 28:1,3,6,11
   29:15,17,18,21,23,24 30:5
   30:8,13,13 31:2,10 32:25
   33:6 34:11,17,22,25 35:10
   35:11,19 36:10,12,14 37:8
   38:1,8,9,14,15,18,19,22
   40:16 41:1,17,18,18,20,21
   43:21,22,25 48:1 49:21
   54:11 56:18 57:3,5,12,15
   57:16 58:9,13 59:2,6,11
   59:13,14,18,22,22 60:4,5
   60:19,25 61:10,15,22
   62:24 64:11,22
games 11:13 17:7 20:14
   21:17,19 27:3 30:1 31:19
   32:14,16 33:3,14 35:6
   36:13 37:21,22 38:2,4,5
   38:16 41:15 44:6 47:6,25
   55:20 57:19,20 58:1,4
   59:24 64:12 66:16
gather 57:7
generally 9:3 33:11,12 37:13
   49:23
geographically 14:8

girls 7:3 8:7 9:22 10:2,3
13:15 16:23 33:10,10 37:1
38:12 40:18 49:21 50:14
Girl's 1:10
give 7:6 33:25 53:3 61:24
62:21 63:6
given 23:15 27:2 28:1,11
67:6
go 4:9,10,18 5:4 8:23 22:23
30:7 31:10 33:18 39:6
goals 40:11,19
Goddamn 36:8
goes 10:2,4 20:2,5 34:17
going 11:5 18:16 24:3 35:14
40:12,20 44:19 45:20
50:23 63:13 67:14 68:22
golf 10:19
golfer 10:24
good 3:14 10:24 33:12 51:18
58:20 68:25
gosh 64:20
govern 34:19,22
governing 28:14 29:1
graduate 4:12
graduated 4:19
guardian 1:4
guess 4:9 21:22 32:8 53:19
guidelines 15:4 20:23 22:3
22:13
gym 23:22 38:20
gymnasium 23:4,6,7 24:20
gyms 23:2 24:7

**H**

H 2:7
half 4:2 29:16,25 55:24
60:25 61:1,7 62:19
hand 70:8 71:18
handbook 15:8,16,17
handicap 10:22
handled 63:9 65:22
happened 17:5 23:7 24:20
36:16 52:23 54:21 59:7
happening 17:7
happens 8:9 61:14
hard 32:8 33:1 37:9 58:15
Harris 1:3,4,5,8 14:24 17:9
17:12 24:6,22 25:22 27:9
27:25 29:8 30:22 39:16,16
41:24 42:10 43:20 50:4
51:19 52:2,6,23 53:4
54:15 63:8 65:25 66:4,18
68:2,10
head 9:1
healed 60:14
health 12:13,16
hear 17:9 37:11
heard 37:13 42:9,13 43:5
51:9
heat 37:7 49:22 55:14
Heights 31:16
held 7:20 26:22 28:12 39:9
50:2 58:22 69:4
help 18:14 19:13 26:7,9
helped 18:3 47:16 64:2,4
helps 17:22
hereinabove 71:10,11
hereunto 71:18
hesitated 45:9
high 1:9,11 3:20,22,24 6:3
8:17 9:23 10:23 11:6,7,15
11:16 12:25 14:19,20,25
15:3,21 18:7 20:22 21:1
22:1 24:12 30:10 32:1

34:9 38:22 58:11 59:7
Hill 1:24
historically 38:11
hobbies 10:18
home 28:20 33:22
Hoops 6:14,15,22 7:7,14,16
7:23 8:11,23 9:12 10:9
hopes 40:19
horribly 38:11
hour 38:10
hours 7:25 8:10,11
house 59:19
huh 13:7 14:2 23:13,19,19
27:12 28:21
Human 12:17
humiliated 44:10
hurt 46:9,16,18
hypothetical 65:5

**I**

idea 4:10 60:2 64:12
identification 26:24 39:11
42:22
ignoring 65:3
imagine 16:19 19:17 37:4
immediately 63:12 64:3
importance 47:12
important 31:5 32:16,18,19
45:10,15 57:7 61:20
Improper 65:5
improve 13:3
inability 56:12
incident 68:9
include 34:16
including 9:24 32:15 35:6
61:18 64:9 66:14
inclusive 71:8
incredibly 62:5
incredulous 50:10
individual 24:11 47:12
individuality 47:11
individually 1:8,10
informal 11:18 12:7
information 63:12 66:6,23
66:25 67:12,16 68:15
infrequent 50:12
injured 29:15 55:25 56:1
59:6 62:6,18,18
injury 29:16,18 55:23 56:1
57:16 59:5,15 60:7 62:9
64:10 66:15,16
input 66:6
inquire 24:19
instructions 67:25
instructor 3:25 16:2
instructors 29:1
intended 60:5
intentional 61:13
interest 26:6
interested 10:11 26:1,3
71:14
involved 6:9 8:7,19 11:10
16:20 33:6
involves 51:6
in-service 11:24,25 12:6
ironically 61:11
irregardless 39:1
issue 29:6
issues 64:9

**J**

January 39:5,19 41:17,21
41:25 43:3,17 44:1,1,2,19
50:5 53:17 63:2,3,4 64:10

64:21
JIL 29:19 58:9,10
job 4:20
Joe 1:10,14 2:4 3:9,16
John 29:19 58:11 59:23 60:4
60:5,18 62:2
JR 1:20
JV 30:21

**K**

keep 30:22 49:17 56:20
keepers 30:10
keeping 30:12 59:3
key 65:14
kids 46:15
kind 16:14,23 35:18,20 36:8
36:15 37:11 47:16 50:24
61:12
knew 26:1 44:20 47:14
51:25 53:17,21 67:5
know 6:19,23 14:16 17:6
19:16 20:3,7 21:25 24:16
24:17 25:16,17 28:24
30:11,24 32:3,10,11 35:24
39:15 45:4 47:21 50:7,7
50:18,18 54:8 57:25 60:8
63:22,24 64:15 66:21,25
67:11
knowledge 14:21,22,23 15:5
21:6,9 22:7 28:15 34:18
36:3
known 44:9

**L**

lack 18:17 47:4
language 15:21 16:23 17:1,8
17:10,14 28:22,23 37:12
39:1 44:10,12,17,21 45:2
45:6,10,15 46:17,20 47:2
48:4 50:6 53:6,23,24 55:3
55:15 64:6,10
Large 3:5 71:6
lasts 10:1
late 44:1
Lauderdale 4:21
leading 12:12 38:9
league 6:10,11,13 7:5,15 8:1
8:4 9:5,6,18 10:18
leagues 7:23
leave 58:14
led 62:14
left 27:6,7 58:19,20 59:17
leg 56:7
Leonard 29:19 58:11 60:4,5
60:19 62:3
letter 43:3 46:3 48:3 52:12
52:13 53:7,8,8,9,16,17,18
55:12
let's 6:8 8:11 22:2 44:23
46:1,2 54:9
level 56:13
life 45:8
lighter 16:9
line 55:19
listed 6:21 27:5
Listen 50:5 57:3
little 33:18 38:23 44:24 45:2
50:9,12 57:25 58:16 60:3
local 5:7
located 3:21,24 7:11
location 6:16
log 30:10
long 3:21 17:25 27:13,16,22
27:25 28:6 43:2 60:18

longer 28:10 38:20
look 29:4 36:1 48:3
looks 39:4
lose 38:2 48:2 60:16,17
loss 38:1,2 46:13 62:2
lost 13:2 32:13,25 38:7,7
48:1
lot 17:5 33:13 54:24
lots 36:19
lousy 18:23
low 65:14
low-key 33:12

**M**

mail 39:14
making 62:2,15
maniacs 50:13
manner 38:25 49:9,11
March 42:18,25 43:6 52:3
52:12,13 53:22 54:9 66:9
mark 29:12
marked 26:21,23 27:4,4
39:10,22 42:19,21,24 46:3
68:13
matter 37:2 49:20 57:18
61:19 63:9
mean 3:23 19:5 29:2 31:7
40:9,25 44:16 56:17,24
67:7
meaning 43:17
means 31:8 71:16
meant 25:13
measure 32:22,23
medical 4:7 5:7,8,11,14,15
5:16,20,22
meet 46:1
meeting 40:15 41:8 42:14
44:22 52:10,17,22 55:18
66:5
meetings 24:3 57:2
member 10:25 11:5 25:1
members 14:14 36:17 40:21
memo 39:4,19,21 42:1 43:3
43:6,17 51:3,15 63:4
65:11 66:3,9,17,18 68:1
memorandum 40:4 66:12
memorandums 39:13 65:21
68:7
mentioned 34:6
men's 7:2 11:16
met 24:5
methods 64:24
Miami 1:21
mid 6:9
Middle 4:21
Mike 7:8
mind 59:3,15 62:13,15
minor 50:15 59:15
minute 63:6
minutes 40:6 60:23,24 61:2
61:2
missed 55:24
mistaken 59:16
moment 36:25 55:14
moments 50:11
month 42:7
months 43:8,14,16 54:10
morning 3:14
mother 17:16 30:22 44:4
59:19 60:9
motivating 32:20

**N**

N 2:1 3:1 67:8

name 3:14 5:8 17:23 41:1
names 12:14
National 34:10
natural 1:4
near 36:20 60:11
necessarily 28:8 45:20
need 19:4 58:5 62:21 67:16
needed 45:4 58:5
negative 20:5
negatively 20:6
neither 44:3 53:12
never 16:25 59:5,25 62:23
    62:23
new 23:12 33:24
nice 37:16
night 38:13 59:22,23
nights 38:12
noisy 37:10
normal 56:13,18,25 57:7
    58:8 65:14
normally 35:18 60:6
north 14:10
Nos 39:10
Notary 3:4 70:13 71:23
note 42:18,24 52:3
notes 71:8
November 10:3 20:15,19
    21:3 24:25 26:19
number 2:9 6:23,24 7:12
    68:12
numbered 71:8
Nutrition 12:16
N.W 1:16

O

O 1:20 3:1 67:8
object 18:16 19:22,22 21:4
    46:22,22 48:7,13,21 50:23
    63:13 65:1,4 66:20
objection 63:21 64:14
objections 41:11
objectives 40:12
observation 56:4
occasion 18:6
occur 65:11
occurred 29:16 48:16 61:9
    66:13
Ocean 5:20,22
October 10:1 70:9 71:18
offended 44:12,21 45:3,4
    49:13 50:17 64:6
offends 50:6
offered 12:1
office 6:16 28:19,20 52:23
official 11:10 70:8
officiate 11:13
OH 31:15
okay 4:24 5:16 7:4,25 8:8,16
    8:22 10:11,17 13:13,17
    14:6,12,23 16:15,22 19:13
    20:8 23:18,22 24:10,14
    25:3,6,14,24 27:8,13 28:5
    28:25 29:11 30:6,25 31:10
    31:13,19 32:20 34:3,16,21
    35:21 36:5 37:24 38:6
    39:19 41:20 43:5,18 44:3
    45:3 46:1 47:8 49:15
    50:16 51:24 52:22 53:10
    54:9 55:6 56:22 57:2
    58:14 59:4 67:10 68:19
old 23:11
Olympic 31:16
once 45:3
ones 12:10

ongoing 11:22
open 23:2,4,22 24:7
opinion 16:12
opinions 45:14
opponents 27:7
opportunity 25:7 65:18
opposed 45:18 47:12
option 45:21
ordinary 41:13
organization 20:25
organizations 11:1 34:7
organized 6:11 22:15
orthopedic 59:17
outcome 64:13,16
outline 15:9
overall 18:10 32:13 40:5
    49:23

P

P 3:1
PAGE 2:9
pages 71:8
Palm 1:8,23,24 3:18 4:4 6:6
    12:3,5,11 14:6,8 18:7 70:1
    71:3
parent 1:4 42:14 47:5
parents 7:18 14:15 38:25
    40:7,14,16 41:8 48:11,19
    52:10 54:18,20 55:1 64:20
parlance 31:7
part 26:5 33:5 40:4 65:10
participate 20:11 22:4 24:10
participated 29:24
particular 52:18 55:4 57:9
particulars 53:3
parties 71:13
party 71:13
passion 49:22
Paul 59:23
people 30:18
percent 59:10
perform 56:12
performance 18:8,12,15
    19:20 31:22 32:24 33:8
    60:11
performed 38:14
performing 46:16 47:25
    56:13
periodic 23:2
permission 16:25
permit 16:22
permitted 15:23
person 33:12 45:18 47:15
personally 17:13 67:11 70:5
phone 6:21
phoning 59:19
physical 11:20 12:7
Pierce 31:12
place 8:1 52:17 71:10
Plaintiffs 1:6,19 26:23 39:10
    42:21
PLAINTIFF'S 2:10,11,11
plan 40:5,6,8,9,15 41:2,3,4
play 10:19 22:3,18 23:4 25:7
    25:25 29:17 32:8 34:8
    35:14 36:16 37:14,19
    38:15 47:4 56:2,3,20,22
    57:11,12,13 60:6,18 61:20
played 14:19 27:13,16,22,25
    28:2,3,6,10 29:20,22,24
    30:4,7 31:2 32:13,14 33:1
    37:22 38:21,21 60:25,25
    61:7 62:20
player 28:3 31:1,4 40:13

48:2 57:8 64:25
players 7:17 8:5 14:18,24
    23:23 26:6,7 29:22,22
    30:20,21,21 32:14 34:9
    37:6,6,11 44:16,23 58:2
    61:12
player's 28:6
playing 21:17,18 22:8,17
    29:6,20 43:20 47:6 51:11
    55:20 56:6 58:1,4 61:10
    61:11
please 3:14 21:11 44:23
pleased 19:19
plenty 69:1
point 45:1 53:6 54:17 55:14
    57:10,21 58:18 59:2,11
pointing 52:11
points 11:24,25 12:6 31:8
    61:19
poorly 32:13 38:14
Pope 59:22
portion 19:2 21:13 58:24
    63:19
position 7:14
positive 19:14 47:17,23
    65:15
positives 47:19
possession 28:18 33:20,22
    53:7
possible 49:17
possibly 20:6,7 58:6
practice 22:14,14,15,19
    24:24 26:13 33:7,9,11
    35:10 40:17 44:7 47:17
    57:25 58:13,17,21 59:24
    62:10,19 68:18
practices 20:17,20 33:13,15
    35:6
practicing 58:18
predicate 18:17 19:23 21:8
preferred 42:9
prepared 39:5
preseason 22:9,14 25:8,9,12
    25:12,13,14 38:3,5 68:14
presence 16:1 17:1
present 5:24 41:9
presume 24:19
presumed 59:25
pretty 6:2 9:8,10,24 10:4,11
    12:24 59:15
prevent 22:1 44:16
previous 13:1
previously 26:21 27:4 60:10
PRICE 1:20
primarily 47:3
principal 1:9 16:5,21 39:16
    41:24 42:10 51:19 64:20
prior 26:19 30:3,4,13 33:17
    38:24 40:16 44:12 52:3,9
    59:1 66:5
Private 10:20
probably 13:20 24:25 26:19
    31:1 35:9 37:1,21 44:20
    44:21,22 61:20 63:1,2
problem 58:21
problems 36:17
Professional 3:4 71:5
program 68:15
programs 22:10,10
progressed 41:14
prohibited 22:7
proper 67:7
proves 30:7
Public 3:4 71:23
Public-State 70:13

purportedly 41:24
purposes 28:10
put 19:18
P.A 1:20
p.m 1:17 69:6

Q

qualified 13:19
quarter 60:22 61:1,2,8
quarters 27:18,20 28:11
    29:17,21,25 30:5,8 31:2
    60:20,22
question 2:13 18:23 43:12
    43:12 49:12 59:6 63:14
    65:8 66:16 67:18
questions 21:8 28:10 68:21
    68:23
quiet 47:15
quietly 47:16
quit 43:20 46:12 57:17
quite 36:17 38:8
quitting 61:21

R

R 3:1 67:8 71:1
raging 50:13
raise 33:14
rallied 61:12
Raton 1:9,10,17 3:20,21,24
    6:3,10 8:16 9:23 12:25
    15:3,20 18:7 22:1,21 34:9
reach 42:15
read 15:12,16 18:22 19:2
    21:11,13 40:3 46:3 58:24
    63:19 68:24
ready 57:11
real 57:11
realize 23:18,21
really 22:11 36:5 46:19
    50:17 55:5,19,21 57:15,17
    58:15 61:25 62:20 64:6
reason 20:20 21:2 24:15,16
    25:1 32:3,6 49:20 56:2
    61:24 68:16
reasonable 64:25
rebounding 56:15
rebounds 31:9
recall 15:20,22 16:6 17:4
    24:21 27:16 29:4 36:7
    40:8 41:9,25 53:22 55:9
    58:12 68:8
received 11:23 12:19
recollection 27:25 28:6 35:4
    56:8 58:9
record 3:15 7:20 11:5 19:2
    21:13 26:22 27:8,21 28:12
    39:7,9 50:2 58:22,24
    63:19 69:4
recovering 60:1
recreation 10:10
RECROSS 2:3
recruit 26:6
REDIRECT 2:3
refer 11:7 36:18 63:1
reference 7:6
referral 16:4
referring 35:5 39:20
reflection 61:15
reflects 20:5
regarding 28:23 68:15
register 24:19
Registered 3:4 71:5
regulation 21:3
regulations 34:8

rehabilitate 58:16
related 24:22 67:1
relationship 51:18
relative 71:13
relatively 45:5
reliable 28:7
religious 10:25
remember 12:14 17:11,12
  26:18 28:1 36:10 43:23
  50:25 52:9 57:14 58:13
  61:8 66:11
repeat 18:21 21:10 43:11
  63:17
replacement 4:2
replied 62:23
report 18:9,11 71:7
reporter 3:4 19:3 21:14
  23:19 58:25 63:20 68:25
  71:6,17
representing 66:19 67:13
reproduction 71:16
request 40:13 68:2
requested 18:6
require 18:11
required 67:25
requirements 33:20
response 50:8,9 55:9 62:16
  66:17,18 68:1
responsibilities 8:17
responsibility 26:5 63:11,23
responsible 30:12 62:2
rest 58:5
resulted 55:19
results 18:10
reveal 66:22
review 15:13,18 63:6
reviewed 28:25
Rickards 4:20
ridiculous 62:3,6
right 13:9,12 15:1 22:6,6,9
  28:3,9 31:25 33:7 36:19
  36:20 37:4 38:5 41:23
  43:9 45:1 49:22 50:21
  55:11,17 56:5 61:9 62:14
  62:20 66:3,16
River 38:22
Rob 25:20 26:2
role 61:20
roughly 41:14
routinely 22:16
RPR 70:12 71:22
rule 21:2,25 28:14
rules 15:20 28:23 34:3,7,11
  34:14,16,18,21
run 8:9 62:8
running 22:17 62:5
R-i-c-k-a-r-d-s 4:23

S

S 2:7 3:1 67:8
Sabia 1:10,14 2:4 3:9,16
  68:19
sailors 50:14
SAN 30:8
SANDRA 1:23
satisfied 63:8
saw 23:9 56:8,12 57:6
saying 40:10,11 46:4,8
  49:18 50:25 53:22 57:3
says 30:7 49:19 67:2
schedule 27:2 63:2
scheduled 21:20
school 1:8,9,11,23 3:18,19
  3:20,22,23,24 4:3,5,21

5:21 6:2,3,6 8:14,17,18,20
  9:10,23 11:6,7,15,16 12:2
  12:5,25 14:19,20,25 15:3
  15:21 16:8,14,20 18:6,7
  18:14 19:9 20:15,22 21:1
  22:1,12,13 23:3 24:18,18
  24:19 30:11 32:1 33:25
  34:9 38:21 45:6 58:11
  59:7 66:19 67:13
school-related 8:22
Science 41:15
score 30:9 37:7 61:18
scorer 38:9
scoring 36:24
se 61:15
seal 70:8
season 7:24 9:17,20 11:6
  13:2,2,4,6,8,11,18,18
  14:22 18:10 20:14,24
  21:21 24:1,2 25:4,5 26:13
  26:17 32:17 33:21 35:5
  40:7,17,19 41:3,4,14 42:3
  42:4 46:14 53:2 57:21,21
  57:25 58:18 60:12 66:14
  68:15
seasonal 9:15
seasons 8:4
seated 35:15
second 13:4,11 14:3 39:7
  42:5 43:22 51:14 60:25
  61:2
see 19:18 22:20 23:8 29:12
  37:18 38:4 39:21,25 48:11
  54:9,20 56:11
seen 40:1 54:10
Segui 3:3 70:12 71:5,22
selection 44:10
seminars 12:1,6,7
send 18:9,11 59:10
sent 39:14,16 42:10
September 1:16
serious 60:1,7
session 22:22 68:17
set 16:21 71:10,11,18
sets 20:23 34:10
seven 13:3,8,13 14:5
severe 59:5
Sexuality 12:17
SF 29:23 31:22 61:3,4,5
shape 60:13
Sharah 1:4 51:5,6
sheet 68:11
Shelda 1:3 51:4
shit 15:24 35:25 36:1 49:1
shoot 10:23
short 9:20
shorthand 71:8
shout 15:23
show 27:13,21 45:9 59:23
showed 26:12
sideline 35:15 36:6
significant 12:22 13:23
similar 68:11
singular 32:18
sir 3:14 15:7 23:1 44:14 49:3
  63:16
sit 38:17
situation 35:19 36:15 38:15
  39:21 51:3,6,15 52:6,7
  61:9 65:19,23 66:1,15
six 14:5
skids 57:23,24
slip 35:18 36:6
small 5:19
softball 10:3

solely 68:2
SOLMS 1:20,20 2:5 3:13
  7:21 11:12 18:18,22 19:7
  19:24 21:7,11,24 27:1
  28:13 39:6,12 42:19,23
  43:14,19 47:7 48:9,17,24
  50:3 51:1 59:10 63:15
  64:1,18 65:2,6 66:24 67:9
  67:18,23 68:6,19
somewhat 32:19
son 48:25
soon 22:12 42:10
sorry 19:22 43:11 49:24
  52:13
sort 11:22 16:2 42:15 51:7
  66:13
sought 67:12
soundly 29:21 38:16 62:4
south 14:9,11,12 29:23
  31:23 32:4,12 37:19 38:1
  38:7,10 41:17,18 43:21
  58:13 59:2 61:6,22 62:24
  64:11,22
SOUTHERN 1:1
Spanish 38:22
spare 10:15 11:9
speak 59:18
special 58:2
specialized 8:5
specific 12:14 17:5 36:10,12
  54:25 56:7
specifically 15:22
specifics 53:4 57:4
Speculation 46:23 64:14
  65:5
speech 51:7
speed 56:18,19,25 57:7
spell 4:22 5:12
spend 8:10
spirits 58:20
sponsored 22:5
sport 9:21 20:24 21:23
sports 8:19 9:9,10,13 10:12
  10:13 21:16
spot 61:12
spring 8:9 9:18
stand 34:25 35:17 65:10
standing 35:16
stands 8:3
start 20:17,20 21:3,16,17
  29:18
started 60:5
starting 37:19
starts 22:12
state 3:5,14 13:19 21:19
  70:1 71:3,6,23
stated 55:7 65:11
statements 62:12
STATES 1:1
statistician 30:10
statistics 27:11 30:13,23
  68:11
stats 27:10 29:8 68:14
stenotype 71:7
step 45:25
steps 16:2
stipulations 22:11
Stop 50:7
stopped 59:25
strike 43:15
strong 31:1
Stuart 61:6
student 15:8 16:1,3,8 24:12
  34:3
students 14:14 15:4,6,15,21

15:23 16:22 20:8 38:25
  44:16
stuff 40:18
style 65:14,18
subbing 37:15
success 32:22,23
successful 33:2
sudden 31:21 37:20
suggest 58:7
Suite 1:21,24
summaries 68:7
summarizing 68:8
summer 9:24 10:7,9 22:2,4
  22:11,23,25 24:1,4,8,11
Sunset 1:21
supervising 22:18
supervisors 19:15
supplied 27:3 68:10
supply 4:7 5:8,9,14,20 6:20
  34:1 40:21
suppose 44:15 65:9
supposed 33:16 40:10
supposedly 55:3
sure 19:16 25:11 30:2 37:10
  39:8
surgeon 59:17
surprised 46:13 50:13
surrounding 66:15
Sweeten 25:20,21 26:2
swing 58:8
sworn 3:10 70:6 71:7
synopsis 66:13

T

T 2:7 67:8,8 71:1,1
take 10:11 16:2 40:3 57:13
  58:8
taken 3:3 12:18 16:10 52:17
  71:10
talk 7:7 46:2 62:22
talked 25:21 40:16 55:23
talking 9:12 54:8 62:17
teacher 4:2 19:6,14
teachers 16:19 19:8 28:15
  51:20
teacher's 20:5
teaching 4:1
team 8:5,5,7 12:25 13:3,15
  14:18,25 16:23 18:3 20:18
  22:5,24 23:25 24:23 25:2
  25:14 26:7,10 29:21 30:12
  31:5,19 32:12,21 36:17,24
  39:1,20 40:6,21 43:20
  47:12 48:1,2,20 49:2,6,21
  51:8 57:8 61:11,13,14,17
  61:21 62:3 64:3,5
teams 6:7 7:2,2 14:20,21
  22:3,7,16,16 27:5
team's 33:8
telephone 7:11
tell 32:11 35:12 37:10 39:6
  46:15 47:1 53:4,6,14 54:1
  54:15,20,23 55:1,22 59:9
  59:25 67:14,16
telling 53:20 54:7
tells 67:24
tennis 10:19
testified 3:11 55:13
testify 71:7
testimony 30:25
thank 23:14 68:19
Thanksgiving 26:20
thing 11:4 15:17 32:18,19
  37:16 51:7 54:4

things 12:21,24 36:19 40:20
46:10,11 54:24 58:9
think 16:11,13,16 18:5 26:3
35:24 36:9 37:13 38:1,6
38:12 39:15 40:8 42:13
45:25 47:14 48:14 52:14
52:17 55:13 60:12 62:22
63:23 64:4 65:11,15 66:24
67:7 68:11
thinking 60:6,14
third 26:19 44:2 61:7
thought 59:5
three 8:2 10:7 12:17 27:18
27:20 30:4,8 31:2 36:22
38:4,5 57:20
Thursday 1:16
time 7:22 10:15 11:9 13:20
15:12 16:24 17:5 19:8,8
23:3 24:5,13,21 26:10,14
28:2,2,11,25 38:25 39:15
40:1 42:1,16 43:5 44:11
48:12 50:21 51:11 52:3
54:6,10,23 57:18 60:13
62:21 68:21 71:10
times 26:1 30:10 37:21
49:16 58:19 69:1
timid 47:15 56:15
today 27:4 36:1 55:14
token 20:4
told 50:25 51:16 52:25 53:1
53:14,16 57:10,13,14
59:20,20 60:3 62:1 66:2,9
tomorrow 62:23
tore 23:11
total 48:1
totally 62:4,5 63:3
tournament 13:20 38:3,6
tournaments 21:19,19,20
trainer 59:8,16 60:2
training 22:2,10,17
transcript 71:16
transcription 71:8
transpired 66:7
travel 8:5 9:18 38:10
treat 59:8
treating 59:8
treatment 53:2,4
tried 47:18 49:14,14 55:25
trouble 36:24
true 10:16 71:8
truly 49:24 64:6
truth 71:7
try 5:4 26:6 36:7 42:15
44:23 49:17,23 50:18
58:16
trying 37:7 56:2
two 8:6,11 9:7,13 18:2 28:11
29:17,20,25 37:18 38:7
43:8,14,16 52:14,16 54:10
57:18,19 60:20,22 62:7
type 16:7 42:2

**U**

U 67:8
uh 13:7 14:2 23:13,19,19
27:12 28:21
Um 7:24 48:14
unaware 63:3
uncomfortable 56:2,6
undersigned 70:4
understand 65:7
understandable 45:17
understanding 39:13
unfortunately 45:5 60:10

UNITED 1:1
University 4:11
unreasonable 64:19
upset 55:21
use 16:23 17:1,9,13 35:7,25
36:2,4,7 37:11 49:9,14,19
55:3 65:18
usually 8:12,15,17,25 15:13
33:23 36:23 37:17 45:20
utilize 47:18
uttered 49:5

**V**

variance 36:4
variety 30:18
verbally 17:19
version 54:3,6
victories 13:3,4,19
violation 16:14
visit 24:18
vocation 10:15
voices 33:14
volleyball 25:2,4,14,17,25
26:13
vs 1:7

**W**

wait 13:5
want 7:7 47:10 58:15 66:25
68:24
wanted 29:9 48:11 58:16
59:10 60:8,9 66:6
wasn't 24:14 38:14,15 40:15
47:6,25 50:15 51:11 52:16
53:7 55:20 57:6,17 60:7
62:1,15
watched 25:25
way 23:13,15 32:20 46:4,9
47:24 49:8 56:9 60:8 63:8
64:7
weaker 29:22
Wednesday 52:17
week 8:17 9:4,6,13 24:24,25
26:13,19 42:5,6 44:2
52:18,19,20 55:12,24
57:20 58:19 59:24 62:19
weekend 52:19
weekends 10:21
weeks 21:17,18 62:7
weight 22:16
went 5:9 41:23
weren't 37:22 62:4
West 1:24
we'll 46:2 62:22
we're 27:24 35:17 50:13
64:21 68:22
We've 68:13
WHEREOF 71:18
WILLIAM 1:20
willing 48:12 49:8
win 31:19 32:16 48:2
winning 61:14
wins 13:8,13 37:19 38:2
witness 2:3 11:3 18:21 19:4
21:5,15 46:24 47:2 48:8
48:14,23 59:1 63:22 64:15
67:21 68:5 69:3 70:5,8
71:6,18
witnesses 23:18
women 14:20 20:11
women's 7:2 11:16 14:20
20:12 22:1,21 23:23 34:8
won 13:1 38:6
word 35:8,18,25 36:2,4,5

48:20 55:5,10
words 15:23,24 16:5 34:12
35:7,21 37:7 48:18,25
49:1,5,9,18,19 55:4
work 4:18 5:10 57:4,4 58:15
62:11
worked 4:7 5:7,19 69:1
working 8:10
wouldn't 19:16 20:7 35:18
45:24 50:20,22 64:24,24
65:24 69:2
write 16:4 23:19 43:3 66:3
writing 30:6 68:16
written 15:4 20:1,2 33:20
40:6,15,18,23 43:8 51:3
65:21,25 68:1,8
wrong 46:5,15 48:4,4 49:9
60:2
wrote 42:18 52:3 55:12
64:20 66:6

**X**

X 2:1,7

**Y**

Y 3:3 70:12 71:5,22
YBOA 8:3
yeah 5:15 15:11 24:2 35:9
43:22 51:13,23 54:12
57:20 65:20
year 4:1,2,5,25 5:2,20 13:1,1
13:24,25 14:3,19 15:14
19:11 20:15,19 21:15
33:24,24 34:4 36:17 41:6
51:25
years 8:3,11 10:7 13:5,21
18:2 21:20 33:10
year-round 9:8,13,24
youth 6:10 7:5,23 8:1,4 9:5
9:6,12 10:9,12,13,18

**0**

02-80438-CIV-HURLEY/...
1:2

**1**

1 2:10 26:23 29:8
10th 64:10 70:8 71:18
10:32 1:17
104 1:21
11th 51:2,12
12th 27:5
12:15 1:17 69:6
14th 11:6
15 13:4,14,19 60:22
15th 1:16
1501 1:16
1800 20:10,11
1974 4:13 6:5
1976 5:9
1982 5:9,17
1987 6:9
1997 5:17
1998 5:24
1999 13:10

**2**

2 39:22,24 53:9,19 55:8 63:4
2-3 2:11 39:10
2:50 8:18
20 13:2 20:13
2000 13:10 33:22
2000-2001 13:12

2001 14:19 22:23 23:2 27:3
35:5
2001-2002 13:18 26:17 34:4
2002 1:16 35:5 39:5 70:9
71:18
22 20:16 27:5
25th 63:2 64:21
26 1:16 2:10

**3**

3 2:5 51:2 53:10
33143 1:21
3318 1:24
33406 1:24
33486 1:17
39 2:11
395-7372 7:1

**4**

4 2:11 42:20,21,25 46:4
4th 20:19 21:3
42 2:11

**5**

5:00 8:25
5:30 8:25
561 7:1

**6**

67 2:13
6701 1:21

**7**

74 5:1
75 5:1,3
76 5:3

**8**

8th 42:18,25 52:3,12,13 54:9
63:3 64:21
80 59:10
80's 6:8

**9**

9 39:5
9th 39:19 41:25 43:3,17
44:19 50:5 53:17 63:4
9-01-05 71:23
9-1-05 70:13
90's 6:9 10:23,24
97 5:18,19,22
98 4:5 5:22
99 4:5 13:5