Page 1

1            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF FLORIDA
2            CASE NO. 02-80438-CIV-HURLEY/LYNCH

3

SHELDA HARRIS BANNON, as
4  parent and natural guardian of her
   daughters, SHARAH HARRIS and
5  BRITTNI HARRIS,

6           Plaintiffs,

7  -vs-

8  THE SCHOOL BOARD OF PALM BEACH COUNTY,
   a body corporate, ED HARRIS, individually
9  and in his capacity as principal of
   BOCA RATON COMMUNITY HIGH SCHOOL, and
10  JOE SABIA, Individually and in his capacity
   as Girl's Basketball Coach of BOCA RATON
11  COMMUNITY HIGH SCHOOL,

12           Defendants.

13  _____

14

                DEPOSITION OF ED HARRIS
15

16            Thursday, September 26, 2002
                1501 N.W. 15th Court
17             Boca Raton, Florida 33486
                 1:29 - 4:00 p.m.
18

19  APPEARANCES:

20       On behalf of the Plaintiffs:
           WILLIAM O. SOLMS, ESQUIRE
21         SOLMS & PRICE, P.A.
           6701 Sunset Drive, Suite 104
22         Miami, Florida  33143

23       On behalf of the Defendants:
           SANDRA BOSSO-PARDO, ESQUIRE
24         THE SCHOOL DISTRICT OF PALM BEACH COUNTY
           3318 Forest Hill Boulevard, Suite C302
25         West Palm Beach, Florida  33406

COPY

Page 2

```
                         -   -   -
                       I N D E X
                         -   -   -

WITNESS:              DIRECT     CROSS    REDIRECT    RECROSS

ED HARRIS

BY MR. SOLMS          3
BY MS. BOSSO-PARDO              96


                       E X H I B I T S
                         -   -   -


NUMBER                                         PAGE

PLAINTIFF'S EX. 1                               29
PLAINTIFF'S EXS. 2-11                           36
```

Page 3

```
  1                 P R O C E E D I N G S

  2                        -  -  -

  3              Deposition taken before April Y. Segui,

  4    Registered Professional Reporter and Notary Public in

  5    and for the State of Florida at Large, in the above

  6    cause.

  7                        -   -   -

  8    Thereupon,

  9                       (ED HARRIS)

 10    having been first duly sworn or affirmed, was examined

 11    and testified as follows:

 12                   DIRECT EXAMINATION

 13    BY MR. SOLMS:

 14         Q.   Good morning, Mr. Harris, or afternoon.

 15         A.   Good afternoon.  How are you doing?

 16         Q.   I guess let's --

 17         A.   I apologize.  I have a sore throat.  I have a

 18    little piece of candy for my throat, a cough drop.

 19         Q.   Could you please give your full name for the

 20    record?

 21         A.   Edward Maurice Harris.

 22         Q.   Where are you employed?

 23         A.   Palm Beach County school system.

 24         Q.   And in what capacity?

 25         A.   School District.
```

1     Q.    In what capacity are you?

2     A.    Principal, Boca Raton Community High School.

3     Q.    And how long have you been so employed?

4     A.    At this school or total county?

5     Q.    Let's start with this school.

6     A.    This school, I'm in my second year at Boca

7  Raton High School.

8     Q.    And so the fall of 2001 was your first

9  semester at this school?

10    A.    Yes, it was.

11    Q.    And who is the assistant principal?

12    A.    We have several of them.

13    Q.    Okay.  For the purposes of sports and

14 sporting activities who is the assistant principal?

15    A.    Now or then?

16    Q.    In 2001.

17    A.    2001, I believe Sandra Roberts did some of

18 them and we had Mr. Dick Hoffmeyer working with some of

19 the coaches occasionally and it depends if we had

20 anything else like a special sport.  We would select

21 another assistant principal to work with a specific

22 sport if an assistant principal was strong in that

23 area.

24    Q.    Now, for the purposes of the situation with

25 Coach Sabia, a letter of complaint or memorandum was

Page 5

1    served or provided to The School Board on or about

2    January 8, 2002.  Do you recall that memorandum?  And

3    I've had it marked before.

4              MS. BOSSO-PARDO:  Let me object.  You said it

5         was provided to The School Board.  I don't think

6         that's in evidence.

7              MR. SOLMS:  Let me rephrase that.  Do you

8         have the exhibits?

9    BY MR. SOLMS:

10        Q.   I've had marked today at the deposition we

11   took just before this one a memorandum that is dated

12   January 9, 2002.

13        A.   Okay.

14        Q.   It's a two-page memo.  Do you recall seeing

15   that?

16        A.   Yes.

17        Q.   When did you first see that memorandum?

18        A.   It was sometime in middle to late January.

19        Q.   Mid to late January?

20        A.   Of 2002.

21        Q.   Was it delivered directly to you by --

22        A.   Not put in my hands, maybe put in someone in

23   the office hands, my secretary or some person here at

24   the school.

25        Q.   You can keep that copy for now.

1        How long was it in your office before you

2   actually saw it, do you know?

3        A.   I would say maybe a day, two or three days,

4   maybe.

5        Q.   Two or three days?

6        A.   Uh huh.

7        Q.   And did you direct that information or that

8   memorandum to go to someone else within the school?

9        A.   No, I did not.

10        Q.   You held it?

11        A.   I held it, yes, I did.

12        Q.   And what did you do, if anything?

13        A.   Okay.  I did -- when I read this, I looked at

14   the person, because Sabia was on here, the girls'

15   basketball team coach, I -- when I saw foul language

16   and all of that -- and I had attended some of the games

17   and I saw the name down here of Brittni Harris, who I

18   met when she first came to the school, I did walk

19   around and I spoke to her and assisted during the lunch

20   period on occasion and I went -- I did talk to

21   Mr. Sabia because I wanted to make sure I knew what was

22   going -- what was -- the outcome of what was happening

23   here before I -- I wanted to make sure I look at some

24   of the things before I make a statement about this

25   because it didn't sound like the coach.  I had attended

Page 7

```
 1    some -- a lot of the games and the other reason was we

 2    were in the process of moving from construction during

 3    that time, which did detain me a little bit.

 4         Q.   You say you received the January 8th memo?

 5         A.   January 9th.

 6         Q.   On or about January 9th?

 7         A.   No.  It is dated the 9th.

 8         Q.   Okay.  You actually --

 9         A.   I'm not sure what day I received it.

10         Q.   But it was several days after that?

11         A.   Maybe one or two.  I'm not sure exactly.  I

12    can't say.

13         Q.   And how many days after that did you speak to

14    Brittni and her sister?

15         A.   Maybe the next week just on passing.

16         Q.   What did you say to them?

17         A.   I received the letter.

18         Q.   Anything else?

19         A.   And I can't recall exact words, but I told

20    them that I was going to look into this.  I told them I

21    hadn't forgot it, forgotten that I had received it.

22         Q.   The January 9, 2002 letter only deals with

23    Brittni's basketball situation --

24         A.   That's correct.

25         Q.   -- and Coach Sabia; is that correct?
```

1      A.    That's correct.

2      Q.    Now, when did anyone on behalf of The School

3  Board or Boca Raton Community High School get in touch

4  with Joe Sabia?

5          MS. BOSSO-PARDO:  Objection.  Speculation.

6          You can answer.

7          THE WITNESS:  I don't know the exact date

8      that I went and talked to Mr. Sabia.

9  BY MR. SOLMS:

10     Q.    You can approximate, if you wish.  Just don't

11  guess.

12     A.    I don't want to guess.  I would just say that

13  I did speak to Mr. Sabia briefly.

14     Q.    Do you recall when?

15     A.    No, I don't.  I did speak to him during the

16  basketball season.

17     Q.    When was the basketball season over?

18     A.    Around February 9th, somewhere in there.

19     Q.    What was your first statement to Joe Sabia

20  about this?

21     A.    I mentioned that I had a complaint and I

22  needed to talk with him about had he been using any

23  profanity and he stated no and that was about it at

24  that time.

25     Q.    Did there come a time when you had a meeting

1    with Joe Sabia and the parents --

2         A.   Yes.

3         Q.   -- of Brittni?

4         A.   Yes.

5         Q.   When was that?

6         A.   That was after it went -- after the second

7    letter that you have here.

8         Q.   Okay.

9         A.   The letter went apparently to the school -- I

10   guess to the superintendent and it came back down.

11   About a week before I had that meeting I did meet with

12   the area superintendent.

13        Q.   The second letter was dated February -- I

14   have it marked as Exhibit 3 in there.  It's attached to

15   Exhibit 2.

16        A.   It was dated February 11th.

17        Q.   Okay.  So prior to the February 11th letter,

18   is it your testimony that you had spoken to Joe Sabia

19   already?

20        A.   Just briefly, not in detail.  I was trying to

21   pull information from him because I -- it seemed

22   strange that he had -- some profanity was used there.

23   He said he did not use any profanity and I was trying

24   to do a small investigation before I made a comment,

25   called the parents.

1      Q.   Were you familiar with the school procedures

2   in 2001 and 2002 as to how a student or parent is

3   supposed to file a grievance or a complaint when it has

4   to do with a teacher or a coach?

5      A.   In what way are you referring to?

6      Q.   Are you familiar with what they say?

7      A.   The parents?

8      Q.   This parent and this student to file a

9   grievance or complaint about a coach, what was the

10  written procedure for the 2001 --

11     A.   Normally, what I would have done and I --

12     Q.   What does the rule say?

13     A.   I can't recall the rule right offhand, but

14  basically I would give you a -- I guess a pretty --

15     Q.   Give me your recollection of what the rule

16  is, if you could.

17     A.   Normally, if you receive a complaint or call,

18  you try to answer that call to that parent within 24 to

19  48 hours, 72 hours, okay?  I did meet with the parents

20  and I did apologize to the parents before I saw all of

21  these letters that -- this second letter and all the --

22     Q.   When did you first meet with any parent

23  concerning the January 9, 2002 letter?

24     A.   I believe it was sometime in February.  I

25  believe.  I'm not sure of the exact date.  Could be

1   February or March.  I'm not sure.

2        Q.   It's not unreasonable for it to have happened

3   in March, then?

4        A.   It could have happened in March.

5        Q.   Is that the first time you would have

6   responded to the January 9th letter?

7        A.   May I rephrase?  During the games, when I

8   attended the games I spoke to Mrs. Bannon consistently

9   and I didn't know how much this was affecting her,

10  because every time I went to the game, I went to the

11  game to observe, to see if I could witness any

12  profanity of any sort.  And that was another step that

13  I was taking on the observation, rather than just going

14  in, and because I could receive a letter and because I

15  receive a letter, I need to have both sides, I need to

16  move rapidly, but I did not move as rapidly on this

17  particular issue.

18       Q.   When did Coach Sabia first see a copy of the

19  January 9, 2002 memo that you received?

20       A.   It had to be, I would say, either February or

21  March, I believe.  I'm not sure exactly.  It was

22  definitely February or March.

23       Q.   Okay.  Was that the time when you met with

24  the parents as well?

25       A.   Well, I met with Mr. Sabia before I met with

1    the parents --

2        Q.    Now --

3        A.    -- and then I met with him again after.

4        Q.    Now, if you look closely at the January 9th

5    memo, there are items in there in addition to the

6    language problem, aren't there?

7        A.    Which one?

8        Q.    I'm referring to criticisms of what he did as

9    a coach --

10       A.    As a coach, right.

11       Q.    -- things like that.

12       A.    Right.  Uh huh.  Yes, I saw that.

13       Q.    When did you first present Joe Sabia with

14   those items?

15       A.    Well, I asked one of the assistant principals

16   who met with -- would see Brittni pretty much every day

17   at lunch because they were in an area where he covered

18   and I asked him to check and see if there was something

19   in basketball that I was missing that he might have

20   done as relates to coaching.

21       Q.    But you didn't give him a copy of the memo?

22       A.    No.  I don't recall that.

23       Q.    Now let me go back to what you recall the

24   rules of the school were at that time that were handed

25   out to students and the parents.  Do you recall if that

1    rule says that if you have a complaint with a coach or

2    a teacher, does it say to go to the coach or that

3    teacher or does it say to go to the principal?

4         A.   Well, normally what happens, if you have a

5    complaint, you have a concern with the coach, you

6    either go to the coach, speak with the coach, move --

7         Q.   I'm not asking you what normally happens.

8    I'm asking what do the rules of the school say or what

9    did they say at that time?  Because if a parent reads

10   the rule and it says you're to go to the principal or

11   to the administration with your complaint first, then

12   they might not have gone to the coach or the teacher

13   first.  Do you understand?  Do you remember what the

14   rule said?

15        A.   Not right offhand.

16        Q.   Okay.  Did you have any idea at any time

17   before you met with the parents and Coach Sabia that

18   Coach Sabia had no idea what their specific complaints

19   were?

20        A.   No.  When I spoke with Mr. Sabia he said he

21   didn't have any knowledge of what was going on.  He

22   said that -- only thing he said about Brittni was that

23   she had sprained her ankle and she didn't show up for

24   one of the games or something.  Practice or a game, I

25   can't recall which one.

1        Q.   Did you have Coach Sabia send a letter to the

2   parents or did you request that he send a letter to the

3   parents apologizing for what happened?

4        A.   Mr. Sabia, after he met with the parents, I

5   did have him send a letter to the parents, yes, I did.

6        Q.   Who is Mr. Hoffmeyer?

7        A.   Mr. Hoffmeyer is an assistant principal.

8        Q.   And what is his responsibility at Boca?

9        A.   He's assistant principal, he works with

10  Student Services.

11       Q.   How was he involved with Coach Sabia?

12       A.   I called him in to discuss the manner in

13  which on a basketball court -- because he played more

14  basketball than I played, Mr. Hoffmeyer did, and he's

15  an AP, assistant principal, and he was really good

16  with -- he had a good relationship with the Harris

17  girl -- girls, so I wanted him to come in and look at

18  what was taking place so I would have him review this

19  and talk about some of the things in basketball as well

20  as making sure that we had a letter out to Mr. and

21  Mrs. Bannon.

22       Q.   So Mr. Hoffmeyer became involved at about the

23  time that you met with the parents and Coach Sabia?

24       A.   Correct, uh huh.

25       Q.   But from January 8th or 9th until the end of

1   the basketball season, you didn't sit down with Coach

2   Sabia and discuss every detail in that January 9th

3   memo?

4        A.   Not every detail with him.

5        Q.   You just recall the language?

6        A.   I recall the language, I recall the playing

7   and why, what was happening with the high post/low post

8   situation, because she was a tall young lady and she

9   would be able to rebound.  Because one of the games I

10  looked at, she would -- you know, she was getting

11  blocked out and I didn't know if that was something

12  else that maybe he could have done at that time.

13       Q.   Okay.  What do you mean high post/low post?

14       A.   She lays up the basketball goal, she's low

15  post and high post is up around the free throw line.

16       Q.   You thought she was getting blocked out?

17       A.   Yeah.  We've talked about, discussed the

18  blocking out.  Not blocking out.  Position, fighting

19  for position for a rebound.

20       Q.   And what game was this, do you remember?

21       A.   I saw her play early in the season at the

22  Atlantic game.  I can't remember what games.  But I

23  attended several games where she played.  I'm not sure

24  exactly which one of the games.  I do recall when they

25  played at Atlantic High that was early in the season.

1    Q.    That was the third game?

2    A.    Third game, I was at that game.

3    Q.    Okay.

4    A.    I was sitting down by the door at that time,

5  down by the goal, almost, on the sidelines.

6    Q.    Do you remember how much time Brittni played

7  in that game?

8    A.    I thought she played a pretty good time.  I

9  know at the end she was playing pretty good times.  I

10  didn't count the minutes.

11    Q.    Do you remember how long she played that

12  term?

13    A.    No.  That's hard to determine.

14    Q.    I would think so.

15          Do you know anything about the circumstances

16  of her injury and --

17    A.    I didn't know anything about that until later

18  on.

19    Q.    What do you know about that now?

20    A.    I found out after the fact that her mom, when

21  we had a meeting, said she had sprained the ankle but

22  the coach had never called.

23    Q.    Never called who?

24    A.    Called Brittni to see how she was doing.

25    Q.    The coach didn't call Brittni?

1      A.   The coach didn't call.  I was concerned about

2   that and I did --

3      Q.   What was your concern in that area?

4      A.   I'm concerned for any player's injury.  I

5   think the coach should call.  I told Mr. Sabia that.

6      Q.   Did he admit he didn't call?

7      A.   He said he didn't know she was hurt.

8      Q.   He said he did not know she was hurt?

9      A.   I would not say he did not know, but I know

10  there was some question about her hurt ankle and then

11  he said he remembered that she did.  I don't know if

12  she twisted her ankle or what, but some injury.

13     Q.   Were you at the game where she was injured?

14     A.   I can't recall that game.

15     Q.   Did you assist in helping Brittni to transfer

16  to another high school?

17     A.   Well, at that particular time?

18     Q.   Later on.

19     A.   Later on when I received a call that she was

20  interested in going to another school over the summer,

21  I said that would be fine.

22     Q.   And did she, in fact, transfer to that other

23  school?

24     A.   She transferred to that school, yes.

25     Q.   Do you know what school we're talking about?

1      A.    Spanish River.

2      Q.    Spanish River.  Okay.

3            Did you get any inquiries from Spanish River

4   as to why Brittni was transferring?

5      A.    No, I did not.

6      Q.    Did you or either Mr. Hoffmeyer request Joe

7   Sabia to apologize for anything?

8      A.    In the letter I asked him to use the word,

9   you know, "it's a possibility."  We can't prove that

10  you said anything, but when you say the word, "if I did

11  anything," it sounds like, you know, you didn't, you

12  may or may not have said it, but to help this

13  situation, because if something might have been said

14  under your breath or whatever, let's make sure we try

15  to satisfy these parents and, you know, let them know

16  that we apologize.

17     Q.    Let me show you a letter that I had marked as

18  Plaintiff's Exhibit 4 today.

19     A.    Okay.

20     Q.    And does that language have any apology in

21  there for using foul language?

22            MS. BOSSO-PARDO:  I'm going to object to the

23        form of the question because I think the letter

24        speaks for itself.

25

1    BY MR. SOLMS:

2        Q.   You can answer the question if you understand

3    it.

4        A.   Okay.  It addressed in this letter something

5    about foul language, I believe, on the third paragraph.

6        Q.   You want to read that paragraph into the

7    record for me, please?

8        A.   Okay.  "I will work hard to change any

9    negatives into positives for myself and the members of

10   the basketball team.  Foul language from coaches and

11   players will be a goal for positive changes."

12       Q.   Is that an apology for using foul language,

13   sir?

14           MS. BOSSO-PARDO:  Object to the form of the

15       question.  The letter speaks for itself.

16   BY MR. SOLMS:

17       Q.   You can answer if you understand my

18   language -- my question.

19       A.   I think, based on the paragraph before, where

20   it says, "Concerning the past season, I personally

21   apologize for any hurt I have placed on Brittni and

22   your family," which could -- I can interpret that as

23   being foul language, not calling her, whatever.

24       Q.   Does he admit in that letter in any place

25   that he used any foul language at this time?

1          MS. BOSSO-PARDO:  Object to the form.  The

2     letter speaks for itself.

3          THE WITNESS:  I can't answer that.

4  BY MR. SOLMS:

5     Q.   Okay.  You can't answer that?

6          MS. BOSSO-PARDO:  Asked and answered.  Object

7     to the form.  Asked and answered.

8          MR. SOLMS:  Did you get that, "I can't answer

9     that," Miss Court Reporter?

10         THE COURT REPORTER:  Yes.

11  BY MR. SOLMS:

12     Q.   Did you request Joe Sabia to make an apology

13  to the parents for using foul language?

14     A.   I -- I -- yes, I did ask him to make an

15  apology to the family.

16     Q.   For what?

17     A.   If he had said anything with foul language,

18  if he had done anything that would hurt that family in

19  any way, I --

20     Q.   This letter satisfied your directions to him?

21     A.   Yes, it did.

22     Q.   Okay.  Did he draft the letter and have you

23  read it before he signed it?

24     A.   He had a letter first.  Mr. Hoffmeyer, I

25  believe, we wanted to make sure that apology was in

1  that letter.  Because I didn't want -- I can't recall

2  what the letter stated at this time, but I wanted to

3  make sure that he had made an apology to that family

4  and the daughter.

5      Q.   Did Joe Sabia tell you at any time that he

6  had used foul language, whether it was on purpose or by

7  accident?

8      A.   He said:  No.  And I said:  As a coach, have

9  you ever said something under your breath?  I said:

10  Now we all have been a coach.  If you possibly have

11  said something out of the way, you need to -- you need

12  to say it, if you mumble something, I need to know and

13  state it.  I couldn't get a straight answer there.  I

14  went to the assistant coach that was there, who --

15      Q.   What is the assistant coach's name?

16      A.   Miss Blackmore.

17      Q.   What did Mr. Blackmore say?

18      A.   Miss Blackmore said:  He hardly ever say a

19  word.  He needs to say more, as a coach, but she didn't

20  say anything about profanity.  The only profanity that

21  I was directed to was that there was some females on

22  the team that had made some profanity, used profanity

23  also and I think, I believe, if my memory is correct

24  here, that some of the girls used more profanity than

25  she's ever heard.  That's why this part about this is

1    in this letter that relates to the girls as well as any

2    coaches making any -- using any profanity.

3        Q.   Did Miss Blackmore use profanity at any time?

4        A.   I asked her.  She said she had never used

5    profanity.

6        Q.   She denied using profanity too?

7        A.   She denied it.

8        Q.   What did they do to discipline the girls on

9    the team that used profanity?  Did you investigate

10   that?

11       A.   The season was pretty much over at that time.

12       Q.   But had they done anything during the season

13   to discipline the girls that used -- that they say used

14   profanity?

15       A.   I'm not sure of that.

16       Q.   Would you say as a general principle if

17   there's a complaint against the coach by a parent or

18   somebody on the team that the coach should be made

19   aware of it as soon as it happens?

20       A.   I think as soon as possible.

21       Q.   What did you do when you received that

22   memorandum to make sure that Coach Sabia knew exactly

23   what the complaints were?

24       A.   Well, first of all, as when I received the

25   complaint, I wanted to make sure I had -- and I had

1  never seen or heard Mr. Sabia say too much.  He's

2  pretty quiet.  I wanted to make sure, before I go and

3  accuse or show him this letter.  Because a lot of times

4  when you do an investigation, you going to show the

5  person the letter.  I wouldn't show the letter.  You

6  don't always show the person the exact letter when it

7  comes to you.  I think it needs to be a time where you

8  can look at what the circumstances are, ask questions,

9  you know, and if I had known it would have been, you

10  know, that serious -- but I did not -- as I said, I

11  admit that I did not do it as rapidly as I should

12  have -- I probably would have done it quicker, okay?

13  And I probably would have called him in.  However,

14  handling the investigation, it may not have been that I

15  would have shown him the letter, because that's not

16  always -- if you receive something, it is not always,

17  in my practice, that I just turn around and put it in

18  someone's face without trying to get some other

19  evidence.

20      Q.   Was there any evidence from the tone of the

21  letter that maybe things could be worked out?

22      A.   Well --

23      Q.   I'm talking about the January 9th letter.

24      A.    The January 9th letter, seeing the -- Brittni

25  and her sister on the campus every day in passing,

Page 24

1   speaking, it never seemed as big as it ended up being

2   and seeing the parents at the game when I attended the

3   game.  Yes, it was important that I should have done

4   it, but I didn't act as rapidly and I admit that I

5   didn't act rapidly.

6       Q.   If --

7       A.   I mean because profanity is not the best

8   thing to have on a site and around kids, but it's also

9   a fact that it is common that you hear it on

10  television, you hear it around a lot and --

11      Q.   Do you hear the word "f-u-c-k" on television

12  and on radio all the time?

13      A.   Not all the time, but I have heard the beep

14  on the television, but I hear it on records and I hear

15  it in passing.

16      Q.   Is that a word that girls on the basketball

17  team at Boca Raton High School should hear from a

18  coach, whether it's in a game or at any time?

19      A.   I don't think she hear it at all.

20      Q.   Okay.  How about the word, "bitch" and "shit"

21  and --

22      A.   Profanity should not be used.  Profanity

23  should not be used, period.

24      Q.   "Son of a bitch" and "ass," those aren't

25  words that should be used by a coach in coaching a

Page 25

1   girls' basketball team at Boca Raton High School,

2   should they?

3        A.    Profanity should not be used at all in any

4   circumstances.

5        Q.    All right.  When a girl on the team says that

6   she heard the coach use these words and the coach comes

7   in and says that he doesn't remember using these words,

8   and refuses to admit and then apologize for using the

9   words, is that consistent with your directions to the

10  coach?

11            MS. BOSSO-PARDO:  I'm going to object to the

12        form.  That's an improper hypothetical and it

13        assumes facts that are not in evidence and it is

14        requiring this witness to speculate.

15  BY MR. SOLMS:

16       Q.    You can answer if you understand the

17  question.

18       A.    Repeat the question again.

19            MR. SOLMS:  Read the question back.

20                     - - -

21            (Thereupon, a portion of the record was read

22  by the reporter.)

23            THE WITNESS:  That's a twisted question.

24       Sort of like -- I can't -- I don't know if I can

25       answer it the way you want it answered.

1   BY MR. SOLMS:

2        Q.   Let me try to make it more clear, then.

3             You have a girl who plays on the high school

4   team who, through her parents, is saying that the coach

5   has used foul language.  The coach comes in and says I

6   don't remember using them and refuses to directly

7   apologize for using foul language.  If there's no

8   admission that he used the words and no direct apology

9   for using the words, aren't you telling that student

10  that, number one, she's a liar?

11       A.   No.

12            MS. BOSSO-PARDO:  Let me object first,

13       please.

14            I have the same objection as the last one, it

15       assumes facts not in evidence, there's no

16       predicate, speculative.

17            But you can answer.

18            THE WITNESS:  I'm going to answer it this

19       way:  Once I tell a coach that he or she should

20       not be using profanity and they can't admit it or

21       don't admit it, and that's -- as leader of the

22       school, that's where I should -- that's what I

23       should do.  I think that's the best way I can

24       answer it.

25            MR. SOLMS:  I didn't understand it.  Could

1            you read his answer back for me just to make sure

2            that -- maybe you understood it.

3                  - - -

4            (Thereupon, a portion of the record was read

5  by the reporter.)

6  BY MR. SOLMS:

7      Q.   In other words, you carry out an

8  investigation to find out what the coach is going to

9  say and what the parents and the student are going to

10  say and that's where -- that's your responsibility and

11  that's it?

12          MS. BOSSO-PARDO:  Object to the form.  It

13         mischaracterizes.

14  BY MR. SOLMS:

15      Q.   You may answer if you understand the

16  question.

17      A.   I don't quite --

18      Q.   You got the coach's version that he doesn't

19  remember saying it, he's not going to admit saying

20  anything.

21      A.   Right.

22      Q.   You got the student saying that he did say it

23  and her parents saying --

24      A.   That he said it.

25      Q.   -- that he said it.  And what is your

1      responsibility in that situation?

2          A.    Um, my responsibility is to meet with the

3      parents and the coach and if we can meet together to

4      try to come to the table together to try to communicate

5      because one is saying one thing and one is saying

6      another and at that point I would like to make sure

7      that if something was said it should not be stated

8      again.

9              Once I finish this I'll just tell them not to

10     come in.

11         Q.    Sure.

12         A.    In other words, if we could come to some kind

13     of conclusion in the conference, that would be the most

14     helpful thing we could do.

15         Q.    Were you able to come to a conclusion where

16     everybody was satisfied with the outcome?

17         A.    We were -- I won't say we were satisfied.   I

18     think -- Mr. and Mrs. Bannon, they were upset at the

19     end of the conference.

20         Q.    Okay.

21         A.    And since they were upset, and these were

22     very nice parents and very nice students, and they

23     brought up some things in the conference that I felt

24     that, you know, I need to go back and talk with the

25     coach because you try to come to a situation in a

1    parent conference where it's a win win situation and

2    that did not happen when we met, I believe, on the 8th.

3         Q.    Let me change the subject a little bit.  Do

4    you have what is called a "co-ed sex team" at this high

5    school?

6         A.    Co-ed sex team?  I don't recall that.  I'm

7    not sure what you're saying.

8         Q.    Okay.

9         A.    Co-ed together, with a sport, co-ed, where

10   you have co-ed --

11        Q.    I'm reading from an article.  It says, "Boca

12   High School now has a co-ed sex team.  The Palm Beach

13   County School Board decided to adopt the sport for all

14   schools in the district after its explosion of

15   popularity in West Virginia.  A senior at a high school

16   in West Virginia said everyone thinks that it is an

17   easy sport."  The article goes on to say, "But she says

18   it's not, it's really hard on all of us and sometimes

19   we get punished if we don't go all out."  The next

20   paragraph says, "As of now, as teachers have

21   volunteered to" -- I can't read that word, it's a

22   fax -- "to coach this sex team" --

23             MS. BOSSO-PARDO:  I'll object.

24             MR. SOLMS:  Objection noted.

25

1    BY MR. SOLMS:

2        Q.   -- "but hopes are high for the upcoming

3    season beginning in September."  A student's name --

4    "11 has already been announced as captain."  And then

5    it goes on.  "The game is really quite simple.  It

6    consists of four king-sized beds put together next to

7    each other.  The only time that a player can leave the

8    field is if that player is preparing for a certain

9    position."  Then the article goes on to explain some

10   very explicit sexual positions.

11           And I'll have this marked as exhibit whatever

12   is in order, Exhibit 1.

13           MS. BOSSO-PARDO:  To the extent that that's a

14       question, I'm objecting to it because there's no

15       predicate, facts not in evidence, no authenticity,

16       blah, blah, blah, blah.

17           MR. SOLMS:  I'll stipulate to all of your

18       objections.

19           MS. BOSSO-PARDO:  I'd like to see it too.

20           MR. SOLMS:  But I wanted to ask him about

21       this information.

22           (Plaintiffs' Exhibit No. 1 was marked for

23   identification.)

24   BY MR. SOLMS:

25       Q.   So, as far as you can tell, there is nothing,

1   to your knowledge, going on at The Palm Beach School

2   Board or at Boca Raton High School that has anything

3   remotely to do with what's in that article?

4       A.   Does not have anything to do with this.

5       Q.   All right.  Let's shift gears now to the

6   Sharah Harris situation.  What is your recollection of

7   the construction mural project?  How did that get

8   started?  Were you involved with it?  Tell me generally

9   what you recall.

10      A.   The Student Council sponsor name is Kathy

11  Roberts, came and wanted to do something with the walls

12  because they were painted just a flat white.  We had

13  gotten into the construction area.  And the first time

14  she came I stated we got to be careful what we do on

15  the walls, because of vulgarity and you can't offend

16  people by putting things on the wall.  And she wrote it

17  up.

18      Q.   She wrote what up?

19      A.   She wrote up an Activities Form to get this

20  done.

21      Q.   Do you have a copy of that Activities Form?

22      A.   No, I don't have it.

23      Q.   Where is it today?

24      A.   I -- I'm not sure where that is right now.

25      Q.   Okay.

1      A.   And she came back again once it was approved.

2      Q.   You approved it?

3      A.   Well, the assistant principal, Miss Roberts.

4      Q.   Kathy --

5      A.   Kathy Roberts is the Student Council sponsor

6    and we had a Sandra Roberts who was an assistant

7    principal who handled that form of an activity.  Then

8    it comes to me at the end, usually.  Usually we get it

9    approved and we proceed based on the date that they

10   will have --

11     Q.   Now, did Sandra Roberts approve it first?

12     A.   Yes, she approved it first.

13     Q.   Then she brought it to you?

14     A.   It comes to me.

15     Q.   And then you approved it?

16     A.   I approved that they would be able to paint

17   the walls.

18     Q.   Okay.  What date did you approve the project?

19     A.   It was sometime before the 8th or 9th of

20   February, I believe.

21     Q.   Of 2002?

22     A.   2002, that's correct.

23     Q.   All right.  And, to your recollection, what

24   was the scope of the approved project?

25     A.   That they would use artwork, they would not

1    use anything that would be offensive.

2         Q.    Offensive to what?

3         A.    Offensive to anyone else that might be on the

4    school grounds.

5         Q.    To anyone else on the school grounds.  Now,

6    that was actually written into the project policy?

7         A.    Verbally stated to Miss Roberts.

8         Q.    Okay.  Now, was that written into the school

9    project that was approved, the form, the Activities

10   Form, that there would be artwork?

11        A.    They could have artwork --

12        Q.    With nothing offensive?

13        A.    It wouldn't have something that would be

14   offensive, like gang-related information.

15        Q.    I'm trying to get to the exact language

16   that's on the Activities Form that was approved by you

17   and the assistant principal.

18        A.    Uh huh.

19        Q.    The artwork was approved to be placed in a

20   certain location, correct?

21        A.    Kids were going to be --

22        Q.    Where was it going to be placed?

23        A.    I was told by Miss Kathy Roberts that they

24   wanted to spend $5 for a panel and the kids wanted to

25   paint something on the walls so it wouldn't look dull,

Page 34

1    have a dull wall.

2        Q.   What are the panels that you're referring to?

3        A.   Those are the panels that partitioned the --

4    to block off the -- the construction area from the

5    regular area of the school.

6        Q.   Okay.  Why is there construction at the

7    school?

8        A.   We're building a new school.

9        Q.   And how -- what were the size of these

10   panels?

11       A.   They were nice size panels, about half the

12   size of the room.

13       Q.   What were the dimensions?  Can you tell us in

14   feet?

15       A.   I can't tell you in feet, but it's about half

16   the size of this room.

17       Q.   If I were to tell you that the standard size

18   of a plywood sheet would be 4 feet X 8 feet --

19       A.   If that's the size, that would be fine.

20       Q.   Well, the size of a standard plywood sheet,

21   then; is that correct?

22       A.   You said that.

23       Q.   You have to say yes or no for the record.

24       A.   What I'm saying for the record is I don't

25   know the exact size.  I do know that they are panels

Page 35

1    and, in my estimation, they would be about half the

2    size or quarter size of this room.

3        Q.   Now, the people reading this deposition don't

4    know the size of the room.

5        A.   Okay.

6        Q.   So the panels -- how tall are you?

7        A.   I'm about 5'9 1/2".

8        Q.   5'9 1/2".  So if you're standing up, are the

9    panels taller than you?

10       A.   Yes, they are.

11       Q.   About how much taller than you?  You can

12   approximate.

13       A.   Probably -- maybe about six, six feet tall,

14   maybe.  Just a few inches taller than me.

15       Q.   A few inches higher than you are tall?

16       A.   Standing.

17       Q.   How wide?

18       A.   Maybe about four or five feet.

19       Q.   Okay.  So each panel is made up of, what, a

20   sheet of plywood?

21       A.   A sheet of plywood.

22       Q.   How thick is the plywood, do you know?

23       A.   No, I don't know.

24       Q.   I took a few photographs the other day and --

25            MR. SOLMS:  I tell you what.  I have eight

1          photographs.  Put eight stickers on them, if you

2          would, lower right-hand corner.

3               (Plaintiffs' Exhibit Nos. 2-11 were marked

4     for identification.)

5     BY MR. SOLMS:

6          Q.   I'm showing you what I have marked as

7     Exhibit 2.  Does that show the back of the plywood?

8          A.   That's correct.

9          Q.   That holds up the panels that we're talking

10    about?

11         A.   Yes.

12         Q.   Okay.  And to the right you see construction

13    and to the left is where the students would go?

14         A.   Yes.

15         Q.   I see.  And the reason for the panel is to,

16    what, to not distract the students or to be used as a

17    barrier?

18         A.   It's a barrier that workers -- during the

19    construction of a school setting, that the workers will

20    stay on the working side of the barrier and the

21    students and everyone else that's on the side the

22    school's on stay on the school side.

23         Q.   How long are those barriers supposed to be

24    up?

25         A.   Well, these barriers were supposed to be up

Page 37

```
1    probably until they finish a phase of this.
2         Q.   When you say, "a phase," what phase?
3         A.   We have about three phases of this project.
4         Q.   Okay.
5         A.   This is the first phase of the project.
6         Q.   Okay.  In the photograph --
7         A.   The one we have now, right.
8         Q.   Are you still in the first phase right now?
9         A.   We're still in the first phase.
10        Q.   All right.  What is supposed to be completed
11   during the first phase of construction?
12        A.   We're scheduled to build the ground up from
13   about three to four feet, build an auditorium,
14   cafetorium, a three-story building, a two-story
15   building, a gymnasium and parking lot, parking lot
16   area.
17        Q.   What is Phase II?
18        A.   The only area that's completed that we are
19   utilizing at this time is the parking lot area.
20        Q.   Okay.
21        A.   A portion of the parking lot area.
22        Q.   All right.  And when is Phase I expected to
23   be completed?
24        A.   It could be anywhere between the latter part
25   of December to March.
```

Page 38

1      Q.   Okay.  That's December 2002?

2      A.   December 2002 to perhaps March of 2003.

3      Q.   Okay.  When that phase is completed, these --

4  this barrier will come down, will be taken away?

5      A.   Well, I don't know how the construction --

6  but they will be moving these panels around somewhere,

7  or putting up new ones, whatever.

8      Q.   So the panels are intended to be temporary?

9      A.   Temporary.

10      MS. BOSSO-PARDO:  Object to the form.

11  BY MR. SOLMS:

12      Q.   Now, when we say, "temporary," is that to be

13  in place for six months or less or between six months

14  to a year?

15      A.   As long --

16      MS. BOSSO-PARDO:  Wait.  Let me object.

17      Object to the form.  Because that's -- he's

18      already told you he didn't know about that.

19  BY MR. SOLMS:

20      Q.   Are these panels to be in place -- these

21  panels are not permanent panels, are they?

22      MS. BOSSO-PARDO:  Object to the form.

23      Predicate.

24  BY MR. SOLMS:

25      Q.   You may answer if you know.

Page 39

```
 1            MS. BOSSO-PARDO:  You can answer if you know.

 2            THE WITNESS:  Are these panels to be what

 3       now?

 4  BY MR. SOLMS:

 5       Q.   Are these panels intended to be permanent

 6  construction objects at the school?

 7            MS. BOSSO-PARDO:  Same objection.

 8            THE WITNESS:  I don't know.  I know they will

 9       come down at some time.

10  BY MR. SOLMS:

11       Q.   You just don't know when they are going to

12  come down; is that correct?

13       A.   Right.   That's correct.

14       Q.   So when we say that they are not permanent,

15  they are going to be up as long as they are needed for

16  the construction purposes, whatever that is?

17       A.   As we change phases of the construction, it's

18  the responsibility of the contractors to have a

19  separation with panels around the school.  Where they

20  will be, I'm not sure.

21       Q.   The purpose for the separation or the

22  function of the separation is what?

23       A.   Is the same as what I said earlier.

24       Q.   Distraction of the students?

25       A.   No.  To have the students on -- students and
```

Page 40

1    staff members on one side of the panels where school

2    will be in place and the back side of the panels or

3    other side of the panels will be for the construction

4    workers to work.

5         Q.   Okay.  And the whole idea of this project,

6    which you approved on the Activities Form dated

7    sometime in February of 2002, was to put artwork on one

8    side of these panels?

9         A.   One side of them, yes.

10        Q.   Who was supposed to do the artwork?

11        A.   The students or staff members if they

12   purchased the panel for $5.

13        Q.   So the students who purchased a panel at $5 a

14   piece and staff members?

15        A.   If they would like to, yes.

16        Q.   Did any staff members purchase panels?

17        A.   Yes.

18        Q.   Okay.  What were the students told --

19             Or strike that.

20             What had you approved that the students were

21   to be told about what artwork was going to be placed on

22   these panels?

23        A.   I did not give them that direction.

24        Q.   Who made the decision as to what directions

25   or instructions the students were to get?

1    A.   I gave the basic general directions, the

2  things that would be offensive, and as long as we're

3  not discriminating against someone, Miss Roberts, Miss

4  Kathy Roberts -- to make it very clear, because we had

5  two Roberts -- Miss Kathy Roberts was with the kids

6  when they did the project.

7    Q.   Okay.  So you gave some general directions to

8  your staff?

9    A.   To Miss Roberts.

10    Q.   To Kathy Roberts?

11    A.   That's correct.

12    Q.   And then Kathy Roberts gave detailed

13  instructions to the students?

14         MS. BOSSO-PARDO:  Object to the form.

15         THE WITNESS:  I don't know.

16  BY MR. SOLMS:

17    Q.   Kathy Roberts was supposed to give directions

18  to the students?

19    A.   That's correct.

20    Q.   Do you know exactly what instructions Kathy

21  Roberts gave the students?

22    A.   No, I do not.

23    Q.   Now, this portion of your instruction that

24  the artwork was not to be offensive to any person nor

25  to discriminate against any person, was that in

Page 42

1    writing?

2        A.    I don't recall if it would be in writing.

3        Q.    Were all of your instructions on the

4    Activities Form that you approved?

5        A.    No, they were not.

6        Q.    If you had additional instructions, would

7    they have been in writing?

8        A.    No, I didn't have any.

9        Q.    So, as far as you know, the Activities Form

10   contained all the instructions that had been reduced to

11   writing?

12       A.    Repeat that.

13       Q.    The Activities Form that you approved

14   contained all of the instructions on the project that

15   you had approved in writing?

16       A.    I'm not saying that.

17       Q.    I know you're saying that there were some

18   instructions that were not in writing; is that correct?

19       A.    Instructions that were given is to ask could

20   they paint the panels --

21       Q.    Right.

22       A.    -- and to the sponsor, I stated to the

23   sponsor that we need to make sure the kids don't put

24   any profanity, use profanity, things that are going to

25   be offensive.

1    Q.   Gang related?

2    A.   Gang related, yes.

3    Q.   Those instructions were oral?

4    A.   Those were oral, but the main things was

5 something that would be offensive to someone where we

6 have a problem with it, if they paint something in a

7 sexual notation, just in general things of that nature,

8 as long as it wasn't offensive to someone.

9    Q.   Okay.  And after the project was approved and

10 Kathy Roberts was to take it over, where -- which

11 students were presented with this proposal?

12    A.   I don't know how many students she had.  She

13 collected the funds, turned the funds in, and she

14 handled that through Student Council.

15    Q.   Student Council.  Was it announced at a

16 Student Council meeting?

17    A.   I'm not sure where it was announced at.

18    Q.   Were there any minutes or any written summary

19 of what happened at the meeting where --

20    A.   I'm not sure.

21    Q.   -- where the project was announced to the

22 Student Council?

23    A.   I'm not sure.  I don't know.

24    Q.   And then what day of the week did the project

25 actually take place where students came and painted?

1       A.    It was on a Saturday.

2       Q.    Okay.  This was purely voluntary?

3       A.    It was voluntary.

4       Q.    To the best of your knowledge, prior to any

5  painting taking place, what was the instruction that

6  the students that actually went out and painted the

7  murals received?

8       A.    I'm not sure of that.

9       Q.    Were you at the Student Council meeting on

10 Saturday?

11      A.    No, I was not.

12      Q.    Other than Kathy Roberts was anybody on part

13 of the school staff or school administration present?

14      A.    School administration, Kathy was the

15 administrator or the sponsor that was there.  I'm not

16 sure if she had any other adults there or not.  I don't

17 know.  I don't want to say that, who was here.

18      Q.    When was the first time you saw the results

19 of the painting?

20      A.    When I saw the results?  That Monday.

21      Q.    What day of the month was that?

22      A.    It was after the last basketball game at

23 Boynton High School playoffs Kathy told me that I

24 needed to see the panels that night at the girls'

25 basketball game because -- she said:  I'll let you look

Page 45

1    at them, because she didn't know exactly what to do.

2        Q.   What day of the week was the basketball game?

3        A.   Saturday night.

4        Q.   What did she tell you?

5        A.   Same Saturday night of the painting.

6        Q.   Other than telling you she didn't know what

7    to do, what did she tell you about the panels?

8        A.   She said that she had some things that some

9    people might look at and I need you to look at and I

10   need somebody else to look at it besides me.

11       Q.   Okay.  Did Kathy tell you some of the panels

12   offended her?

13       A.   No, she did not.  She didn't say anything in

14   particular.  She was just sort of vague.  It caught my

15   eyebrows at that time.

16       Q.   So you felt there was something she was

17   concerned about that she wanted you to look at?

18       A.   Right.  I didn't know if it was gang related,

19   I didn't know what kind of things she might have had

20   there.

21       Q.   All right.  So when did you first see the

22   panels?

23       A.   Sometime that Monday.

24       Q.   Monday morning?

25       A.   Sometime that Monday.

Page 46

1      Q.    What did you see?

2      A.    I saw one or two -- I saw some things -- I

3  had someone to help me look at one that might have

4  looked gang related.  I looked at some that had a

5  little slight vulgarity where someone had come in and

6  scratched something in on one.  I looked at some that

7  had some things that dealt with religion and I looked

8  at -- and I tried to view as many as I could at the

9  time and -- go ahead.  I just tried to look around to

10  see if there -- see if I could see anything that could

11  be offensive.

12      Q.    Did anyone from the school come to you and

13  tell you that anything on any of these panels was

14  offensive to them from a religious standpoint?

15      A.    Yes.

16      Q.    Who?

17      A.    I had -- some teachers were standing, gazing

18  at it and I had one teacher that came out of the front

19  of everyone talking loud about how it was offensive.

20      Q.    Who?

21      A.    Miss -- Miss Nancy Jo Feinberg.

22      Q.    Miss Nancy Joe Feinberg?

23      A.    That was the one that was speaking the

24  loudest at the time and the teachers were looking at

25  them and students and other people were looking at

Page 47

1    them.

2         Q.   So Nancy Jo Feinberg is a teacher?

3         A.   Yes.

4         Q.   What does she teach?

5         A.   She teaches social studies.

6         Q.   What grade?

7         A.   9th and 10th, some maybe 11th.

8         Q.   What is her religion?

9         A.   I don't know that.

10        Q.   Okay.  She objected to which panels?

11        A.   The ones with the cross, some of the Bible

12   verses, some of the things that were -- there was

13   something in there that a group of people put --

14   painted over, spray painted over them, said "Latino,"

15   that was in there and --

16        Q.   Was the word, "Latino" on one of the

17   religious panels?

18        A.   It was painted over about three or four

19   times, just at random, but that wasn't painted by -- it

20   didn't appear to be painted by the students that had --

21        Q.   The religious --

22        A.   The religious or whatever painting it was.

23        Q.   Or gang related?

24        A.   Or gang related or any profanity, but there

25   were a couple of profane words around, one or two.  And

Page 48

1  Bible verses.

2      Q.   There was one with a cross, there was some

3  Bible verses.  Anything else?

4      A.   I can't recall right now, but there was

5  several things that were offensive.

6      Q.   One of them had the word, "Jesus" on it?

7      A.   Yes.

8      Q.   Did one of them have the word, "God" on it?

9      A.   I think "God" probably was on it too.

10     Q.   All right.  And what were your instructions

11 with regard to the religious panels that had the cross,

12 Bible verses, Jesus or God on them?

13     A.   I said anything that was offensive, whether

14 it be gang related, whether it be religious related,

15 whether it be vulgarity, I asked Miss Roberts, I told

16 her that this was offending a lot of people at the

17 school and that we needed some of this painted over.

18     Q.   Give me --

19     A.   She said she would, she had some paint in her

20 room.  She didn't know which way to turn that day.  And

21 I had that other assistant principals to look at it and

22 teachers.  I had people coming around, the students, a

23 few students that were complaining, so I just told them

24 to paint over the ones that were -- that the cross and

25 the -- I won't say just specifically the cross, Jesus,

Page 49

1    whatever, but those things that were offensive that

2    they were pointing out at that particular time.

3        Q.   All right.  Other than Nancy Jo Feinberg, was

4    there anyone that made a complaint about any of the

5    religious panels?

6        A.   I had pros and cons calls coming in.

7        Q.   Other than Nancy Jo Feinberg was there anyone

8    else who objected to or said they were offended by the

9    religious panels?

10       A.   I had kids, some like it, some didn't like

11   it.  I had some other teachers that didn't make a

12   comment, but was waiting, I guess -- I don't know if

13   Nancy was the spokesman -- spokesperson -- I'm sorry --

14   for some people that were there, because there were a

15   lot of people standing around when she was talking loud

16   at the time.

17       Q.   Did you personally interview any students who

18   complained about the religious panels?

19       A.   Well, most of the kids that had found it

20   offensive said what they had to say and moved on.  Some

21   did not say very much.  But more -- more staff members,

22   I guess, that was with Nancy.

23       Q.   All right.  So, to the best of your

24   recollection today, you only recall that there were

25   staff members that complained about the religious

1   posters?

2       A.   And some students.

3       Q.   And some students?

4       A.   I can't recall what students because students

5   were in groups.

6       Q.   What exactly did those, "some students" say?

7       A.   Mostly:  Man, I don't know about some -- I

8   don't know about some of these paintings.  That's all

9   they would say.

10      Q.   I don't know about -- wait a second.  Let me

11  see if I got the words right.  I don't know about some

12  of these paintings.  Is that an accurate quote that the

13  students said?

14      A.   Something of that nature.

15      Q.   Okay.  Was there any specific language

16  saying, you know, I'm offended by these religious

17  panels or these religious panels offend my religion or

18  anything like that?

19      A.   From the students or from the staff?

20      Q.   From the students.

21      A.   I can't recall.

22      Q.   From any student?

23      A.   I can't recall.  At that point I can't recall

24  anyone saying anything of that.

25      Q.   Since that point, up until the present, has

1    any student come to you and said:  These panels -- that

2    is before they were blocked out and everything --

3    offended their religious beliefs or their sensibilities

4    or anything about what they thought?

5         A.   I can't recall that.

6         Q.   Do you recall any faculty members or staff

7    coming in and complaining to you, other than Nancy Jo

8    Feinberg?

9         A.   There were staff members that just wouldn't

10   come to me directly.  They came maybe to some assistant

11   principals, talked around.  I could hear them talk as I

12   walked down the corridors, from students as well as

13   teachers, but I didn't turn around to say -- to say,

14   you know, what this student is saying or what this

15   person -- you try to hear it.  When you're dealing with

16   a situation of this nature --

17        Q.   I'm asking right now did you hear any faculty

18   members or staff, other than Nancy Jo Feinberg,

19   complain that these panels that were religious offended

20   their personal religious beliefs or any of their

21   beliefs in any way?

22             MS. BOSSO-PARDO:  I think he was in the

23        middle of his answer when you interrupted him.

24             You want to finish your answer?

25

1   BY MR. SOLMS:

2        Q.   I'm just asking about staff and teachers.

3             MS. BOSSO-PARDO:   That's what he was

4        answering, I thought.

5             But go ahead.

6             THE WITNESS:   Where do you want me to start

7        at?

8             MS. BOSSO-PARDO:   Answer the question.

9   BY MR. SOLMS:

10       Q.   You're saying you're walking down the hall.

11       A.   As I walked down the halls I heard comments,

12  but I did not turn around and see and specify what

13  child or what student, what adult was saying things.

14  That was about the profanity, religious as well as --

15       Q.   Would it be fair to say, then, that you don't

16  know who complained about these panels, other than Miss

17  Feinberg?

18       A.   Miss Feinberg was the most vocal person.

19       Q.   But you don't know who any of the other

20  people were?

21            MS. BOSSO-PARDO:   I'm going to object.   I

22       think that was a mischaracterization of what he

23       said.

24            But go ahead and answer.

25            THE WITNESS:   I know Dr. Robbe was standing

1      there.

2    BY MR. SOLMS:

3         Q.    Who is Dr. Robbe?

4         A.    He's another teacher on the staff.

5         Q.    Okay.  What did Dr. Robbe say?

6         A.    He didn't say very much at the time.  He was

7    just shaking his head.

8         Q.    What did he say later, if anything?

9         A.    He said that you're going to have to see

10   things moving.  As it is at the school, he didn't say

11   anything more about the -- anything else, about the

12   panels.

13        Q.    I'm just asking about faculty or staff people

14   that complained to you about the content of the

15   religious murals, if anyone, other than Nancy Feinberg?

16        A.    There were some complaints about it.  I can't

17   say who it was.

18        Q.    Okay.

19        A.    There were a lot of complaints about that,

20   any vulgarity that was up as well as profanity, yes,

21   there were other staff members that were saying things,

22   but coming into my office to say that, the name of the

23   person, I can't say that.

24        Q.    Well, now, we know that profanity is against

25   one of the written school rules, right?

Page 54

1      A.   Yes.

2      Q.   So that -- those words were dealt with

3 immediately, correct?  Who was asked to paint those

4 off, by the way?

5      A.   If we saw any vulgarity in the school,

6 vandalism at the school of that nature, if we come in

7 in the morning, usually we find the custodian.  If they

8 have paint, we try to paint over it, or racial slurs,

9 stuff like that, we don't want --

10     Q.   Or gang related?

11     A.   Right.  We try to get that before.  See, now,

12 some of the things I might not be able to identify if

13 it's gang related, but there are kids, they would take

14 certain --

15     Q.   You would take somebody to help you to do

16 that?

17     A.   Right.  If I talk with some of the kids in

18 one area, some of them didn't like some of the things

19 that were up and they were putting some band name up of

20 some sort, which was sort of --

21     Q.   Some bands have names that are associated

22 with gangs?

23     A.   Yes.  Probably.  That's probably what it was.

24 I'm not sure.

25     Q.   I see.

Page 55

1      A.    But I had them to paint over that.

2      Q.    These were words that you had the custodian

3  paint over?

4      A.    Some of them on the far side by the

5  construction side.  On this one I'm looking at now,

6  this exhibit --

7      Q.    I'll show you some more in a minute.

8      A.    That one, further down --

9      Q.    So you had the custodian paint over all the

10  vulgar words, the gang related words you can identify?

11      A.    Some of them that he could see.

12      Q.    You have to say yes or no.  These are yes

13  or --

14      A.    No, I can't say that.

15      Q.    Did you have the custodian paint over the

16  vulgar words?

17      A.    If it was vulgar I said immediately I wanted

18  him to paint over that.

19      Q.    Is that a yes?  Did you have the custodian

20  paint over what you considered vulgar words?

21      A.    The custodian painted over several things.  I

22  don't know what all he painted over.

23      Q.    Did you have the custodian paint over the

24  words that you consider were vulgar?  Yes or no?

25      A.    Some of the words I saw he probably painted

Page 56

1    over.

2         Q.   Is that a yes?  It's a yes or no.

3              MS. BOSSO-PARDO:  What he said is he doesn't

4         know who painted over.  You're asking him the

5         custodian.  He's saying he doesn't know who did

6         it.

7    BY MR. SOLMS:

8         Q.   Were the words you considered vulgar painted

9    over at your direction?

10        A.   Yes.

11        Q.   Okay.  Were the words that were gang related

12   painted over at your direction?

13        A.   To my direction to who?

14        Q.   I don't know.  Did you give directions to

15   someone to paint them over?

16        A.   My directions?

17             THE WITNESS:  May I say how I could state it

18        to the best of my ability?

19             MS. BOSSO-PARDO:  If that's okay with him, go

20        ahead.

21   BY MR. SOLMS:

22        Q.   It's a yes or no question, but go ahead.

23        A.   My statement was:  Paint over everything that

24   was offensive on all of the panels at the school.

25        Q.   To whom did you give that direction?

Page 57

1      A.    That direction was given to Mrs. Kathy

2   Roberts and if there was anything left, we saw anything

3   after that, the custodian would paint over what he had

4   to paint over.

5      Q.    Okay.  Did the custodian end up painting over

6   any items?

7      A.    He painted over several of the items, yes, he

8   did.

9      Q.    Which items?

10      A.    I don't know what all he painted over.

11      Q.    Kathy Roberts would know that?

12      A.    She might.  Because Kathy painted over some.

13   She had some of her students paint over some and the

14   custodian painted over some.

15      Q.    Did you give Kathy Roberts directions as to

16   who should paint over what?

17      A.    I just gave Kathy Roberts what -- direction

18   she need to get them painted and she volunteered that

19   she had -- she would be after school and she would make

20   sure that anything that was offensive, which she

21   thought was offensive, she would do that.  That's what

22   happened.

23      Q.    Did she follow your directions?

24      A.    Yes, she did.

25      Q.    All right.  Now, did you give her directions

Page 58

1    as to whom should paint over what?

2         A.   No, I did not.

3         Q.   She made that choice?

4         A.   She knew the kids were -- she knew who the

5    kids were.  She had the numbers of who painted what.  I

6    did not.

7         Q.   So if anyone made the decision to pick on

8    Sharah Harris, to come out and paint over all the

9    Christian posters, that was done by Kathy Roberts?

10        A.   It was not done by me.  I never did talk with

11   the Bannon -- Miss Harris.

12        Q.   Do you have any knowledge as to how Miss

13   Harris was taken out of her classroom and what was said

14   in front of the class?

15        A.   No, I do not.

16        Q.   Did you give any instructions that the manner

17   in which the people who painted the religious posters

18   were to change, should be done in a nonoffensive

19   manner, nonoffensive to them?

20        A.   I was concerned about the welfare of the

21   school at that point.  I only told -- I went back and

22   talked with the Student Council, I believe on that

23   Tuesday morning, that we didn't know who would be here

24   at night because we have a night program.  We had some

25   comments about some of the paintings and I made the

Page 59

1    statement to them about the vulgarity and things that

2    was offensive.  That's where I stopped at at that

3    point.

4        Q.   Did you give her any instructions on the

5    religious panels?

6        A.   No, I did not.

7        Q.   Okay.

8        A.   I said what was offensive and how it would

9    relate to the night program.

10        Q.   Who came for the night program?

11        A.   We have people from the community coming to

12    the campus.

13        Q.   Did you get any complaints from anyone at the

14    night program about the content of the religious

15    panels?

16        A.   Yes.  We had some pros and cons both ways --

17        Q.   What is --

18        A.   -- phone calls.

19        Q.   After they were painted over?

20        A.   After they were painted over.

21        Q.   This is after they were painted over or

22    before?

23        A.   Well, a little of both.  Got calls that

24    Monday morning.

25        Q.   Were they painted over before Monday night

Page 60

1    came around?

2        A.   Beg your pardon?

3        Q.   Were they painted over before Monday night

4    came around, the religious panels?

5        A.   I can't say religious panels.  I'm saying the

6    panels in general.

7        Q.   Were they all painted over by Monday night?

8        A.   Most of them were painted over, I believe, by

9    Monday, first thing Tuesday morning.

10       Q.   What were the comments, if any, from the

11   adults that attended the night courses on Monday night?

12       A.   I didn't stay around to hear from them.  I

13   had phone calls coming in, a lot of phone calls coming

14   in.  Some were taken by a secretary, some were taken by

15   maybe Kathy Roberts, or the other assistant principal,

16   Miss Sandra Roberts, pros and cons phone calls.

17       Q.   Now, let's go back to student expression

18   here.  If a student expression offends a faculty member

19   and not other students, does the faculty members'

20   sensibilities get taken into consideration when the

21   student's expressing their religious views?

22       A.   I think any painting, any vulgarity --

23       Q.   Why do you bring up vulgarity when we're

24   talking about religious language?

25       A.   Because I had both in the panel.

Page 61

1      Q.    Well, I want you to Xerox -- I want you to

2  zero in on the religious panels.  Did any of the

3  religious panels have vulgarity on them?

4      A.    Some people had put something over the

5  paintings of one or two.

6      Q.    Of one or two of the religious panels?

7      A.    Yes.  Like they would scratch out something.

8      Q.    So in getting rid of the vulgarity you also

9  got rid of the religious language?

10     A.    Some of the religious language was taken

11 down.  The one you're referring to about the cross

12 earlier, that was taken down.

13     Q.    Well -- Wait.  Wait.  You're jumping into

14 another subject.

15     A.    Okay.

16     Q.    Some of the religious panels had vulgarities

17 written on them, is that what you said?

18     A.    I didn't say that by the students.

19     Q.    I didn't say by whom, but some of the

20 religious panels, when you came on Monday morning and

21 you saw them, had a vulgarity on them?

22     A.    They were -- put a word or so, you know,

23 messing up the artist part of it, the painting.

24     Q.    So there was a vulgarity written over the

25 religious language on some of the religious panels?

Page 62

1      A.   When you say, "religious panels," I can't

2   answer that, sir.  My reason for saying that, there was

3   so many panels, some were religious, some of them were

4   not and --

5      Q.   Were there any religious panels that had

6   vulgarities on them when you got there Monday morning?

7          MS. BOSSO-PARDO:  Wait.  One at a time

8      because the poor court reporter is going to start

9      smacking both of you if you don't stop.  One at a

10     time.

11         THE WITNESS:  Okay.  Sorry.  I don't know.  I

12     can't recall.

13  BY MR. SOLMS:

14     Q.   Is it safe to say, then --

15          Strike that.

16          After Monday morning, before they were

17  painted over, did you see any religious panels that had

18  vulgarities on them?

19     A.   I don't recall seeing that.

20     Q.   All right.  Now I'm just talking about the

21  religious panels, I'm not talking about all the other

22  panels, so don't bring in other language that was on

23  other panels.  Can we do that?

24     A.   Depending on how you ask your question.

25     Q.   All of my questions deal just with the

Page 63

1    religious panels and they don't deal with the other

2    panels.  Do you understand?  Can we agree to do that?

3           MS. BOSSO-PARDO:  Unless you're talking about

4        vulgarities on the religious panels.

5           MR. SOLMS:  He just said that he doesn't know

6        if there were any vulgarities on any religious

7        panels.

8           THE WITNESS:  Let me try to stick to what

9        you're trying to do.

10   BY MR. SOLMS:

11       Q.   I'm just asking you about the religious

12   panels.  Do you understand?

13       A.   Yes.

14       Q.   Your instruction to Kathy Roberts with regard

15   to the religious panels was to take out any language

16   that might be offensive to someone.

17       A.   Yes.

18       Q.   Now, did you, in your instruction, did you

19   include whether or not it was offensive to faculty

20   members alone and not to students?

21       A.   No, I did not.

22       Q.   To anyone?

23       A.   To anyone.

24       Q.   Is it important to you to distinguish what

25   would be offensive to a student at the school as

1    opposed to a faculty member in this area concerning the

2    religious panels?

3         A.    Concerning the religious panels?  You want a

4    yes or no answer to this?

5         Q.    Yes, sir.  You can say yes or no and then

6    explain it, if you want.

7         A.    Repeat it again.

8              MR. SOLMS:  Read it again to him.

9                          - - -

10             (Thereupon, a portion of the record was read

11   by the reporter.)

12             THE WITNESS:  My answer to that would be if

13         it offends any person, whether it's a student or

14         faculty.

15   BY MR. SOLMS:

16        Q.    Let me show you the rest of the photographs

17   marked Harris 3 through 10 and ask you if you recall

18   these as being the other panels that had or the panels

19   that had religious writing on them?

20        A.    Yes.  That was Number 3.  Exhibit here 4,

21   yes; 5, yes; 6, yes; 7, yes, could possibly; on 8, this

22   one --

23        Q.    Yes, sir.

24        A.    -- you want to say is that considered

25   religious or is it considered bad?

Page 65

1      Q.   I didn't know which ones were religious or

2  not.  You can distinguish if you can.  There's a monkey

3  on the left one.  I don't know who put that up there,

4  but --

5      A.   "The big bang theory."  As I look through

6  them, I can say it could be religious, it could not on

7  that one, but it could be.

8      Q.   You mean the monkey --

9      A.   No.

10     Q.   -- or "The big bang theory"?

11     A.   The other one, both of them.  The other two

12  about the "Faith, hope and love, but the greatest of

13  these is love."

14     Q.   That was one of the religious ones?

15     A.   That could be religious.

16     Q.   The others, "Big bang theory," that's not

17  religious?

18     A.   That's a theory that could be used as a -- I

19  don't know if it's a -- they have studied that in the

20  school.

21     Q.   Could the monkey be considered religious?

22     A.   I'm not sure of that.

23     Q.   Okay.  What exhibit are we on?

24     A.   Going to Number 9.

25     Q.   Number 9 now.

1        A.    "He has time for you.  Do you have the time

2   for him?"

3        Q.    Do you remember if Exhibit 9 has any part of

4   it blocked out?  Was any part of that painted over, to

5   your knowledge?

6        A.    Yes.  Probably down in here where you have a

7   V at, there's some paint.  Paint was there for some

8   reason.  I don't know if it was behind it or over it.

9        Q.    Okay.  Do you know what was painted over?

10       A.    I don't know.

11       Q.    Okay.

12       A.    I'm not sure if that's a question.  That

13  could be -- depending on what was there, could be

14  considered religious or could maybe not.

15       Q.    If the word -- where?

16       A.    "He has time" -- I'm not sure what was there

17  with that painting.

18       Q.    Okay.  What's on 10?

19       A.    "Do you have time for him?"

20       Q.    What was on 10?

21       A.    Fellowship of Christian Athletes was a group

22  that painted this one.

23       Q.    Was there anything painted over in that

24  photograph?

25       A.    I don't see anything painted over.

1     Q.   What is the Fellowship of Christian Athletes?

2     A.   That's a group of athletes that come together

3 and they pray on occasions at games before they meet to

4 discuss their faith and beliefs.

5     Q.   Do they meet on campus?

6     A.   Not that I know of, but if they would come to

7 me and ask me, I would allow them to meet.

8     Q.   If they came and asked you would?

9     A.   I would let them.

10     Q.   You wouldn't let them?

11     A.   I would let them, if kids came to me.

12     Q.   On Exhibit Number 6, Harris 6, what was

13 painted over on the bottom of that, do you know?

14     A.   I can't answer that.  I don't know what was

15 there.

16     Q.   On the right side of Exhibit --

17     MS. BOSSO-PARDO:  Could I see that one you

18     were asking before?

19     MR. SOLMS:  (Complies).

20     MS. BOSSO-PARDO:  Thanks.

21 BY MR. SOLMS:

22     Q.   On the right side and on the bottom of

23 Exhibit 5, do you know if any words were painted over

24 there and, if so, what were they?

25     A.   I don't know what was painted over.

Page 68

1      Q.    On Exhibit 4 what was painted over, if you

2    know?

3      A.    I don't know.

4      Q.    On Exhibit 3 what were the painted over

5    words, if you know?

6      A.    Don't know.

7      Q.    So basically the entire operation was carried

8    on by Kathy Roberts, including the painting over with

9    your direction and approval?

10     A.    Yes.

11     Q.    Okay.  And why weren't you personally there

12   at any of these times?  You had to do a number of other

13   things?

14     A.    Yes.  I was there on some of the ones.  On

15   the vulgarity I was there with some of those, but you

16   wanted to stick to religion.

17     Q.    I want to stick to the religious posters.

18           Thank you.

19           Why would you delegate the religious posters

20   to Kathy Roberts?

21     A.    Because she was responsible for the task.

22   After I told Kathy Roberts and I told the students that

23   anything that could be offensive -- and we have a

24   separation of church and school and if advertising

25   something as a student and it could be offensive to

Page 69

1    someone, and even though the kids had paid the money

2    for the posters, it still was on school property and

3    those were my instructions.

4         Q.   Now, can we agree that these posters were

5    painted by the students and voluntarily by the students

6    themselves?

7         A.   With the supervision of Miss Roberts.

8         Q.   Well, did Miss Roberts tell them what to do?

9         A.   I can't answer that.

10        Q.   Assuming Miss Roberts didn't tell them what

11   to paint --

12             Well, let me strike that.

13             As far as you know, did the students paint

14   what they wanted to paint on the religious posters?

15        A.   On the religious posters?  Possibility.

16        Q.   Okay.  As far as you know, that's --

17        A.   As far as I know they did.

18        Q.   And if the painting and the expression of the

19   students was not offensive to anyone, then it would

20   have been in accordance to your -- with your

21   instructions, correct?

22        A.   If we did not have any complaints.

23        Q.   You would have left it?

24        A.   Well, yes, I would have.  If no one had

25   complained, because if no one complained and it was not

Page 70

1    going to be offensive to the school, I wouldn't have a

2    problem with it.

3        Q.    Has this problem of religious expression and

4    whether or not it's offensive to anyone and whether or

5    not it should be prevented ever come up in your tenure

6    as a principal or as a professor or teacher in the

7    past?

8        A.    When it came out years ago, we -- my

9    schooling, we were brought up with religious beliefs

10   and it was done at school.  When the Constitution

11   changed --

12       Q.    Somebody changed the Constitution?

13       A.    Not Constitution, but -- sorry.  That's my

14   mistake.  When the person came in and challenged the

15   Constitution about religion in school, perhaps it was

16   stopped and a lot of things were stopped.  It went on

17   for a long time.  So as laws change --

18       Q.    What laws?

19       A.    When the information came out about religion

20   in school law and beliefs should be personal.  My

21   belief is personal, however, when I'm in -- have the

22   responsibility of running a school, an institution, I

23   must follow what is in the best interest of running a

24   school, therefore, I act -- I felt that I acted

25   appropriately in instructing Miss Roberts to do what

1   she had to do, based on all of the things that were on

2   the panels, all the panels, whether it be religious as

3   well as including vulgarity, et cetera.

4       Q.   Okay.

5       A.   And I -- my belief is one thing.

6       Q.   We're just talking about the religious

7   panels, okay?  I'm not interested in other panels that

8   had gang related things and vulgarities.

9       A.   I understand we're talking about religion.

10  You asked me about the laws, so therefore I'm not here

11  to get in an argumentative-type setting.  I'm here to

12  state on the facts that you asked me about my career --

13      Q.   Right.

14      A.   -- as it relates to religious beliefs.

15      Q.   So, as far as your experience, prior to

16  February of 2002 at Boca Raton High School, you saw

17  religious expression in schools where you went, and as

18  far as you know, the interpretation of the Constitution

19  changed during your growing up years and now we have a

20  different interpretation of the Constitution from when

21  you were younger.  That's as far as your experience

22  goes?

23      A.   From my experience.

24           MS. BOSSO-PARDO:  Let me put an objection on

25       the record as to the question as to form and

1        predicate, and if you -- to the extent you're

2        asking for a legal conclusion, I object on that

3        ground as well.

4    BY MR. SOLMS:

5        Q.   So now we find ourselves here in 2002.  Would

6    you agree with a statement that the school should allow

7    student expression of their religious beliefs?

8            MS. BOSSO-PARDO:  I'm going to object because

9        this man is not The School Board attorney and I

10       don't -- I'm not sure that this is an appropriate

11       question.

12           MR. SOLMS:  I'm asking for his view.

13           THE WITNESS:  Explain what you mean about

14       "expression."

15           MS. BOSSO-PARDO:  Are you asking for his

16       personal opinion or his official view as the

17       principal?  Which view are you asking for?

18   BY MR. SOLMS:

19       Q.   Let me ask you for your personal view.

20   Should a student be able to verbalize their religious

21   beliefs while at school?

22       A.   Yes.

23       Q.   Should a student be able to write about their

24   religious beliefs while at school?

25       A.   Yes.

```
 1        Q.   Now, as far as principal of the school, can

 2   principal of the school -- does The School Board allow

 3   you as principal to permit students to express their

 4   religious beliefs verbally?

 5        A.   In a classroom, they --

 6             MS. BOSSO-PARDO:  Let me get my objection out

 7        real quick too.

 8             I'm going to object that there's not enough

 9        information to give an appropriate answer.

10   BY MR. SOLMS:

11        Q.   You can answer if you understand the

12   question.

13             MS. BOSSO-PARDO:  Go ahead.

14             THE WITNESS:  I would say that if there's

15        religious -- if there is something religious, a

16        topic --

17   BY MR. SOLMS:

18        Q.   As long as it doesn't disrupt the discussion

19   in the class?

20        A.   Yes.

21        Q.   As far as writing their religious views, does

22   The School Board of Palm Beach County --

23        A.   I would have to question that as a principal,

24   the way you're stating that.  And my reason for saying

25   that, if it's okay, is that if -- if I have to write
```

Page 74

1   about a topic that's school related, that is fine,

2   okay?  But if I was told that I -- in a classroom

3   that -- to write about a religious topic of different

4   religions, that would be fine.  If a student were to

5   come to me and ask me could they meet at the flagpole

6   or do something, my answer would be yes.  If they want

7   to start a group at the school for religion, I would

8   try to provide a room for them and assign a sponsor.

9        Q.    You would provide equal access?

10       A.    Right.  But it must be student initiated.

11       Q.    Okay.  As long as a faculty member doesn't

12  initiate the religious speech?

13       A.    Exactly.

14       Q.    Let me ask you the opposite.  If a faculty

15  member initiates an objection to religious expression,

16  personally what is your position on that?

17       A.    In what way?

18       Q.    In other words, a faculty member cannot

19  initiate a request that students write a religious

20  paper, et cetera, correct?

21       A.    Let me hear -- it's a long day.  I want to

22  hear it clearly.  If a faculty member is teaching a

23  class and it comes up on a topic of religion and they

24  want to do that, that will be fine.

25       Q.    Okay.  Even if it offends the instructor, if

25

1    it offends the teacher?

2        A.   If it's in the content of the curriculum,

3    what they are discussing, that's fine.

4        Q.   If it happens to offend the religious beliefs

5    of the teacher, the student still has the freedom to

6    express his or her religious beliefs?

7        A.   In the classroom, if it's initiated in the

8    curriculum.

9        Q.   Okay.

10       A.   The other thing I was going to add --

11       Q.   If it's initiated by the student?

12       A.   Initiated by the student.

13       Q.   Okay.

14       A.   But when it's initiated by the adult for the

15   student --

16       Q.   Then that's not permitted?

17       A.   -- that is not permitted.

18       Q.   Okay.  Now, if a student initiates a

19   religious discussion that's not -- doesn't interrupt

20   the classroom or the program, can the faculty member,

21   because it offends a faculty member's religious

22   beliefs, interfere with the student's expression?

23       A.   If it's offensive to the other students of

24   the class and it depends.

25       Q.   Who makes that decision?

1      A.    Well, first of all, the teacher must submit

2   information when they run across curriculum areas that

3   may be offensive.

4      Q.    I'm not talking about curriculum.  I'm just

5   talking about student-initiated religious expression,

6   in general.

7           MS. BOSSO-PARDO:  Let me interrupt first

8       because you are talking about if somebody --

9       you're talking about in math class if somebody

10      starts talking about religion, or are you talking

11      about when it's appropriate in context?

12          MR. SOLMS:  Exactly.

13   BY MR. SOLMS:

14      Q.    When it's in context and a student expresses

15   their religious belief and it happens to be contrary to

16   the instructor or teacher's religious belief, is that

17   student's speech protected?

18      A.    That student's speech should be protected.

19      Q.    Even though it offends the teacher because

20   she believes something different, correct?

21      A.    Correct.

22          MS. BOSSO-PARDO:  If at any time you're

23      asking if it's protected, only to the extent that

24      you're asking him for a legal conclusion, I'll

25      object.  To the extent you're asking his personal

Page 77

1       opinion, I'll allow it.

2   BY MR. SOLMS:

3       Q.   Let me see if I have any other questions.

4   I'm about finished.

5            Do you have a copy of the school's written

6   policies on religious expression in your office, The

7   Schools Board's written policy?

8       A.   I have The School Board policies somewhere in

9   my office.

10           MS. BOSSO-PARDO:  Might be quicker to get it

11       from me.

12           (Discussion held off the record.)

13  BY MR. SOLMS:

14      Q.   Have you ever been to a seminar or any type

15  of instruction on how to enforce religious expression

16  of students and those related policies?

17      A.   Recently?

18      Q.   Within the last five years.

19      A.   I can't recall.

20      Q.   Did you consult anyone at The School Board

21  when you gave instructions to Kathy Roberts to take

22  care of or eliminate any "offensive" religious

23  expression on the panels?

24      A.   We did call the board.

25      Q.   You did call The School Board?

1        A.   I had one of the assistant principals.

2        Q.   Who do they have as a reference?  If it's an

3    attorney, just describe it's The School Board --

4        A.   The School Board attorney.

5        Q.   Did you make a call that Monday morning?

6        A.   I had one of the assistant principals to

7    make, Mrs. Sandra Roberts.

8        Q.   Sandra Roberts called?

9        A.   Yes.

10       Q.   Did she relay any information to Kathy

11   Roberts, to your knowledge?

12       A.   I'm not sure.

13       Q.   Did she relay any information from that call

14   to you?

15       A.   Yes, she did.

16       Q.   Did you relay that information to Kathy

17   Roberts?

18       A.   Yes, I did.

19       Q.   Okay.  Now, was this requesting legal advise

20   from The School Board or information on what the policy

21   was?

22       A.   I didn't call.  Miss Roberts called.

23       Q.   Okay.  Did you ask Miss Roberts to make the

24   call?

25       A.   Yes.  We wanted to make sure we were clear

1    and I think me might have --

2         Q.   Clear on what?

3         A.   Huh?

4         Q.   Clear on what?

5         A.   She saw it before I saw it.  Miss -- not Miss

6    Kathy Roberts, but Miss Sandra Roberts saw it before I

7    saw it.

8         Q.   The response --

9         A.   To --

10        Q.   -- to your question to The School Board?

11        A.   To The School Board.

12        Q.   When she saw it, was it --

13        A.   She saw the panels before I saw it.  I'm

14   sorry.

15        Q.   So she put the call in before you even saw

16   the panels?

17        A.   She was making the calls.

18        Q.   What were her instructions, if you know?

19             MS. BOSSO-PARDO:  Wait a minute.  Wait a

20        minute.  What were her instructions to or from?  I

21        don't want to hear the instructions from the

22        attorney.

23   BY MR. SOLMS:

24        Q.   Were the instructions she received from The

25   School Board attorney?  Yes or no --

1    A.   That would --

2    Q.   -- if you know.

3    A.   I can't recall.

4    Q.   If you don't know, then say you don't know.

5    A.   I don't know.

6    Q.   So Sandra Roberts received instructions from

7    somebody at The School Board and then relayed those to

8    who?

9    A.   We talked briefly with Sandra and between

10   trying to answer phone calls --

11   Q.   It was a busy day that morning?

12   A.   It was a extremely busy day that day.  It was

13   extremely busy.  It was really busy with phone calls

14   and all, so --

15   Q.   Now, was it possible to temporarily cover

16   what you all considered as offensive religious

17   expression until some sort of a more higher ruling

18   could be made?

19   A.   Well, I think some people from the district

20   came down, school police came down, and several other

21   people came down; television media came down, several

22   people just came down.  So it made expression for

23   themselves, newspaper articles.

24   Q.   Do you get the Boca Raton News?

25   A.   I saw it on the news that morning.

Page 81

1      Q.    It shows some people painting over one of the

2    posters that you identified today, correct?

3      A.    Yes.   I see some people.

4      Q.    It said, "God and Jesus inappropriate at Boca

5    High."  So what exactly did the offended people say was

6    offensive about the word of "Jesus" or "God"?

7      A.    Can I sort of summarize or estimate what was

8    said?

9      Q.    Yes, sir.

10     A.    I can't remember word for word.

11     Q.    You may.

12     A.    I received calls, pros and cons, about this

13   whole issue, okay?  I had some people that were

14   atheists call, I had some religious groups call, I had

15   some anonymous calls, so --

16     Q.    Sounds like the atheists won.

17          MS. BOSSO-PARDO:  Objection.  Calls for

18          speculation.

19   BY MR. SOLMS:

20     Q.    Do atheists have a greater right to their

21   beliefs than people who believe in God and who Jesus

22   is?

23     A.    That's a personal question or school

24   question?

25     Q.    As a principal.

Page 82

1          MS. BOSSO-PARDO:  As a principal in his

2      official capacity?

3          MR. SOLMS:  Yes.

4          THE WITNESS:  You say do atheists have --

5  BY MR. SOLMS:

6      Q.   Do people who are atheists have any greater

7  right to religious expression than do people who

8  believe in God and Jesus?

9      A.   I don't say they have a greater right.

10     Q.   They have an equal right, don't they?

11     A.   They have an equal right.

12     Q.   And so you can't take away the right of

13  people who express their religious belief in God or

14  Jesus just because it offends an atheist, can you?

15         MS. BOSSO-PARDO:  I'm going to object to the

16     form.  Asking for legal conclusion.

17         THE WITNESS:  I said I can't say that as a

18     principal.

19  BY MR. SOLMS:

20     Q.   Did students who have an atheist belief have

21  a right to go and paint a poster that expressed their

22  beliefs?

23     A.   I don't know.  I'm still told to hold to the

24  content if anything is offensive to the people that are

25  present and make sure the operation of this school is

Page 83

1    run, that's what I have to do.

2         Q.   That's another question.  How would

3    expression of religious -- student religious beliefs on

4    these panels interfere with operation of the school?

5         A.   Because --

6         Q.   Because that may be a legitimate area.  How

7    would it interfere with operation of the school?

8         A.   Because if it takes any time away from the

9    productivity of the school in itself and the length of

10   time that I had to spend on this, taking the

11   principal's time, the assistant principal's time, the

12   student's time away on the main focus of the school,

13   not only that, but it could also have been -- it was

14   the property of the school because it was on school

15   property, so we got all of these things we have to

16   interpret, which takes away time from everyone in the

17   focus of -- the school was focusing more on the panels,

18   overall, more so than was focusing on the reason we

19   were here.

20        Q.   Now, what is the mission of an education,

21   sir?  The mission of the school is to educate the

22   students, right?

23        A.   Right.

24        Q.   Okay.  And is part of an education helping a

25   student to learn more about all religions, all face --

1  parts of education?

2          MS. BOSSO-PARDO:  Object to the form.  You

3      need to, if you don't mind, specify.  Are you

4      asking his personal philosophy on this as a member

5      of the school board?

6  BY MR. SOLMS:

7      Q.   As principal of this school the objective of

8  the school is to educate the student, correct?

9      A.   That's correct.

10     Q.   Is educating them in the different faces that

11 exist in the world part of an education?

12     A.   It could be on certain curriculum topics that

13 have been discussed throughout a curriculum, yes.

14     Q.   It's always going to be that different

15 students have different beliefs, correct?  That's

16 always going to be true?

17     A.   That's correct.

18     Q.   All right.  So as a principal, is it

19 academically consistent for your purpose to educate the

20 students to make the campus totally a religious -- in

21 other words, exclude religion from the campus?

22         MS. BOSSO-PARDO:  Object to the form.  It's

23     argumentative and lack of predicate and calling

24     for an opinion.

25

Page 85

BY MR. SOLMS:

1

2      Q.    All right.  Let me rephrase it.  How does

3   including student religious expression on panels

4   interfere with the school operation?  You indicated

5   there are phone calls that came in.  What else?

6      A.    We had newspaper articles, we had television

7   viewing, we had --

8      Q.    What was on television?

9      A.    I don't know.  They came in, showed the

10   paintings and all.

11      Q.    So there was some sensationalism at the

12   beginning --

13      A.    Yes.

14      Q.    -- which you feel that the school should do

15   without?

16      A.    When the news media come on campus it does

17   disrupt kids, because kids would like to get on tv,

18   say, like, wave.

19            MS. BOSSO-PARDO:  Hi, mom.

20            THE WITNESS:  Hi, mom kind of thing.

21   BY MR. SOLMS:

22      Q.    Any other reason?

23      A.    Let me see.

24      Q.    You mentioned one faculty member was

25   offended.  How did that affect school operation?

Page 86

1      A.    I stated before that that one faculty member

2   had an audience when she addressed it in the public.

3   Remember that?

4      Q.    Because she doesn't have consistent beliefs,

5   right?

6      A.    I'm not saying about her beliefs.  But she

7   said it was offensive to her and she had other people

8   standing around and what my job is is to make sure that

9   we could walk by those panels as we're walking by them

10  now and there's not as much of a distraction at this

11  time.

12     Q.    Now, the way the panels are now, in other

13  words, with the words, "Jesus, God," Bible verses

14  painted over, did that satisfy that faculty member or

15  is she still offended that you have Fellowship of

16  Christian Athletes?

17     A.    I never questioned her at that point.  From

18  what we have up there now, we haven't had any

19  complaints.

20     Q.    Anymore complaints?

21     A.    If it's been, I don't know anything about it.

22     Q.    I notice there's still quite a bit referring

23  to Christianity, Fellowship of Christian Athletes.

24     A.    About prayer, has that been consistent with

25  the school's policy the way the posters are now.

1    Q.   Are they consistent with the school policy of

2    allowing student expression?

3    A.   What was left up there on the panels?

4    Q.   Yes, what's there now.

5    A.   What's left on the panels the way they are

6    now, we have not had anyone to bring any complaints

7    about it at this point except some --

8    Q.   Except what?

9    A.   Except somebody would like to have them

10   painted and do some other artwork, maybe.  That's about

11   all and I wouldn't do that because --

12   Q.   Some people have wanted to paint over all of

13   the posters and put their own artwork there?

14   A.   Well, you know, it's another semester, new

15   semester.  School was out the end of June, June 1st, so

16   a new group of kids.

17   Q.   Have any of the Fellowship of Christian

18   Athletes or faculty who sponsor Fellowship of Christian

19   Athletes' activities been questioned or criticized for

20   their participation, if any, with the language on these

21   murals, to your knowledge?

22   A.   I think there was some students or one or two

23   teachers on the staff with some of the kids, perhaps.

24   Q.   Have they been reprimanded in any way --

25   A.   Teachers?

1      Q.   Yeah, the teachers.

2      A.   I questioned one of the teachers.

3      Q.   Which one?

4      A.   Mr. Robert Sweet.

5      Q.   Sweet.  Why did you question him?

6      A.   Later on in the spring I found out he knew

7 something -- someone told me that he knew something

8 about what was going on with the panels.

9      Q.   And?

10     A.   And we were at a setting and I asked him was

11 he aware of what went on because I found that out from

12 Kathy Roberts, that she felt like someone had sort of

13 pushed the issue because they had that.  And it was

14 after the fact, everything was settled and I talked

15 with him briefly about the fact that -- Did you talk

16 with some of the kids prior to them putting it up?  And

17 did Kathy know anything about that?  And he responded

18 he did talk with some of the kids.

19     Q.   Now, was this student-initiated or did he

20 initiate that?

21     A.   I can't say that because I don't know.

22     Q.   Were there any other faculty members, to your

23 knowledge, that were involved with the Fellowship?

24     A.   That's the only one that I know that I asked.

25     Q.   Is there a professor or teacher by the name

Page 89

1    of Buck or something like that?

2         A.    Who?

3         Q.    Who is the football coach?

4         A.    Brian Dodds.

5         Q.    How do you spell that?

6         A.    Dodds, D-o-d-d-s.

7         Q.    Is he involved with the Fellowship of

8    Christian Athletes?

9         A.    I'm not sure.

10        Q.    Who is Kornblue?

11        A.    Kornblue, he's another teacher here.

12        Q.    What does he teach?

13        A.    I think he teaches social studies.

14        Q.    Does he coach a sport?

15        A.    He coach football also.

16        Q.    Okay.  To your knowledge, does the Fellowship

17   of Christian Athletes contribute positively to any

18   activities of the school?

19        A.    To my idea, they separate, independent type

20   group and I think -- I see them sometimes, not at this

21   school, but I've seen them come together and pray after

22   games and even on the field when kids are hurt, I've

23   seen, you know, them formulate a prayer group on the

24   field, whatever.

25        Q.    Do you notice any positive contribution to

Page 90

1    the mission of the school, as a school principal, by

2    Christian activities at your school?

3         A.    Positive?

4         Q.    Yes, sir.  Contributions to the mission of

5    the school --

6         A.    To the mission of the school --

7         Q.    -- to educate the students?

8         A.    -- to educate the students.  That probably is

9    a question that I would have to check with those

10   members of that group, but I would say that there are a

11   lot of children here at this school who behave

12   extremely well.

13        Q.    Thank God.  Maybe that's getting too

14   religious.

15        A.    Look --

16             (Discussion held off the record.)

17             MR. SOLMS:  I believe I have covered

18        everything.  Let me just look at my outline for

19        two seconds.

20   BY MR. SOLMS:

21        Q.    Let me just go back to just a couple areas.

22   Please give me a short summary of your education,

23   please.

24        A.    You want me to answer that?

25        Q.    Yes.

1        A.    Summary of my education?

2        Q.    Yes.   Where did you go to college?

3        A.    I went to Palm Beach Community College, Palm

4    Beach Junior College at that time, B.S. -- I mean A.S.

5    degree.   I went to FAU, B.S.E. degree, master's degree

6    from Nova University, specialist degree from Barry

7    University.

8        Q.    What's your degree, your master's in?

9        A.    Beg your pardon?

10       Q.    What is your master's in from Nova?

11       A.    Math education.

12       Q.    And then Ph.D.?

13       A.    I'm working on a Ph.D. now.

14       Q.    In what?

15       A.    Educational leadership.

16       Q.    Educational leadership?

17       A.    Educational leadership with emphasis on urban

18   schools.

19       Q.    Okay.   Through what university?

20       A.    Union Institute.   Specialist was Barry.

21       Q.    What was the degree at Barry in?

22       A.    It was in Montessori education.

23       Q.    Okay.

24       A.    Montessori education.

25       Q.    At what college is your Ph.D. being sought?

1      A.    The Union Institute University out of

2  Cincinnati, Ohio.

3      Q.    Is that like an e-mail?

4      A.    Some e-mail, some classes, all in there.

5      Q.    How do you attend classes in Cincinnati?

6      A.    I attended a lot of classes down in Miami.

7  They have a branch in Miami.  I can go all over the

8  country with different seminars.

9      Q.    How close to your Ph.D. are you?

10      A.    Writing the final -- interviewing,

11  interviewing some case, case study groups at the other

12  school that I attend, that I was a principal at and

13  putting that together.  Wish I had her name because she

14  could interpret that for me and tape it.

15      Q.    When did you receive your undergraduate

16  degree?

17      A.    What year?

18      Q.    What year?

19      A.    1973.

20      Q.    And your master's?

21      A.    1980.

22      Q.    Your specialty degree at Barry?

23      A.    1994, '96, somewhere in there.

24      Q.    And --

25      A.    '96, I believe.

1      Q.    -- where did you first start as a teacher?

2      A.    Atlantic Community High School, Delray Beach,

3  Florida.

4      Q.    What year?

5      A.    1973.

6      Q.    And how long were you there?

7      A.    13, 14 years.

8      Q.    Then in 1987 where did you go?

9      A.    No.  1988 I think or '90's.  Somewhere in

10  there I went to Greenacres Elementary School.  From --

11      Q.    Where is that?

12      A.    In Greenacres, Florida.

13      Q.    Where is Greenacres, Florida?

14      A.    West Lake Worth.

15      Q.    How long were you there?

16      A.    One year.

17      Q.    And then where did you go?

18      A.    Forest Park Elementary.

19      Q.    Where is that?

20      A.    That's in Boynton Beach.

21      Q.    Okay.

22      A.    Ten years at Northboro Elementary.

23      Q.    North what?

24      A.    Northboro, N-o-r-t-h-b-o-r-o.

25      Q.    Where?

1       A.   West Palm Beach.

2       Q.   And after Northboro?

3       A.   Boca Raton Community High School.

4       Q.   Boca Raton Community High School.

5            In what capacity did you serve at Northboro?

6       A.   Principal.

7       Q.   And for ten years?

8       A.   Yes.

9       Q.   And then when did you first receive the title

10  of principal?

11      A.   When I went to Northboro.  I was elected

12  principal at Forest Park for half a year.

13      Q.   Prior to Forest Park what were you?

14      A.   I was assistant principal at Greenacres, I

15  was assistant principal at Atlantic Community High

16  School and I taught at Atlantic Community High School.

17      Q.   Okay.  Have you ever had any complaints based

18  upon your decision to -- regarding religious speech or

19  expression?

20      A.   No.  During those days I coached football, I

21  coached track, I was an athletic director and I was an

22  assistant principal and during those times we looked

23  for people to pray at the games and that was part of

24  the responsibility to have a public prayer before

25  games.  We prayed in the locker room before the game,

Page 95

1    we prayed at half time, we prayed at the end of the

2    game.  That was in the '70's, '80's.

3         Q.   Have you received any awards for being a

4    principal or being a coach or anything?

5         A.   Yes.  I'm inducted in the Palm Beach County

6    Sports Hall of Fame.

7         Q.   For what?

8         A.   For my coaching.

9         Q.   For what record?

10        A.   I coached -- well, I coached five state

11   championship football teams here in Palm Beach County.

12        Q.   Which school?

13        A.   At Atlantic High School.  I was a track

14   coach.  I won several regional tournaments, about five

15   or six district tournaments, implemented the girls'

16   track team as well as the boys' and coached both.

17   Let's see.  What else?  I received religious awards, I

18   received --

19        Q.   What kind of awards?

20        A.   I received -- last award I received, the most

21   precious to me was my church gave me a plaque for

22   maintaining that church, not receiving a penny for 18

23   months without a pastor.  I received one for teaching

24   Sunday school, I received Coach of the Year awards

25   about six or seven different occasions, teaching

Page 96

1    awards, I received some of those.  Principal awards

2    from the community, I've received some.

3         Q.   All right.

4         A.   If I can get academics turned around here,

5    maybe I will receive one here.

6              MR. SOLMS:  Okay.  Thank you very much, sir.

7              I have no further questions.

8              MS. BOSSO-PARDO:  I have a few just get to

9         some stuff clarified on the record.

10                  CROSS (ED HARRIS)

11   BY MS. BOSSO-PARDO:

12        Q.   Can you describe for me the various types of

13   interruptions or disruptions you had on the day that

14   these panels were put up?  You mentioned the media,

15   some phone calls.  Can you go into more detail about

16   that?

17        A.   I had phone calls and my secretary was

18   getting -- receiving phone calls and she said that --

19   what's happening with all of these people calling?  And

20   she was trying to -- she received some, Sandra Roberts

21   received some phone calls and I'm not sure how many

22   other assistant principals received calls.  Every time

23   I walked down the halls I had kids and teachers and

24   all, what's going on here, you know, related to that.

25   It was related to the panels, different things like

Page 97

1    that.

2            MR. SOLMS:  Objection to hearsay.

3            MS. BOSSO-PARDO:  He's talking pretty low.

4            MR. SOLMS:  She's doing well.

5            MS. BOSSO-PARDO:  She's one of the best.

6    BY MS. BOSSO-PARDO:

7       Q.   Which media were here?

8       A.   I know -- I believe 5, 12 and 25.  I think

9    29.

10      Q.   Referring to three different television

11   stations?

12      A.   Three different, right.  I don't know if all

13   of them came at that particular time.  Sun Sentinel

14   came, Boca News came, received calls from different

15   people.  The principals, I guess people in the school

16   system called because I guess they heard about that day

17   and the next day.

18      Q.   So would it be fair to say that all of this

19   media attention was distracting you and the other

20   people at the school --

21      A.   Yes, it was.

22      Q.   -- from educating the students?

23      A.   Sure, it was.

24      Q.   Was it distracting the students?

25      A.   Yes, it was.

1     Q.   Were the students discussing these panels as

2  far as all the activity surrounding the panels?

3     A.   Yes.  There were a lot of discussions.

4     Q.   Do you have any non-Christian students

5  attending this school?  That would include Jewish

6  students, that would include Muslims --

7     A.   We have Jewish students.

8     Q.   -- atheists.

9     A.   We have Jewish students.  We have Jewish

10  students, I believe we have -- I don't know.  We have a

11  lot of diversity here.  We have people from Israel, we

12  have people from South America, we have people from

13  Haiti, Dominican Republic, Jamaica, Russia, United

14  States.  We're pretty diverse in those areas.

15     Q.   Do you have any non-Christian faculty members

16  here, to the best of your knowledge?

17     A.   Best of my knowledge, I'm not sure.  We do

18  have some Jewish -- a lot of Jewish staff members here

19  as well as other beliefs.

20     Q.   To the best of your knowledge, do you have --

21  have you ever heard of a possibility of students

22  getting into fights over things such as religion?

23        MR. SOLMS:  Objection.  Lack of predicate.

24     Relevance.

25        You can answer.

1    BY MS. BOSSO-PARDO:

2        Q.    You can answer that.   To the best of your

3    knowledge, anywhere in the country, have you ever heard

4    of Muslim and Jewish kids fighting or Christians and

5    non-Christian kids fighting anywhere?

6              MR. SOLMS:   Same objection.   If they are

7        going to fight they will pick any reason.

8        Relevance.

9              Go ahead.

10             THE WITNESS:   Not that I know of.

11   BY MS. BOSSO-PARDO:

12       Q.    When you testified earlier -- when you

13   testified earlier that you instructed one of the

14   assistants to go out and remove anything offensive,

15   were you referring to things offensive to you

16   personally or were you referring to things offensive to

17   the general public?

18       A.    To the general public of the school.

19       Q.    Did you find the religious panels, you

20   yourself personally, offensive?

21       A.    Well, I could live with whatever they had,

22   personally, but when it affects the entire school, and

23   the institution that I am working in and have

24   responsibility for, I must uphold the rights of that

25   institution.

Page 100

1     Q.   You testified that you went to many games,

2  many of the girls' basketball games, correct, in the

3  year that the Harris girls were playing; is that right?

4     A.   That's correct.

5     Q.   In the many games that you attended did you

6  personally ever overhear Coach Sabia --

7     A.   Coach Sabia.

8     Q.   -- Coach Sabia scream profanities at any of

9  the girls?

10    A.   No, I did not.

11    Q.   Did you ever hear Coach Sabia scream

12  profanities at all?

13    A.   No, I did not.

14    Q.   Did you ever hear Coach Sabia at any of the

15  games you attended say anything, any profanity loud

16  enough for you to hear?

17    A.   No.

18    Q.   Okay.  At these games that you attended did

19  any of the other players' parents attend the games?

20    A.   Yes.

21    Q.   Did any other parent of any other player

22  other than Brittni Harris ever come to you and complain

23  that the coach had used profanity at their daughter?

24    A.   No.

25    Q.   Did any of the other parents that ever

Page 101

```
 1    attended any of these games ever complain to you that

 2    they personally overheard the coach use profanity?

 3         A.    No.

 4         Q.    At these basketball games, did any other

 5    teachers or any faculty members from the school attend

 6    any of these games?

 7         A.    Yes.

 8         Q.    Did any teacher ever come to you and tell you

 9    that they had overheard Coach Sabia scream profanities

10    at one or more of the basketball players?

11         A.    No.

12              MR. SOLMS:   Objection.   Lack of predicate.

13         Relevance.

14    BY MS. BOSSO-PARDO:

15         Q.    Did any teacher ever come to you and tell you

16    that they had overheard the coach at any of these games

17    yell profanities?

18              MR. SOLMS:   Same objection.

19              THE WITNESS:   No.

20              MS. BOSSO-PARDO:   I think that's all I had.

21              MR. SOLMS:   Okay.   You have the right to read

22         this or waive --

23              THE WITNESS:   I rather waive.

24              MR. SOLMS:   -- when it's typed up.

25              MS. BOSSO-PARDO:   Go ahead and read it.   You
```

Page 102

1          all were talking over each other a lot.

2                  MR. SOLMS:   Everybody is reading all the

3          other ones.

4                  (Mr. Solms kept original exhibits and made

5          copies to be attached).

6                  (Witness excused.)

7                  (Thereupon, the deposition was concluded at

8     4:00 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 103

1

2    THE STATE OF FLORIDA

3    COUNTY OF PALM BEACH.

4

5         I, the undersigned authority, certify that

6    the aforementioned witness personally appeared before

7    me and was duly sworn.

8

9         WITNESS my hand and official seal this 10th

10   day of October, 2002.

11

12

13

14

15   APRIL Y. SEGUI, RPR
     Notary Public - State of Florida
16   My Commission Expires:  9-1-05
     My Commission No.:  #DD033975
17

18

19

20

21

22

23

24

25

# C E R T I F I C A T E

THE STATE OF FLORIDA

COUNTY OF PALM BEACH

I, APRIL Y. SEGUI, Registered Professional Reporter, State of Florida at large, do hereby certify that I was authorized to and did report said deposition in stenotype; and that the foregoing pages, numbered inclusive, are a true and correct transcription of my shorthand notes of said deposition.

I further certify that said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and completed as hereinabove set out.

I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of October, 2002.

_April Y. Segui_
APRIL Y. SEGUI, RPR, Notary Public
in and for the State of Florida
My Commission Expires:  9-1-05
My Commission No.:  #DD033975

Page 105

DATE:        October 10, 2002

TO:          MR. ED HARRIS
             C/O BOCA RATON COMMUNITY HIGH SCHOOL
             1501 N.W. 15TH COURT
             BOCA RATON, FL  33486

IN RE:       BANNON V THE SCHOOL BOARD, ET AL.


CASE NO.:  02-80438-CIV-HURLEY/LYNCH



        Please take notice that on Thursday, the 26th
of September, 2002, you gave your deposition in the
above referred matter.  At that time, you did not waive
signature.  It is now necessary that you sign your
deposition.
        Please call our office at the below-listed
number to schedule an appointment between the hours of
9:00 a.m. and 4:30 p.m., Monday through Friday, at the
Esquire office located nearest you.
        If you do not read and sign the deposition
within a reasonable time, the original, which has
already been forwarded to the ordering attorney, may be
filed with the Clerk of the Court.  If you wish to
waive your signature, sign your name in the blank at
the bottom of this letter and return it to us.

                    Very truly yours,
                    ESQUIRE DEPOSITION SERVICES, INC.



                    _____
                    APRIL Y. SEGUI, RPR

I do hereby waive my signature:



_____
ED HARRIS

cc via transcript:
                    William O. Solms, Esq.

# C E R T I F I C A T E

- - -

THE STATE OF FLORIDA

COUNTY OF PALM BEACH


        I hereby certify that I have read the

foregoing deposition by me given, and that the

statements contained herein are true and correct to the

best of my knowledge and belief, with the exception of

any corrections or notations made on the errata sheet,

if one was executed.


        Dated this ____ day of _____,

2002.



_____

ED HARRIS

# E R R A T A   S H E E T

IN RE:  BANNON V THE SCHOOL BOARD, ET AL.

DEPOSITION OF: ED HARRIS   TAKEN: 9-26-02

   DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

PAGE #  LINE #   CHANGE                REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Please forward the original signed errata sheet to this
office so that copies may be distributed to all
parties.

Under penalty of perjury, I declare that I have read my
deposition and that it is true and correct subject to
any changes in form or substance entered here.


DATE: _____
SIGNATURE OF
DEPONENT:_____

**WORD INDEX**

**A**

**ability** 56:18
**able** 15:9 28:15 32:16 54:12
  72:20,23
**academically** 84:19
**academics** 96:4
**access** 74:9
**accident** 21:7
**accurate** 50:12
**accuse** 23:3
**act** 24:4,5 70:24
**acted** 70:24
**action** 104:13,13
**activities** 4:14 31:19,21 33:9
  33:16 40:6 42:4,9,13
  87:19 89:18 90:2
**activity** 32:7 98:2
**add** 75:10
**addition** 12:5
**additional** 42:6
**addressed** 19:4 86:2
**administration** 13:11 44:13
  44:14
**administrator** 44:15
**admission** 26:8
**admit** 17:6 19:24 23:11 24:4
  25:8 26:20,21 27:19
**adopt** 29:13
**adult** 52:13 75:14
**adults** 44:16 60:11
**advertising** 68:24
**advise** 78:19
**affect** 85:25
**affirmed** 3:10
**aforementioned** 103:6
**afternoon** 3:14,15
**ago** 70:8
**agree** 63:2 69:4 72:6
**ahead** 46:9 52:5,24 56:20,22
  73:13 99:9 101:25
**AL** 105:4 107:2
**allow** 67:7 72:6 73:2 77:1
**allowing** 87:2
**America** 98:12
**and/or** 104:16
**ankle** 13:23 16:21 17:10,12
**announced** 30:4 43:15,17,21
**anonymous** 81:15
**answer** 8:6 10:18 19:2,17
  20:3,5,8 21:13 25:16,25
  26:17,18,24 27:1,15 38:25
  39:1 51:23,24 52:8,24
  62:2 64:4,12 67:14 69:9
  73:9,11 74:6 80:10 90:24
  98:25 99:2
**answered** 20:6,7 25:25
**answering** 52:4
**anybody** 44:12
**Anymore** 86:20
**AP** 14:15
**apologize** 3:17 10:20 18:7
  18:16 19:21 25:8 26:7
**apologizing** 14:3
**apology** 18:20 19:12 20:12
  20:15,25 21:3 26:8
**apparently** 9:9
**appear** 47:20
**APPEARANCES** 1:19
**appeared** 103:6
**apply** 104:15
**appointment** 105:11
**appropriate** 72:10 73:9
  76:11
**appropriately** 70:25

**approval** 68:9
**approve** 32:11,18
**approved** 32:1,2,9,12,15,16
  32:24 33:9,16,19 40:6,20
  42:4,13,15 43:9
**approximate** 8:10 35:12
  105:19
**area** 4:23 9:12 12:17 17:3
  31:13 34:4,5 37:16,18,19
  37:21 54:18 64:1 83:6
**areas** 76:2 90:21 98:14
**argumentative** 84:23
**argumentative-type** 71:11
**article** 29:11,17 30:9 31:3
**articles** 80:23 85:6
**artist** 61:23
**artwork** 32:25 33:10,11,19
  40:7,10,21 41:24 87:10,13
**asked** 12:15,18 18:8 20:6,7
  22:4 48:15 54:3 67:8
  71:10,12 88:10,24
**asking** 13:7,8 51:17 52:2
  53:13 56:4 63:11 67:18
  72:2,12,15,17 76:23,24,25
  82:16 84:4
**ass** 24:24
**assign** 74:8
**assist** 17:15
**assistant** 4:11,14,21,22
  12:15 14:7,9,15 21:14,15
  32:3,6 33:17 48:21 51:10
  60:15 78:1,6 83:11 94:14
  94:15,22 96:22
**assistants** 99:14
**assisted** 6:19
**associated** 54:21
**assumes** 25:13 26:15
**Assuming** 69:10
**atheist** 82:14,20
**atheists** 81:14,16,20 82:4,6
  98:8
**athletes** 66:21 67:1,2 86:16
  86:23 87:18,19 89:8,17
**athletic** 94:21
**Atlantic** 15:22,25 93:2 94:15
  94:16 95:13
**attached** 9:14 102:5
**attend** 92:5,12 100:19 101:5
**attended** 6:16,25 11:8 15:23
  24:2 60:11 92:6 100:5,15
  100:18 101:1
**attending** 98:5
**attention** 97:19
**attorney** 72:9 78:3,4 79:22
  79:25 104:11,12 105:13
**audience** 86:2
**auditorium** 37:13
**authenticity** 30:15
**authority** 103:5
**authorized** 104:6
**award** 95:20
**awards** 95:3,17,19,24 96:1,1
**aware** 22:19 88:11
**a.m** 105:11
**A.S** 91:4

**B**

**B** 2:7
**back** 9:10 12:23 25:19 27:1
  28:24 32:1 36:7 40:2
  58:21 60:17 90:21
**bad** 64:25
**band** 54:19

**bands** 54:21
**bang** 65:5,10,16
**Bannon** 1:3 11:8 14:21
  28:18 58:11 105:4 107:2
**barrier** 36:17,18,20 38:4
**barriers** 36:23,25
**Barry** 91:6,20,21 92:22
**based** 19:19 32:9 71:1 94:17
**basic** 41:1
**basically** 10:14 68:7
**basketball** 1:10 6:15 7:23
  8:16,17 12:19 14:3,14,19
  15:1,14 19:10 24:16 25:1
  44:22,25 45:12 100:1 101:4
  101:10
**Beach** 1:8,24,25 3:23 29:12
  31:1 73:22 91:3,4 93:2,20
  94:1 95:5,11 103:3 104:4
  106:5
**beds** 30:6
**beep** 24:13
**Beg** 60:2 91:9
**beginning** 30:3 85:12
**behalf** 1:20,23 8:2
**behave** 90:11
**belief** 70:21 71:5 76:15,16
  82:13,20 106:10
**beliefs** 51:3,20,21 67:4 70:9
  70:20 71:14 72:7,21,24
  73:4 75:4,6,22 81:21
  82:22 83:3 84:15 86:4,6
  98:19
**believe** 4:17 10:24,25 11:21
  19:5 20:25 21:23 29:2
  32:20 58:22 60:8 81:21
  82:8 90:17 92:25 97:8
  98:10
**believes** 76:20
**below-listed** 105:10
**best** 24:7 26:3 44:4 49:23
  56:18 70:23 97:5 98:16,17
  98:20 99:2 106:10
**Bible** 47:11 48:1,3,12 86:13
**big** 24:1 65:5,10,16
**bit** 7:3 29:3 86:22
**bitch** 24:20,24
**Blackmore** 21:16,17,18 22:3
**blah** 30:16,16,16,16
**blank** 105:14
**block** 34:4
**blocked** 15:11,16 51:2 66:4
**blocking** 15:18,18
**board** 1:8 5:1,5 8:3 29:13
  31:2 72:9 73:2,22 77:8,20
  77:24,25 78:3,4,20 79:10
  79:11,25 80:7 84:5 105:4
  107:2
**Board's** 77:7
**Boca** 1:9,10,17 4:2,6 8:3
  14:8 24:17 25:1 29:11
  31:2 71:16 80:24 81:4
  94:3,4 97:14 105:2,3
**body** 1:8
**BOSSO-PARDO** 1:23 2:5
  5:4 8:5 18:22 19:14 20:1,6
  25:11 26:12 27:12 29:23
  30:13,19 38:10,16,22 39:1
  39:7 41:14 51:22 52:3,8
  52:21 56:3,19 62:7 63:3
  67:17,20 71:24 72:8,15
  73:6,13 76:7,22 77:10
  79:19 81:17 82:1,15 84:2
  84:22 85:19 96:8,11 97:3
  97:5,6 99:1,11 101:14,20
  101:25

**bottom** 67:13,22 105:15
**Boulevard** 1:24
**Boynton** 44:23 93:20
**boys** 95:16
**branch** 92:7
**breath** 18:14 21:9
**Brian** 89:4
**briefly** 8:13 9:20 80:9 88:15
**bring** 60:23 62:22 87:6
**Brittni** 1:5 6:17 7:14 9:3
  12:16 13:22 16:6,24,25
  17:15 18:4 19:21 23:24
  100:22
**Brittni's** 7:23
**brought** 28:23 32:13 70:9
**Buck** 89:1
**build** 37:12,13
**building** 34:8 37:14,15
**busy** 80:11,12,13,13
**B.S** 91:4
**B.S.E** 91:5

**C**

**C** 3:1 104:1,1 106:1,1
**cafetorium** 37:14
**call** 10:17,18 16:25 17:1,5,6
  17:19 77:24,25 78:5,13,22
  78:24 79:15 81:14,14
  105:10
**called** 9:25 14:12 16:22,23
  16:24 23:13 29:4 78:8,22
  97:16
**calling** 19:23 84:23 96:19
**calls** 49:6 59:18,23 60:13,13
  60:16 79:17 80:10,13
  81:12,15,17 85:5 96:15,17
  96:18,21,22 97:14
**campus** 23:25 59:12 67:5
  84:20,21 85:16
**candy** 3:18
**capacity** 1:9,10 3:24 4:1
  82:2 94:5
**captain** 30:4
**care** 77:22
**career** 71:12
**careful** 31:14
**carried** 68:7
**carry** 27:7
**case** 1:2 92:11,11 105:6
**caught** 45:14
**cause** 3:6
**cc** 105:23
**certain** 30:8 33:20 54:14
  84:12
**certification** 104:14
**certify** 103:5 104:6,9,11
  106:7
**certifying** 104:16
**cetera** 71:3 74:20
**challenged** 70:14
**championship** 95:11
**change** 19:8 29:3 39:17
  58:18 70:17 107:5
**changed** 70:11,12 71:19
**changes** 19:11 107:4,22
**check** 12:18 90:9
**child** 52:13
**children** 90:11
**choice** 58:3
**Christian** 58:9 66:21 67:1
  86:16,23 87:17,18 89:8,17
  90:2
**Christianity** 86:23
**Christians** 99:4

church 68:24 95:21,22
Cincinnati 92:2,5
circumstances 16:15 23:8
    25:4
clarified 96:9
class 58:14 73:19 74:23
    75:24 76:9
classes 92:4,5,6
classroom 58:13 73:5 74:2
    75:7,20
clear 26:2 41:4 78:25 79:2,4
    74:22
clearly 74:22
Clerk 105:14
close 92:9
closely 12:4
coach 1:10 4:25 6:15,25
    7:25 10:4,9 11:18 12:9,10
    13:1,2,5,6,6,12,17,18 14:1
    14:11,23 15:1 16:22,25
    17:1,5 21:8,10,14,19
    22:17,18,22 24:18,25 25:6
    25:6,10 26:4,5,19 27:8
    28:3,25 29:22 89:3,14,15
    95:4,14,24 100:6,7,8,11
    100:14,23 101:2,9,16
coached 94:20,21 95:10,10
    95:16
coaches 4:19 19:10 22:2
coaching 12:20 24:25 95:8
coach's 21:15 27:18
collected 43:13
college 91:2,3,4,25
come 8:25 14:17 28:4,10,12
    28:15,25 38:4 39:9,12
    46:5,12 51:1,10 54:6 58:8
    67:2,6 70:5 74:5 85:16
    89:21 100:22 101:8,15
comes 23:7 25:6 26:5 32:8
    32:14 74:23
coming 48:22 49:6 51:7
    53:22 59:11 60:13,13
commenced 104:10
comment 9:24 49:12
comments 52:11 58:25
    60:10
Commission 103:16,16
    104:21,22
common 24:9
communicate 28:4
community 1:9,11 4:2 8:3
    59:11 91:3 93:2 94:3,4,15
    94:16 96:2 105:2
complain 51:19 100:22
    101:1
complained 49:18,25 52:16
    53:14 69:25,25
complaining 48:23 51:7
complaint 4:25 8:21 10:3,9
    10:17 13:1,5,11 22:17,25
    49:4
complaints 13:18 22:23
    53:16,19 59:13 69:22
    86:19,20 87:6 94:17
completed 37:10,18,23 38:3
    104:10
Complies 67:19
concern 13:5 17:3
concerned 17:1,4 45:17
    58:20
concerning 10:23 19:20
    64:1,3
concluded 102:7
conclusion 28:13,15 72:2
    76:24 82:16
conference 28:13,19,23 29:1

connected 104:12
cons 49:6 59:16 60:16 81:12
consider 55:24
consideration 60:20
considered 55:20 56:8 64:24
    64:25 65:21 66:14 80:16
consistent 25:9 84:19 86:4
    86:24 87:1
consistently 11:8
consists 30:6
Constitution 70:10,12,13,15
    71:18,20
construction 7:2 31:7,13
    34:4,6 36:12,19 37:11
    38:5 39:6,16,17 40:3 55:5
consult 77:20
contained 42:10,14 106:9
content 53:14 59:14 75:2
    82:24
context 76:11,14
contractors 39:18
contrary 76:15
contribute 89:17
contribution 89:25
Contributions 90:4
control 104:15
copies 102:5 107:19
copy 5:25 11:18 12:21 31:21
    77:5
corner 36:2
corporate 1:8
correct 7:24,25 8:1 14:24
    21:23 32:22 33:20 34:21
    36:8 39:12,13 41:11,19
    42:18 54:3 69:21 74:20
    76:20,21 81:2 84:8,9,15
    84:17 100:2,4 104:7 106:9
    107:21
corrections 106:11
corridors 51:12
cough 3:18
Council 31:10 32:5 43:14,15
    43:16,22 44:9 58:22
counsel 104:12,12
count 16:10
country 92:8 99:3
county 1:8,24 3:23 4:4 29:13
    73:22 95:5,11 103:3 104:4
    106:5
couple 47:25 90:21
courses 60:11
court 1:1,16 14:13 20:9,10
    62:8 105:3,14
cover 80:15
covered 12:17 90:17
co-ed 29:4,6,9,9,10,12
criticisms 12:8
criticized 87:19
cross 2:3 47:11 48:2,11,24
    48:25 61:11 96:10
curriculum 75:2,8 76:2,4
    84:12,13
custodian 54:7 55:2,9,15,19
    55:21,23 56:5 57:3,5,14
C/O 105:2
C302 1:24

D

D 2:1 3:1
date 8:7 10:25 32:9,18 105:1
    107:23
dated 5:11 7:7 9:13,16 40:6
    106:14
daughter 21:4 100:23

daughters 1:4
day 6:3 7:9 12:16 23:25
    35:24 43:24 44:21 45:2
    48:20 74:21 80:11,12,12
    96:13 97:16,17 103:10
    104:17 106:14
days 6:3,5 7:10,13 94:20
DD033975 103:16 104:22
deal 62:25 63:1
dealing 51:15
deals 7:22
dealt 46:7 54:2
December 37:25 38:1,2
decided 29:13
decision 40:24 58:7 75:25
    94:18
declare 107:21
Defendants 1:12,23
definitely 11:22
degree 91:5,5,5,6,8,21 92:16
    92:22
delegate 68:19
delivered 5:21
Delray 93:2
denied 22:6,7
depending 22:24 66:13
depends 4:19 75:24
DEPONENT 107:24
deposition 1:14 3:3 5:10
    35:3 102:7 104:6,8,9,10
    105:8,10,12,16 106:8
    107:3,21
describe 78:3 96:12
detail 9:20 15:2,4 96:15
detailed 41:12
detain 7:3
determine 16:13
Dick 4:18
different 71:20 74:3 76:20
    84:10,14,15 92:8 95:25
    96:25 97:10,12,14
dimensions 34:13
direct 2:3 3:12 6:7 26:8
    104:15
directed 21:21
direction 40:23 56:9,12,13
    56:25 57:1,17 68:9 104:16
directions 20:20 25:9 40:24
    41:1,7,17 56:14,16 57:15
    57:23,25
directly 5:21 26:6 51:10
director 94:21
discipline 22:8,13
discriminate 41:25
discriminating 41:3
discuss 14:12 15:2 67:4
discussed 15:17 84:13
discussing 75:3 98:1
discussion 73:18 75:19
    77:12 90:16
discussions 98:3
disrupt 73:18 85:17
disruptions 96:13
distinguish 63:24 65:2
distract 36:16
distracting 97:19,24
distraction 39:24 86:10
distributed 107:19
district 1:1,1,24 3:25 29:14
    80:19 95:15
diverse 98:14
diversity 98:11
Dodds 89:4,6
doing 3:15 16:24 97:4
Dominican 98:13

door 16:4
Dr 52:25 53:3,5
draft 20:22
Drive 1:21
drop 3:18
dull 33:25 34:1
duly 3:10 103:7
D-o-d-d-s 89:6

E

E 2:1,7 3:1,1 104:1,1 106:1
    106:1 107:1,1,1
earlier 39:23 61:12 99:12,13
early 15:21,25
easy 29:17
ED 1:8,14 2:4 3:9 96:10
    105:2,22 106:18 107:3
educate 83:21 84:8,19 90:7
    90:8
educating 84:10 97:22
education 83:20,24 84:1,11
    90:22 91:1,11,22,24
Educational 91:15,16,17
Edward 3:21
eight 35:25 36:1
either 11:20 13:6 18:6
elected 94:11
Elementary 93:10,18,22
eliminate 77:22
emphasis 91:17
employed 3:22 4:3
employee 104:12
ended 24:1
enforce 77:15
ENTER 107:4
entered 107:22
entire 68:7 99:22
equal 74:9 82:10,11
errata 106:11 107:19
Esq 105:24
Esquire 1:20,23 105:12,16
estimate 81:7
estimation 35:1
et 71:3 74:20 105:4 107:2
everybody 28:16 102:2
evidence 5:6 23:19,20 25:13
    26:15 30:15
EX 2:10
exact 7:19 8:7 10:25 23:6
    33:15 34:25
exactly 7:11 11:21 15:24
    22:22 41:20 45:1 50:6
    74:13 76:12 81:5
EXAMINATION 3:12
examined 3:10
exception 106:10
exclude 84:21
excused 102:6
executed 106:12
exhibit 9:14,15 18:18 30:11
    30:12,22 36:3,7 55:6
    64:20 65:23 66:3 67:12,16
    67:23 68:1,4
exhibits 5:8 102:4
exist 84:11
expected 37:22
experience 71:15,21,23
Expires 103:16 104:21
explain 30:9 64:6 72:13
explicit 30:10
explosion 29:14
express 73:3 75:6 82:13
expressed 82:21
expresses 76:14

expressing 60:21
expression 60:17,18 69:18
  70:3 71:17 72:7,14 74:15
  75:22 76:5 77:6,15,23
  80:17,22 82:7 83:3 85:3
  87:2 94:19
EXS 2:11
extent 30:13 72:1 76:23,25
extremely 80:12,13 90:12
eyebrows 45:15
e-mail 92:3,4

**F**

F 104:1 106:1
face 23:18 83:25
faces 84:10
fact 16:20 17:22 24:9 88:14
  88:15
facts 25:13 26:15 30:15
  71:12
faculty 51:6,17 53:13 60:18
  60:19 63:19 64:1,14 74:11
  74:14,18,22 75:20,21
  85:24 86:1,14 87:18 88:22
  98:15 101:5
fair 52:15 97:18
faith 65:12 67:4
fall 4:8
Fame 95:6
familiar 10:1,6
family 19:22 20:15,18 21:3
far 30:25 42:9 55:4 69:13,16
  69:17 71:15,18,21 73:1,21
  98:2
FAU 91:5
fax 29:22
February 8:18 9:13,16,17
  10:24 11:1,20,22 32:20
  40:7 71:16
feel 85:14
feet 34:14,15,18,18 35:13,18
  37:13
Feinberg 46:21,22 47:2 49:3
  49:7 51:8,18 52:17,18
  53:15
Fellowship 66:21 67:1 86:15
  86:23 87:17,18 88:23 89:7
  89:16
felt 28:23 45:16 70:24 88:12
females 21:21
field 30:8 89:22,24
fight 99:7
fighting 15:18 99:4,5
fights 98:22
file 10:3,8
filed 105:14
final 92:10
financially 104:13
find 27:8 54:7 72:5 99:19
fine 17:21 34:19 74:1,4,24
  75:3
finish 28:9 37:1 51:24
finished 77:4
first 3:10 4:8 5:17 6:18 8:19
  10:22 11:5,18 12:13 13:11
  13:13 20:24 22:24 26:12
  31:13 32:11,12 37:5,8,9
  37:11 44:18 45:21 60:9
  76:1,7 93:1 94:9
five 35:18 77:18 95:10,14
FL 105:3
flagpole 74:5
flat 31:12
Florida 1:1,17,22,25 3:5

93:3,12,13 103:2,15 104:3
  104:6,21 106:4
focus 83:12,17
focusing 83:17,18
follow 57:23 70:23
follows 3:11
football 89:3,15 94:20 95:11
foregoing 104:7,14 106:8
Forest 1:24 93:18 94:12,13
forgot 7:21
forgotten 7:21
form 18:23 19:14 20:1,7
  25:12 27:12 31:19,21 32:7
  33:9,10,16 38:10,17,22
  40:6 41:14 42:4,9,13
  71:25 82:16 84:2,22
  107:22
formulate 89:23
forth 104:9
forward 107:19
forwarded 105:13
foul 6:15 18:21 19:5,10,12
  19:23,25 20:13,17 21:6
  26:5,7
found 16:20 49:19 88:6,11
four 30:6 35:18 37:13 47:18
free 15:15
freedom 75:5
Friday 105:11
front 46:18 58:14
full 3:19
function 39:22
funds 43:13,13
further 55:8 96:7 104:9,11
f-u-c-k 24:11

**G**

G 3:1
game 11:10,11 13:24 15:20
  15:22 16:1,2,2,7 17:13,14
  24:2,3,18 30:5 44:22,25
  45:2 94:25 95:2
games 6:16 7:1 11:7,8 13:24
  15:9,22,23,24 67:3 89:22
  94:23,25 100:1,2,5,15,18
  100:19 101:1,4,6,16
gang 43:1,2 45:18 46:4
  47:23,24 48:14 54:10,13
  55:10 56:11 71:8
gangs 54:22
gang-related 33:14
gazing 46:17
gears 31:5
general 22:16 41:1,7 43:7
  60:6 76:6 99:17,18
generally 31:8
getting 15:10,16 61:8 90:13
  96:18 98:22
girl 14:17 25:5 26:3
girls 6:14 14:17 21:24 22:1,8
  22:13 24:16 25:1 44:24
  95:15 100:2,3,9
Girl's 1:10
give 3:19 10:14,15 12:21
  40:23 41:17 48:18 56:14
  56:25 57:15,25 58:16 59:4
  73:9 90:22
given 42:19 57:1 106:8
go 6:8 12:23 13:2,3,6,10
  23:2 28:24 29:19 36:13
  46:9 52:5,24 56:19,22
  60:17 73:13 82:21 90:21
  91:2 92:7 93:8,17 96:15
  99:9,14 101:25

goal 15:14 16:5 19:11
God 48:8,9,12 81:4,6,21
  82:8,13 86:13 90:13
goes 29:17 30:5,9 71:22
going 6:22 7:20 11:13 13:21
  17:20 18:22 23:4 25:11
  26:18 27:8,9,19 31:1
  33:21,22 39:11,15 40:21
  42:24 52:21 53:9 62:8
  65:24 70:1 72:8 73:8
  75:10 82:15 84:14,16 88:8
  96:24 99:7
good 3:14,15 14:15,16 16:8
  16:9
gotten 31:13
grade 47:6
greater 81:20 82:6,9
greatest 65:12
Greenacres 93:10,12,13
  94:14
grievance 10:3,9
ground 37:12 72:3
grounds 33:4,5
group 47:13 66:21 67:2 74:7
  87:16 89:20,23 90:10
groups 50:5 91:14 92:11
growing 71:19
guardian 1:4
guess 3:16 8:11,12 9:10
  10:14 49:12,22 97:15,16
gymnasium 37:15

**H**

H 2:7 107:1
Haiti 98:13
half 34:11,15 35:1 94:12
  95:1
halls 52:10 95:6
halls 52:11 96:23
hand 103:9 104:17
handed 12:24
handled 32:7 43:14
handling 23:14
hands 5:22,23
happen 29:2
happened 11:2,4 14:3 43:19
  57:22
happening 6:22 15:7 96:19
happens 13:4,7 22:19 75:4
  76:15
hard 16:13 19:8 29:18
Harris 1:3,4,5,8,14 2:4 3:9
  3:14,21 6:17 14:16 31:6
  58:8,11,13 64:17 67:12
  96:10 100:3,22 105:2,22
  106:18 107:3
head 53:7
hear 24:9,10,11,14,14,17,19
  51:11,15,17 60:12 74:21
  74:22 79:21 100:11,14,16
heard 21:25 23:1 24:13 25:6
  52:11 97:16 98:21 99:3
hearsay 97:2
held 6:10,11 77:12 90:16
help 18:12 46:3 54:15
helpful 28:14
helping 17:15 83:24
hereinabove 104:9,10
hereunto 104:17
Hi 85:19,20
high 1:9,11 4:2,7 8:3 15:7,13
  15:15,25 17:16 24:17 25:1
  26:3 29:4,12,15 30:2 31:2
  44:23 71:16 81:5 93:2

94:3,4,15,16 95:13 105:2
higher 35:15 80:17
Hill 1:24
Hoffmeyer 4:18 14:6,7,14
  14:22 18:6 20:24
hold 82:23
holds 36:9
hope 65:12
hopes 30:2
hours 10:19,19 105:11
huh 6:6 12:12 14:24 33:18
  79:3
hurt 17:7,8,10 19:21 20:18
  89:22
hypothetical 25:12

**I**

idea 13:16,18 40:5 89:19
identification 30:23 36:4
identified 81:2
identify 54:12 55:10
II 37:17
immediately 54:3 55:17
implemented 95:15
important 24:3 63:24
improper 25:12
inappropriate 81:4
inches 35:14,15
include 63:19 98:5,6
including 68:8 71:3 85:3
inclusive 104:7
independent 89:19
indicated 85:4
individually 1:8,10
inducted 95:5
information 6:7 9:21 30:21
  33:14 70:19 73:9 76:2
  78:10,13,16,20
initiate 74:12,19 88:20
initiated 74:10 75:7,11,12
  75:14
initiates 74:15 75:18
injured 17:13
injury 16:16 17:4,12
inquiries 18:3
Institute 91:20 92:1
institution 70:22 99:23,25
instructed 99:13
instructing 70:25
instruction 41:23 44:5 63:14
  63:18 77:15
instructions 40:25 41:13,20
  42:3,6,10,14,18,19 43:3
  48:10 58:16 59:4 69:3,21
  77:21 79:18,20,21,24 80:6
instructor 74:25 76:16
intended 38:8 39:5
interest 70:23
interested 17:20 71:7 104:13
interfere 75:22 83:4,7 85:4
interpret 19:22 83:16 92:14
interpretation 71:18,20
interrupt 75:19 76:7
interrupted 51:23
interruptions 96:13
interview 49:17
interviewing 92:10,11
investigate 22:9
investigation 9:24 23:4,14
  27:8
involved 14:11,22 31:8
  88:23 89:7
Israel 98:11
issue 11:17 81:13 88:13

items 12:5,14 57:6,7,9

**J**

Jamaica 98:13
January 5:2,12,18,19 7:4,5
7:6,22 10:23 11:6,19 12:4
14:25 15:2 23:23,24
Jesus 48:6,12,25 81:4,6,21
82:8,14 86:13
Jewish 98:5,7,9,9,18,18 99:4
Jo 46:21 47:2 49:3,7 51:7,18
job 86:8
Joe 1:10 8:4,19 9:1,18 12:13
18:6 20:12 21:5 46:22
jumping 61:13
June 87:15,15
Junior 91:4

**K**

Kathy 31:10 32:4,5 33:23
41:4,5,10,12,17,20 43:10
44:12,14,23 45:11 57:1,11
57:12,15,17 58:9 60:15
63:14 68:8,20,22 77:21
78:10,16 79:6 88:12,17
keep 5:25
kept 102:4
kids 24:8 33:21,24 41:5
42:23 49:10,19 54:13,17
58:4,5 67:11 69:1 85:17
85:17 87:16,23 88:16,18
89:22 96:23 99:4,5
kind 28:12 45:19 85:20
95:19
king-sized 30:6
knew 6:21 22:22 58:4,4 88:6
88:7
know 6:2 8:7 11:9 15:10,11
16:9,15,17,19 17:7,8,9,9
17:11,25 18:9,11,15,15
21:12 23:9,10 25:24 28:24
34:25,25 35:4,22,23 38:5
38:18,25 39:1,8,8,11
41:15,20 42:9,17 43:12,23
44:17 45:1,6,18,19 47:9
48:20 49:12 50:7,8,10,11
50:16 51:14 52:16,19,25
53:24 55:22 56:4,5,14
57:10,11 58:23 61:22
62:11 63:5 65:1,3,19 66:8
66:9,10 67:6,13,14,23,25
68:2,3,5,6 69:13,16,17
71:18 79:18 80:2,4,4,5
82:23 85:9 86:21 87:14
88:17,21,24 89:23 96:24
97:8,12 98:10 99:10
knowledge 13:21 31:1 44:4
58:12 66:5 78:11 87:21
88:23 89:16 98:16,17,20
99:3 106:10
known 23:9
Kornblue 89:10,11

**L**

lack 84:23 98:23 101:12
lady 15:8
Lake 93:14
language 6:15 12:6 15:5,6
18:20,21 19:5,10,12,18,23
19:25 20:13,17 21:6 26:5
26:7 33:15 50:15 60:24
61:9,10,25 62:22 63:15
87:20
large 3:5 104:6

late 5:18,19
Latino 47:14,16
law 70:20
laws 70:17,18 71:10
lays 15:14
leader 26:21
leadership 91:15,16,17
learn 83:25
leave 30:7
left 36:13 57:2 65:3 69:23
87:3,5
legal 72:2 76:24 78:19 82:16
legitimate 83:6
length 83:9
letter 4:25 7:17,22 9:7,9,13
9:17 10:21,23 11:6,14,15
14:1,2,5,20 18:8,17,23
19:4,15,24 20:22,22,24
21:1,22 22:1 23:3,5,5,6,15
23:21,23,24 105:15
letters 10:21
let's 3:16 4:5 18:14 31:5
60:17 95:17
liar 26:10
line 15:15 107:5
little 3:18 7:3 29:3 46:5
59:23
live 99:21
located 105:12
location 33:20
locker 94:25
long 4:3 6:1 16:11 36:23
38:15 39:15 41:2 43:8
70:17 73:18 74:11,21 93:6
93:15
look 6:23 7:20 12:4 14:17
23:8 33:25 44:25 45:9,9
45:10,17 46:3,9 48:21
65:5 90:15,18
looked 6:13 15:10 46:4,4,6,7
94:22
looking 46:24,25 55:5
lot 7:1 23:3 24:10 37:15,15
37:19,21 48:16 49:15
53:19 60:13 70:16 90:11
92:6 98:3,11,18 102:1
loud 46:19 49:15 100:15
loudest 46:24
love 65:12,13
low 15:14 97:3
lower 36:2
lunch 6:19 12:17

**M**

main 43:4 83:12
maintaining 95:22
making 14:20 22:2 79:17
man 50:7 72:9
manner 14:12 58:16,19
March 11:1,3,4,21,22 37:25
38:2
marked 5:3,10 9:14 18:17
30:11,22 36:3,6 64:17
master's 91:5,8,10 92:20
math 76:9 91:11
matter 105:9
Maurice 3:21
mean 15:13 24:7 65:8 72:13
91:4
means 104:15
media 80:21 85:16 96:14
97:7,19
meet 9:11 10:19,22 28:2,3
67:3,5,7 74:5

meeting 8:25 9:11 16:21
43:16,19 44:9
member 60:18 64:1 74:11
74:15,18,22 75:20 84:4
85:24 86:1,14
members 19:9 40:1,11,14,16
49:21,25 51:6,9,18 53:21
60:19 63:20 88:22 90:10
98:15,18 101:5
member's 75:21
memo 5:14 7:4 11:19 12:5
12:21 15:3
memorandum 4:25 5:2,11
5:17 6:8 22:22
memory 21:23
mentioned 8:21 85:24 96:14
messing 61:23
met 6:18 11:23,25,25 12:3
12:16 13:17 14:4,23 29:2
Miami 1:22 92:6,7
Mid 5:19
middle 5:18 51:23
mind 84:3
minute 55:7 79:19,20
minutes 16:10 43:18
mischaracterization 52:22
mischaracterizes 27:13
missing 12:19
mission 83:20,21 90:1,4,6
mistake 70:14
mom 16:20 85:19,20
Monday 44:20 45:23,24,25
59:24,25 60:3,7,9,11
61:20 62:6,16 78:5 105:11
money 69:1
monkey 65:2,8,21
Montessori 91:22,24
month 44:21
months 38:13,13 95:23
morning 3:14 45:24 54:7
58:23 59:24 60:9 61:20
62:6,16 78:5 80:11,25
move 11:16,16 13:6
moved 49:20
moving 7:2 38:6 53:10
mumble 21:12
mural 31:7
murals 44:7 53:15 87:21
Muslim 99:4
Muslims 98:6

**N**

N 2:1 3:1
name 3:19 6:17 21:15 30:3
31:10 53:22 54:19 88:25
92:13 105:14
names 54:21
Nancy 46:21,22 47:2 49:3,7
49:13,22 51:7,18 53:15
natural 1:4
nature 43:7 50:14 51:16
54:6
nearest 105:12
necessary 105:9
need 11:15,15 21:11,11,12
28:24 42:23 45:9,10 57:18
84:3
needed 8:22 39:15 44:24
48:17
needs 21:19 23:7
negatives 19:9
never 16:22,23 22:4 23:1
24:1 58:10 86:17
new 34:8 38:7 87:14,16

news 80:24,25 85:16 97:14
newspaper 80:23 85:6
nice 28:22,22 34:11
night 44:24 45:3,5 58:24,24
59:9,10,14,25 60:3,7,11
60:11
nonoffensive 58:18,19
non-Christian 98:4,15 99:5
normally 10:11,17 13:4,7
North 93:23
Northboro 93:22,24 94:2,5
94:11
Nos 36:3
Notary 3:4 103:15 104:20
notation 43:7
notations 106:11
noted 29:24
notes 104:8
notice 86:22 89:25 105:8
Nova 91:6,10
number 2:9 26:10 64:20
65:24,25 67:12 68:12
105:11
numbered 104:7
numbers 58:5
N-o-r-t-h-b-o-r-o 93:24
N.W 1:16 105:3

**O**

O 1:20 3:1 105:24
object 5:4 18:22 19:14 20:1
20:6 25:11 26:12 27:12
29:23 38:10,16,17,22
41:14 52:21 72:2,8 73:8
76:25 82:15 84:2,22
objected 47:10 49:8
objecting 30:14
objection 8:5 26:14 29:24
39:7 71:24 73:6 74:15
81:17 97:2 98:23 99:6
101:12,18
objections 30:18
objective 84:7
objects 39:6
observation 11:13
observe 11:11
occasion 6:20
occasionally 4:19
occasions 67:3 95:25
October 103:10 104:17
105:1
offend 31:15 50:17 75:4
offended 45:12 49:8 50:16
51:3,19 81:5 85:25 86:15
offending 48:16
offends 60:18 64:13 74:25
75:1,21 76:19 82:14
offensive 33:1,2,3,12,14
41:2,24 42:25 43:5,8
46:11,14,19 48:5,13 49:1
49:20 56:24 57:20,21 59:2
59:8 63:16,19,25 68:23,25
69:19 70:1,4 75:23 76:3
77:22 80:16 81:6 82:24
86:7 99:14,15,16,20
offhand 10:13 13:15
office 5:23 6:1 53:22 77:6,9
105:10,12 107:19
official 72:16 82:2 103:9
Ohio 92:2
okay 4:13 5:13 6:13 7:8 9:8
9:17 10:19 11:23 13:16
15:13 16:3 18:2,19 19:4,8
20:5,22 23:12 24:20 28:20

29:8 31:25 32:18 33:8
34:6 35:5,19 36:12 37:4,6
37:20 38:1,3 40:5,18 41:7
43:9 44:2 45:11 47:10
50:15 53:5,18 56:11,19
57:5 59:7 61:15 62:11
65:23 66:9,11,18 68:11
69:16 71:4,7 73:25 74:2
74:11,25 75:9,13,18 78:19
78:23 81:13 83:24 89:16
91:19,23 93:21 94:17 96:6
100:18 101:21
once 26:19 28:9 32:1
ones 38:7 47:11 48:24 65:1
65:14 68:14 102:3
operation 68:7 82:25 83:4,7
85:4,25
opinion 72:16 77:1 84:24
opposed 64:1
opposite 74:14
oral 43:3,4
order 30:12
ordering 105:13
original 102:4 105:13
107:19
outcome 6:22 28:16
outline 90:18
overall 83:18
overhear 100:6
overheard 101:2,9,16

**P**

P 3:1
PAGE 2:9 107:5
pages 104:7
paid 69:1
paint 32:16 33:25 42:20
43:6 48:19,24 54:3,8,8
55:1,3,9,15,18,20,23
56:15,23 57:3,4,13,16
58:1,8 66:7,7 69:11,13,14
82:21 87:12
painted 31:12 43:25 44:6
47:14,14,18,19,20 48:17
55:21,22,25 56:4,8,12
57:7,10,12,14,18 58:5,17
59:19,20,21,25 60:3,7,8
62:17 66:4,9,22,23,25
67:13,23,25 68:1,4 69:5
86:14 87:10
painting 44:5,19 45:5 47:22
57:5 60:22 61:23 66:17
68:8 69:18 81:1
paintings 50:8,12 58:25
61:5 85:10
Palm 1:8,24,25 3:23 29:12
31:1 73:22 91:3,3 94:1
95:5,11 103:3 104:4 106:5
panel 33:24 35:19 36:15
40:12,13 60:25
panels 34:2,3,10,11,25 35:6
35:9 36:9 38:6,8,20,21,21
39:2,5,19 40:1,2,3,8,16,22
42:20 44:24 45:7,11,22
46:13 47:10,17 48:11 49:5
49:9,18 50:17,17 51:1,19
52:16 53:12 56:24 59:5,15
60:4,5,6 61:2,3,6,16,20,25
62:1,3,5,17,21,22,23 63:1
63:2,4,7,12,15 64:2,3,18
64:18 71:2,2,7,7 77:23
79:13,16 83:4,17 85:3
86:9,12 87:3,5 88:8 96:14
96:25 98:1,2 99:19

paper 74:20
paragraph 19:5,6,19 29:20
pardon 60:2 91:9
parent 1:4 10:2,8,18,22 13:9
22:17 29:1 100:21
parents 9:1,25 10:7,19,20
11:24 12:1,25 13:17 14:2
14:3,4,5,23 18:15 20:13
24:2 26:4 27:9,23 28:3,22
100:19,25
Park 93:18 94:12,13
parking 37:15,15,19,21
part 21:25 37:24 44:12
61:23 66:3,4 83:24 84:11
94:23
participation 87:20
particular 11:17 17:17
45:14 49:2 97:13
parties 104:12 107:20
partitioned 34:3
parts 84:1
party 104:12
passing 7:15 23:25 24:15
pastor 95:23
penalty 107:21
penny 95:22
people 31:16 35:3 45:9
46:25 47:13 48:16,22
49:14,15 52:20 53:13
58:17 59:11 61:4 80:19,21
80:22 81:1,3,5,13,21 82:6
82:7,13,24 86:7 87:12
94:23 96:19 97:15,15,20
98:11,12,12
period 6:20 24:23
perjury 107:21
permanent 38:21 39:5,14
permit 73:3
permitted 75:16,17
person 5:23 6:14 23:5,6
41:24,25 51:15 52:18
53:23 64:13 70:14
personal 51:20 70:20,21
72:16,19 76:25 81:23 84:4
personally 19:20 49:17
68:11 74:16 99:16,20,22
100:6 101:2 103:6
phase 37:1,2,2,5,8,9,11,17
37:22 38:3
phases 37:3 39:17
philosophy 84:4
phone 59:18 60:13,13,16
80:10,13 85:5 96:15,17,18
96:21
photograph 37:6 66:24
photographs 35:24 36:1
64:16
Ph.D 91:12,13,25 92:9
pick 58:7 99:7
piece 3:18 40:14
place 14:18 19:24 38:13,20
40:2 43:25 44:5 104:9
placed 19:21 33:19,22 40:21
Plaintiffs 1:6,20 30:22 36:3
Plaintiff's 2:10,11 18:18
plaque 95:21
play 15:21
played 14:13,14 15:23,25
16:6,8,11
player 30:7,8 100:21
players 19:11 100:19 101:10
player's 17:4
playing 15:6 16:9 100:3
playoffs 44:23
plays 26:3

please 3:19 19:7 26:13 90:22
90:23 105:8,10 107:19
plywood 34:18,20 35:20,21
35:22 36:7
point 28:6 50:23,25 58:21
59:3 86:17 87:7
pointing 49:2
police 80:20
policies 77:6,8,16
policy 33:6 77:7 78:20 86:25
87:1
poor 62:8
popularity 29:15
portion 25:21 27:4 37:21
41:23 64:10
position 15:18,19 30:9 74:16
positions 30:10
positive 19:11 89:25 90:3
positively 89:17
positives 19:9
possibility 18:9 69:15 98:21
possible 22:20 80:15
possibly 21:10 64:21
post 15:7,13,15,15
poster 82:21
posters 50:1 58:9,17 68:17
68:19 69:2,4,14,15 81:2
86:25 87:13
post/low 15:7,13
practice 13:24 23:17
pray 67:3 89:21 94:23
prayed 94:25 95:1,1
prayer 86:24 89:23 94:24
precious 95:21
predicate 26:16 30:15 38:23
72:1 84:23 98:23 101:12
preparing 30:8
present 12:13 44:13 50:25
82:25
presented 43:11
pretty 10:14 12:16 16:8,9
22:11 23:2 97:3 98:14
prevented 70:5
PRICE 1:21
principal 1:9 4:2,11,14,21
4:22 13:3,10 14:7,9,15
32:3,7 33:17 60:15 70:6
72:17 73:1,2,3,23 81:25
82:1,18 84:7,18 90:1
92:12 94:6,10,12,14,15,22
95:4 96:1
principals 12:15 48:21
51:11 78:1,6 96:22 97:15
principal's 83:11,11
principle 22:16
prior 9:17 44:4 71:15 88:16
94:13
probably 23:12,13 35:13
37:1 48:9 54:23,23 55:25
66:6 90:8
problem 12:6 43:6 70:2,3
procedure 10:10
procedures 10:1
proceed 32:9
process 7:2
productivity 83:9
profane 47:25
profanities 100:8,12 101:9
101:17
profanity 8:23 9:22,23
11:12 21:20,20,22,22,24
22:2,3,5,6,9,14 24:7,22,22
25:3 26:20 42:24,24 47:24
52:14 53:20,24 100:15,23
101:2

Professional 3:4 104:5
professor 70:6 88:25
program 58:24 59:9,10,14
75:20
project 31:7 32:18,24 33:6,9
37:3,5 40:5 41:6 42:14
43:9,21,24
property 69:2 83:14,15
proposal 43:11
pros 49:6 59:16 60:16 81:12
protected 76:17,18,23
prove 18:9
provide 74:8,9
provided 5:1,5
public 3:4 86:2 94:24 99:17
99:18 103:15 104:20
pull 9:21
punished 29:19
purchase 40:16
purchased 40:12,13
purely 44:2
purpose 21:6 39:21 84:19
purposes 4:13,24 39:16
pushed 88:13
put 5:22,22 23:17 30:6 36:1
40:7 42:23 47:13 61:4,22
65:3 71:24 79:15 87:13
96:14
putting 31:16 38:7 54:19
88:16 92:13
P.A 1:21
p.m 1:17 102:8 105:11

**Q**

quarter 35:2
question 17:10 18:23 19:2
19:15,18 25:17,18,19,23
27:16 30:14 52:8 56:22
62:24 66:12 71:25 72:11
73:12,23 79:10 81:23,24
83:2 88:5 90:9
questioned 86:17 87:19 88:2
questions 23:8 62:25 77:3
96:7
quick 73:7
quicker 23:12 77:10
quiet 23:2
quite 27:17 30:5 86:22
quote 50:12

**R**

R 3:1 104:1 106:1 107:1,1
racial 54:8
radio 24:12
random 47:19
rapidly 11:16,16 23:11 24:4
24:5
Raton 1:9,10,17 4:2,7 8:3
24:17 25:1 31:2 71:16
80:24 94:3,4 105:2,3
read 6:13 19:6 20:23 25:19
25:21 27:1,4 29:21 64:8
64:10 101:21,25 105:12
106:7 107:21
reading 29:11 35:3 102:2
reads 13:9
real 73:7
really 14:15 29:18 30:5
80:13
reason 7:1 36:15 62:2 66:8
73:24 83:18 85:22 99:7
107:5
reasonable 105:13
rebound 15:9,19

recall 5:2,14 7:19 8:14 10:13
  12:22,23,25 13:25 15:5,6
  15:6,24 17:14 21:1 29:6
  31:9 42:2 48:4 49:24 50:4
  50:21,23,23 51:5,6 62:12
  62:19 64:17 77:19 80:3
receive 10:17 11:14,15
  23:16 92:15 94:9 96:5
received 7:4,9,17,21 11:19
  17:19 22:21,24 44:7 79:24
  80:6 81:12 95:3,17,18,20
  95:20,23,24 96:1,2,20,21
  96:22 97:14
receiving 95:22 96:18
recollection 10:15 31:6
  32:23 49:24
record 3:20 19:7 25:21 27:4
  34:23,24 64:10 71:25
  77:12 90:16 95:9 96:9
records 24:14
RECROSS 2:3
REDIRECT 2:3
reduced 42:10
reference 78:2
referred 105:9
referring 10:5 12:8 34:2
  61:11 86:22 97:10 99:15
  99:16
refuses 25:8 26:6
regard 48:11 63:14
regarding 94:18
regional 95:14
Registered 3:4 104:5
regular 34:5
relate 59:9
related 43:1,2 45:18 46:4
  47:23,24 48:14,14 54:10
  54:13 55:10 56:11 71:8
  74:1 77:16 96:24,25
relates 12:20 22:1 71:14
relationship 14:16
relative 104:12
relay 78:10,13,16
relayed 80:7
Relevance 98:24 99:8
  101:13
religion 46:7 47:8 50:17
  68:16 70:15,19 71:9 74:7
  74:23 76:10 84:21 98:22
religions 74:4 83:25
religious 46:14 47:17,21,22
  48:11,14 49:5,9,18,25
  50:16,17 51:3,19,20 52:14
  53:15 58:17 59:5,14 60:4
  60:5,21,24 61:2,3,6,9,10
  61:16,20,25,25 62:1,3,5
  62:17,21 63:1,4,6,11,15
  64:2,3,19,25 65:1,6,14,15
  65:17,21 66:14 68:17,19
  69:14,15 70:3,9 71:2,6,14
  71:17 72:7,20,24 73:4,15
  73:15,21 74:3,12,15,19
  75:4,6,19,21 76:5,15,16
  77:6,15,22 80:16 81:14
  82:7,13 83:3,3 84:20 85:3
  90:14 94:18 95:17 99:19
remember 13:13 15:20,22
  16:6,11 25:7 26:6 27:19
  66:3 81:10 86:3
remembered 17:11
remotely 31:3
remove 99:14
Repeat 25:18 42:12 64:7
rephrase 5:7 11:7 85:2
report 104:6

reporter 3:4 20:9,10 25:22
  27:5 62:8 64:11 104:6,16
reprimanded 87:24
reproduction 104:15
Republic 98:13
request 14:2 18:6 20:12
  74:19
requesting 78:19
requiring 25:14
responded 14:6 88:17
response 79:8
responsibility 14:8 27:10
  28:1,2 39:18 70:22 94:24
  99:24
responsible 68:21
rest 64:16
results 44:18,20
return 105:15
review 14:18
rid 61:8,9
right 10:13 12:10,12 13:15
  25:5 27:21 31:5,24 32:23
  36:12 37:7,8,10,22 39:13
  42:21 45:18,21 48:4,10
  49:3,23 50:11 51:17 53:25
  54:11,17 57:25 62:20
  67:16,22 71:13 74:10
  81:20 82:7,9,10,11,12,21
  83:22,23 84:18 85:2 86:5
  96:3 97:12 100:3 101:21
rights 99:24
right-hand 36:2
River 18:1,2,3
Robbe 52:25 53:3,5
Robert 88:4
Roberts 4:17 31:11 32:3,5,6
  32:11 33:7,23 41:3,4,5,5,9
  41:10,12,17,21 43:10
  44:12 48:15 57:2,11,15,17
  58:9 60:15,16 63:14 68:8
  68:20,22 69:7,8,10 70:25
  77:21 78:7,8,11,17,22,23
  79:6,6 80:6 88:12 96:20
room 34:12,16 35:2,4 48:20
  74:8 94:25
RPR 103:15 104:20 105:19
rule 10:12,13,15 13:1,10,14
rules 12:24 13:8 53:25
ruling 80:17
run 76:2 83:1
running 70:22,23
Russia 98:13

S

S 2:7 3:1 107:1
Sabia 1:10 4:25 6:14,21 7:25
  8:4,8,13,19 9:1,18 11:18
  11:25 12:13 13:17,18,20
  14:1,4,11,23 15:2 17:5
  18:7 20:12 21:5 22:22
  23:1 100:6,7,8,11,14
  101:9
safe 62:14
Sandra 1:23 4:17 32:6,11
  60:16 78:7,8 79:6 80:6,9
  96:20
satisfied 20:20 28:16,17
satisfy 18:15 86:14
Saturday 44:1,10 45:3,5
saw 6:2,15,17 10:20 12:12
  15:21 44:18,20 46:2,2
  54:5 55:25 57:2 61:21
  71:16 79:5,5,6,7,12,13,13
  79:15 80:25

saying 26:4 27:19,19,22,23
  28:5,5 29:7 34:24 42:16
  42:17 50:16,24 51:14
  52:10,13 53:21 56:5 60:5
  62:2 73:24 86:6
says 13:1,10 19:20 25:5,7
  26:5 29:11,17,20
schedule 105:11
scheduled 37:12
school 1:8,9,11,24 3:23,25
  4:2,4,5,6,7,9 5:1,5,24 6:8
  6:18 8:2,3 9:9 10:1 12:24
  13:8 17:16,20,23,24,25
  24:17 25:1 26:3,22 29:5
  29:12,13,15 31:1,2 33:4,5
  33:8 34:5,7,8 36:19,22
  39:6,19 40:1 44:13,13,14
  44:23 46:12 48:17 53:10
  53:25 54:5,6 56:24 57:19
  58:21 63:25 65:20 68:24
  69:2 70:1,10,15,20,22,24
  71:16 72:6,9,21,24 73:1,2
  73:22,22 74:1,7 77:8,20,25
  78:3,4,20 79:10,11,25
  80:7,20 81:23 82:25 83:4
  83:7,9,12,14,14,17,21
  84:5,7,8 85:4,14,25 87:1
  87:15 89:18,21 90:1,1,2,5
  90:6,11 92:12 93:2,10
  94:3,4,16,16 95:12,13,24
  97:15,20 98:5 99:18,22
  101:5 105:2,4 107:2
schooling 70:9
schools 29:14 71:17 77:7
  91:18
school's 36:22 77:5 86:25
scope 32:24
scratch 61:7
scratched 46:6
scream 100:8,11 101:9
seal 103:9
season 8:16,17 15:1,21,25
  19:20 22:11,12 30:3
second 4:6 9:6,13 10:21
  50:10
seconds 90:19
secretary 5:23 60:14 96:17
see 5:17 11:11,18 12:16,18
  16:24 30:19 36:12,15
  44:24 45:21 46:1,10,10,10
  50:11 52:12 53:9 54:11,25
  55:11 62:17 66:25 67:17
  77:3 81:3 85:23 89:20
  95:17
seeing 5:14 23:24 24:2 62:19
seen 23:1 89:21,23
Segui 3:3 103:15 104:5,20
  105:19
select 4:20
semester 4:9 87:14,15
seminar 77:14
seminars 92:8
send 14:1,2,5
senior 29:15
sensationalism 85:11
sensibilities 51:3 60:20
Sentinel 97:13
separate 89:19
separation 39:19,21,22
  68:24
September 1:16 30:3 105:8
serious 23:10
serve 94:5
served 5:1
Services 14:10 105:16

set 104:9,10,17
setting 36:19 71:11 88:10
settled 88:14
seven 95:25
sex 29:4,6,12,22
sexual 30:10 43:7
shaking 53:7
Sharah 1:4 31:6 58:8
sheet 34:18,20 35:20,21
  106:11 107:19
SHELDA 1:3
shift 31:5
shit 24:20
short 90:22
shorthand 104:8
show 13:23 18:17 23:3,4,5,6
  36:7 55:7 64:16
showed 85:9
showing 36:6
shown 23:15
shows 81:1
side 36:20,21,22 40:1,2,3,8,9
  55:4,5 67:16,22
sidelines 16:5
sides 11:15
sign 105:9,12,14
signature 105:9,14,20
  107:24
signed 20:23 107:19
simple 30:5
sir 19:13 62:2 64:5,23 81:9
  83:21 90:4 96:6
sister 7:14 23:25
sit 15:1
site 24:8
sitting 16:4
situation 4:24 7:23 15:8
  18:13 28:1,25 29:1 31:6
  51:16
six 35:13,13 38:13,13 95:15
  95:25
size 34:9,11,12,16,17,19,20
  34:25 35:2,2,4
slight 46:5
slurs 54:8
smacking 62:9
small 9:24
social 47:5 89:13
Solms 1:20,21 2:5 3:13 5:7,9
  8:9 19:1,16 20:4,8,11
  25:15,19 26:1,25 27:6,14
  29:24 30:1,17,20,24 35:25
  36:5 38:11,19,24 39:4,10
  41:16 52:1,9 53:2 56:7,21
  62:13 63:5,10 64:8,15
  67:19,21 72:4,12,18 73:10
  73:17 76:12,13 77:2,13
  79:23 81:19 82:3,5,19
  84:6 85:1,21 90:17,20
  96:6 97:2,4 98:23 99:6
  101:12,18,21,24 102:2,4
  105:24
somebody 22:18 45:10
  54:15 70:12 76:8,9 80:7
  87:9
someone's 23:18
Son 24:24
soon 22:19,20
sore 3:17
sorry 49:13 62:11 70:13
  79:14
sort 11:12 25:24 45:14
  54:20,20 80:17 81:7 88:12
sought 91:25
sound 6:25

**sounds** 18:11 81:16
**South** 98:12
**SOUTHERN** 1:1
**Spanish** 18:1,2,3
**speak** 7:13 8:13,15 13:6
**speaking** 24:1 46:23
**speaks** 18:24 19:15 20:2
**special** 4:20
**specialist** 91:6,20
**specialty** 92:22
**specific** 4:21 13:18 50:15
**specifically** 48:25
**specify** 52:12 84:3
**speculate** 25:14
**speculation** 8:5 81:18
**speculative** 26:16
**speech** 74:12 76:17,18 94:18
**spell** 89:5
**spend** 33:24 83:10
**spoke** 6:19 11:8 13:20
**spoken** 9:18
**spokesman** 49:13
**spokesperson** 49:13
**sponsor** 31:10 32:5 42:22,23
  44:15 74:8 87:18
**sport** 4:20,22 29:9,13,17
  89:14
**sporting** 4:14
**sports** 4:13 95:6
**sprained** 13:23 16:21
**spray** 47:14
**spring** 88:6
**staff** 40:1,11,14,16 41:8
  44:13 49:21,25 50:19 51:6
  51:9,18 52:2 53:4,13,21
  87:23 98:18
**standard** 34:17,20
**standing** 35:8,16 46:17
  49:15 52:25 86:8
**standpoint** 46:14
**start** 4:5 52:6 62:8 74:7 93:1
**started** 31:8
**starts** 76:10
**state** 3:5 21:13 56:17 71:12
  95:10 103:2,15 104:3,6,21
  106:4
**stated** 8:23 21:2 28:7 31:14
  33:7 42:22 86:1
**statement** 6:24 8:19 56:23
  59:1 72:6
**statements** 106:9
**States** 1:1 98:14
**stating** 73:24
**stations** 97:11
**stay** 36:20,22 60:12
**stenotype** 104:7
**step** 11:12
**stick** 63:8 68:16,17
**stickers** 36:1
**stipulate** 30:17
**stop** 62:9
**stopped** 59:2 70:16,16
**straight** 21:13
**strange** 9:22
**strike** 40:19 62:15 69:12
**strong** 4:22
**student** 10:2,8 14:10 26:9
  27:9,22 31:10 32:5 43:14
  43:15,16,22 44:9 50:22
  51:1,14 52:13 58:22 60:17
  60:18 63:25 64:13 68:25
  72:7,20,23 74:4,10 75:5
  75:11,12,15,18 76:14 83:3
  83:25 84:8 85:3 87:2
**students** 12:25 28:22 36:13

36:16,21 39:24,25,25
  40:11,13,18,20,25 41:13
  41:18,21 43:11,12,25 44:6
  46:25 47:20 48:22,23
  49:17 50:2,3,4,4,6,13,19
  50:20 51:12 57:13 60:19
  61:18 63:20 68:22 69:5,5
  69:13,19 73:3 74:19 75:23
  77:16 82:20 83:22 84:15
  84:20 87:22 90:7,8 97:22
  97:24 98:1,4,6,7,9,10,21
**student's** 30:3 60:21 75:22
  76:17,18 83:12
**student-initiated** 76:5 88:19
**studied** 65:19
**studies** 45:7 89:13
**study** 92:11
**stuff** 54:9 96:9
**subject** 29:3 61:14 107:21
**submit** 76:1
**substance** 107:22
**Suite** 1:21,24
**summarize** 81:7
**summary** 43:18 90:22 91:1
**summer** 17:20
**Sun** 97:13
**Sunday** 95:24
**Sunset** 1:21
**superintendent** 9:10,12
**supervision** 69:7
**supposed** 10:3 36:23,25
  37:10 40:10 41:17
**sure** 6:21,23 7:9,11 10:25
  11:1,21 14:20 15:23 18:14
  20:25 21:3 22:15,22,25
  23:2 27:1 28:6,11 29:7
  31:24 39:20 42:23 43:17
  43:20,23 44:8,16 54:24
  57:20 65:22 66:12,16
  72:10 78:12,25 82:25 86:8
  89:9 96:21 97:23 98:17
**surrounding** 98:2
**Sweet** 88:4,5
**sworn** 3:10 103:7
**system** 3:23 97:16

**T**

**T** 2:7 104:1,1 106:1,1 107:1
  107:1
**table** 28:4
**take** 43:10,25 54:13,15
  63:15 77:21 82:12 105:8
**taken** 3:3 38:4 58:13 60:14
  60:14,20 61:10,12 104:9
  107:3
**takes** 83:8,16
**talk** 6:20 8:22 14:19 28:24
  51:11 54:17 58:10 88:15
  88:18
**talked** 8:8 15:17 51:11
  58:22 80:9 88:14
**talking** 17:25 23:23 36:9
  46:19 49:15 60:24 62:20
  62:21 63:3 71:6,9 76:4,5,8
  76:9,10,10 97:3 102:1
**tall** 15:8 35:6,13,15
**taller** 35:9,11,14
**tape** 92:14
**task** 68:21
**taught** 94:16
**teach** 47:4 89:12
**teacher** 10:4 13:2,3,12 46:18
  47:2 53:4 70:6 75:1,5 76:1
  76:19 88:25 89:11 93:1

101:8,15
**teachers** 29:20 46:17,24
  48:22 49:11 51:13 52:2
  87:23,25 88:1,2 96:23
  101:5
**teacher's** 76:16
**teaches** 47:5 89:13
**teaching** 74:22 95:23,25
**team** 6:15 19:10 21:22 22:9
  22:18 24:17 25:1,5 26:4
  29:4,6,12,22 95:16
**teams** 95:11
**television** 24:10,11,14 80:21
  85:6,8 97:10
**tell** 21:5 26:19 28:9 30:25
  31:8 34:13,15,17 35:25
  45:4,7,11 46:13 69:8,10
  101:8,15
**telling** 26:9 45:6
**temporarily** 80:15
**temporary** 38:8,9,12
**ten** 93:22 94:7
**tenure** 70:5
**term** 16:12
**testified** 3:11 99:12,13 100:1
**testimony** 9:18
**Thank** 68:18 90:13 96:6
**Thanks** 67:20
**theory** 65:5,10,16,18
**thick** 35:22
**thing** 13:22 24:8 28:5,14
  60:9 71:5 75:10 85:20
**things** 6:24 12:11 14:19
  23:21 28:23 31:16 41:2
  42:24 43:4,7 45:8,19 46:2
  46:7 47:12 48:5 49:1
  52:13 53:10,21 54:12,18
  55:21 59:1 68:13 70:16
  71:1,8 83:15 96:25 98:22
  99:15,16
**think** 5:5 16:14 17:5 18:23
  19:19 21:23 22:20 23:7
  24:19 26:23 28:18 48:9
  51:22 52:22 60:22 79:1
  80:19 87:22 89:13,20 93:9
  97:8 101:20
**thinks** 29:16
**third** 16:1,2 19:5
**thought** 15:16 16:8 51:4
  52:4 57:21
**three** 6:3,5 37:3,13 47:18
  97:10,12
**three-story** 37:14
**throat** 3:17,18
**throw** 15:15
**Thursday** 1:16 105:8
**time** 7:3 8:24,25 11:5,10,23
  12:24 13:9,16 14:23 15:12
  16:4,6,8 17:17 19:25 21:2
  21:5 22:3,11 23:7 24:12
  24:13,18 30:7 31:13 37:19
  39:9 44:18 45:15 46:9,24
  49:2,16 53:6 62:7,10 66:1
  66:1,16,19 70:17 76:22
  83:8,10,11,11,12,16 86:11
  91:4 95:1 96:22 97:13
  104:9 105:9,13
**times** 16:9 23:3 47:19 68:12
  94:22
**title** 94:9
**today** 5:10 18:18 31:23
  49:24 81:2
**told** 7:19,20 17:5 33:23
  38:18 40:18,21 44:23
  48:15,23 58:21 68:22,22

74:2 82:23 88:7
**tone** 23:20
**topic** 73:16 74:1,3,23
**topics** 84:12
**total** 4:4
**totally** 84:20
**touch** 8:3
**tournaments** 95:14,15
**track** 94:21 95:13,16
**transcript** 104:15 105:23
  107:4
**transcription** 104:7
**transfer** 17:15,22
**transferred** 17:24
**transferring** 18:4
**tried** 46:8,9
**true** 84:16 104:7 106:9
  107:21
**truly** 105:16
**try** 10:18 18:14 26:2 28:4,4
  28:25 51:15 54:8,11 63:8
  74:8
**trying** 9:20,23 23:18 33:15
  63:9 80:10 96:20
**Tuesday** 58:23 60:9
**turn** 23:17 48:20 51:13
  52:12
**turned** 43:13 96:4
**tv** 85:17
**twisted** 17:12 25:23
**two** 6:3,5 7:11 41:5 46:2
  47:25 61:5,6 65:11 87:22
  90:19
**two-page** 5:14
**two-story** 37:14
**type** 77:14 89:19
**typed** 101:24
**types** 96:12

**U**

**uh** 6:6 12:12 14:24 33:18
**Um** 28:2
**undergraduate** 92:15
**undersigned** 103:5
**understand** 13:13 19:2,17
  25:16 26:25 27:15 63:2,12
  71:9 73:11
**understood** 27:2
**Union** 91:20 92:1
**United** 1:1 98:13
**university** 91:6,7,19 92:1
**unreasonable** 11:2
**upcoming** 30:2
**uphold** 99:24
**upset** 28:18,21
**urban** 91:17
**use** 9:23 18:8 22:3 25:6
  32:25 33:1 42:24 101:2
**usually** 32:8,8 54:7
**utilizing** 37:19

**V**

**V** 66:7 105:4 107:2
**vague** 45:14
**vandalism** 54:6
**various** 96:12
**verbalize** 72:20
**verbally** 33:7 73:4
**verses** 47:12 48:1,3,12 86:13
**version** 27:18
**view** 46:8 72:12,16,17,19
**viewing** 85:7
**views** 60:21 73:21
**Virginia** 29:15,16

**vocal** 52:18
**voluntarily** 69:5
**voluntary** 44:2,3
**volunteered** 29:21 57:18
**vs** 1:7
**vulgar** 55:10,16,17,20,24 56:8
**vulgarities** 61:16 62:6,18 63:4,6 71:8
**vulgarity** 31:15 46:5 48:15 53:20 54:5 59:1 60:22,23 61:3,8,21,24 68:15 71:3

**W**

**wait** 38:16 50:10 61:13,13 62:7 79:19,19
**waiting** 49:12
**waive** 101:22,23 105:9,14,20
**walk** 6:18 86:9
**walked** 51:12 52:11 96:23
**walking** 52:10 86:9
**wall** 31:16 34:1
**walls** 31:11,15 32:17 33:25
**want** 8:12 19:6 21:1 25:25 44:17 51:24 52:6 54:9 61:1,1 64:3,6,24 68:17 74:6,21,24 79:21 90:24
**wanted** 6:21,23 14:17 20:25 21:2 22:25 23:2 30:20 31:11 33:24,24 45:17 55:17 68:16 69:14 78:25 87:12
**wasn't** 43:8 47:19
**wave** 85:18
**way** 10:5 20:19 21:11 25:25 26:19,23 48:20 51:21 54:4 73:24 74:17 86:12,25 87:5 87:24
**ways** 59:16
**week** 7:15 9:11 43:24 45:2
**welfare** 58:20
**went** 6:20 8:8 9:6,9 11:10,10 21:14 44:6 58:21 70:16 71:17 88:11 91:3,5 93:10 94:11 100:1
**weren't** 68:11
**West** 1:25 29:15,16 93:14 94:1
**we're** 17:25 34:8 36:9 37:9 37:12 41:2 60:23 71:6,9 86:9 98:14
**We've** 15:17
**WHEREOF** 104:17
**white** 31:12
**wide** 35:17
**William** 1:20 105:24
**win** 29:1,1
**wish** 8:10 92:13 105:14
**witness** 2:3 8:7 11:11 20:3 25:14,23 26:18 39:2,8 41:15 52:6,25 56:17 62:11 63:8 64:12 72:13 73:14 82:4,17 85:20 99:10 101:19,23 102:6 103:6,9 104:17
**won** 81:16 95:14
**word** 18:8,10 21:19 24:11 24:16,20 29:21 47:16 48:6 48:8 61:22 66:15 81:6,10 81:10
**words** 7:19 24:25 25:6,7,9 26:8,9 27:7 28:12 47:25 50:11 54:2 55:2,10,10,16 55:20,24,25 56:8,11 67:23

68:5 74:18 84:21 86:13,13
**work** 4:21 19:8 40:4
**worked** 23:21
**workers** 36:18,19 40:4
**working** 4:18 36:20 91:13 99:23
**works** 14:9
**world** 84:11
**Worth** 93:14
**wouldn't** 23:5 33:13,25 51:9 67:10 70:1 87:11
**write** 72:23 73:25 74:3,19 107:4
**writing** 42:1,2,7,11,15,18 64:19 73:21 92:10
**written** 10:10 33:6,8 43:18 53:25 61:17,24 77:5,7
**wrote** 31:16,18,19

**X**

**X** 2:1,7 34:18
**Xerox** 61:1

**Y**

**Y** 3:3 103:15 104:5,20 105:19
**Yeah** 15:17 88:1
**year** 4:6 38:14 92:17,18 93:4 93:16 94:12 95:24 100:3
**years** 70:8 71:19 77:18 93:7 93:22 94:7
**yell** 101:17
**young** 15:8
**younger** 71:21

**Z**

**zero** 61:2

**$**

**$5** 33:24 40:12,13

**0**

**02-80438-CIV-HURLEY/...** 1:2 105:6

**1**

**1** 2:10 30:12,22
**1st** 87:15
**1/2** 35:7,8
**1:29** 1:17
**10** 64:17 66:18,20 105:1
**10th** 47:7 103:9 104:17
**104** 1:21
**11** 30:4
**11th** 9:16,17 47:7
**12** 97:8
**13** 93:7
**14** 93:7
**15th** 1:16 105:3
**1501** 1:16 105:3
**18** 95:22
**1973** 92:19 93:5
**1980** 92:21
**1987** 93:8
**1988** 93:9
**1994** 92:23

**2**

**2** 9:15 36:7
**2-11** 2:11 36:3
**2001** 4:8,16,17 10:2,10
**2002** 1:16 52,12,20 7:22 10:2,23 11:19 32:21,22

38:1,2 40:7 71:16 72:5 103:10 104:17 105:1,8 106:15
**2003** 38:2
**24** 10:18
**25** 97:8
**26** 1:16
**26th** 105:8
**29** 2:10 97:9

**3**

**3** 2:5 9:14 64:17,20 68:4
**33143** 1:22
**3318** 1:24
**33406** 1:25
**33486** 1:17 105:3
**36** 2:11

**4**

**4** 18:18 34:18 64:20 68:1
**4:00** 1:17 102:8
**4:30** 105:11
**48** 10:19

**5**

**5** 64:21 67:23 97:8
**5'9** 35:7,8

**6**

**6** 64:21 67:12,12
**6701** 1:21

**7**

**7** 64:21
**70's** 95:2
**72** 10:19

**8**

**8** 5:2 34:18 64:21
**8th** 7:4 14:25 29:2 32:19
**80's** 95:2

**9**

**9** 5:12 7:22 10:23 11:19 65:24,25 66:3
**9th** 7:5,6,7 8:18 11:6 12:4 14:25 15:2 23:23,24 32:19 47:7
**9-1-05** 103:16 104:21
**9-26-02** 107:3
**9:00** 105:11
**90's** 93:9
**96** 2:5 92:23,25