UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80438-CIV-HURLEY/LYNCH

SHELDA HARRIS BANNON, as parent
and natural guardian of her daughters,
SHARAH HARRIS and BRITTNI HARRIS,
    Plaintiffs,

vs.

THE SCHOOL DISTRICT of
PALM BEACH COUNTY, et al.,
    Defendants.
_____/

FILED by ____ D.C.
MAY 1 2 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CLOSED CASE

## FINAL SUMMARY JUDGMENT

THIS CAUSE came on for summary judgment before the court, and the court having duly rendered its decision, in accordance with Rule 58, Federal Rules of Civil Procedure, it is herewith

**ORDERED AND ADJUDGED**:

That **FINAL SUMMARY JUDGMENT** be entered against the plaintiff, SHELDA HARRIS BANNON, as parent and natural guardian of her daughter, SHARAH HARRIS who shall take nothing by this action, and in favor of the defendants, The SCHOOL DISTRICT OF PALM BEACH COUNTY, and ED HARRIS, individually and in his capacity as Principal of BOCA RATON COMMUNITY HIGH SCHOOL, who shall go hence without day. The court reserves jurisdiction to award costs.

**DONE and ORDERED** in Chambers in West Palm Beach, Florida this _10_ day of May, 2003.

Daniel T.K. Hurley
United States District Judge